DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3867 [Murphy]
Telephone:     (415) 554-3999 [Holtzman]
Facsimile:     (415) 554-3837
E-Mail:        kaitlyn.murphy@sfcityatty.org
E-Mail         alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PAUL MIYAMOTO IN HIS OFFICIAL CAPACITY AS
SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>　　Defendants. | Case No. 22-cv-05541 TSH<br><br>**PROOF OF SERVICE**<br><br>Trial Date:　　　　Not Set |

# PROOF OF SERVICE

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On October 3, 2022, I served the following document(s):

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;**

**GUIDE TO E-FILING NEW CIVIL CASES;**

**ECF REGISTRATION INFORMATION;**

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS;**

**WAIVER OF THE SERVICE OF SUMMONS;**

**STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON;**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; AND**

**CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE**

on the following persons at the locations specified:

| | |
|---|---|
| Shilpi Agarwal, Esq.<br>Avram D. Frey, Esq.<br>Emi Young, Esq.<br>Hannah Kieschnick, Esq.<br>American Civil Liberties Union Foundation of Northern California, Inc.<br>39 Drumm Street<br>San Francisco, CA 94111<br>*sagarwal@aclunc.org*<br>*afrey@aclunc.org*<br>*eyoung@aclunc.org*<br>*hkieschnick@aclunc.org*<br><br>Attorneys for Plaintiffs<br><br>(415) 621-2493 (Telephone)<br>(415) 255-1478 (Facsimile) | Justina Sessions, Esq.<br>John P. Flynn, Esq.<br>Colleen Bal, Esq.<br>Dylan G. Savage, Esq.<br>Malavika F. Lobo, Esq.<br>Wilson, Sonsini, Goodrich & Rosati<br>One Market Plaza<br>Spear Street Tower, Suite 3300<br>San Francisco, CA 94105<br>*jsessions@wsgr.com*<br>*jflynn@wsgr.com*<br>*cbal@wsgr.com*<br>*dsavage@wsgr.com*<br>*mlobo@wsgr.com*<br><br>Attorneys for Plaintiff<br><br>(415) 947-2197 (Telephone)<br>(415) 947-2000 (Facsimile) |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 3, 2022, at San Francisco, California.

*/s/ Annamarie Davis*
ANNAMARIE DAVIS