```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611161454
Cashier ID: buensum
Transaction Date: 09/30/2022
Payer Name: CITY AND COUNTY OF SF

CIVIL FILING FEE- NON-PRISONER
 For: 22-CV-05541 TSH
 Amount:         $402.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 452939
 Amt Tendered: $402.00

Total Due:       $402.00
Total Tendered: $402.00
Change Amt:      $0.00

TSH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

3:22-cv-05541-TSH

| CHECK DATE: 09/27/2022 | SUPPLIER NUMBER: 0000009058 | | | CHECK NO: 00452939 |
|---|---|---|---|---|
| INVOICE NUMBER | INVOICE DATE | VOUCHER ID | MESSAGE | PAID AMOUNT |
| CT092122 | 09/21/2022 | 02247512 | 230184 / CGC-22-601686 Removal fee | 402.00 |

If you have questions please call: Elvira Loreto, CAT City Attorney.

RECEIVED
2022 SEP 28 D 2:01
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

| CHECK NUMBER | DATE | TOTAL AMOUNT |
|---|---|---|
| 00452939 | 09/27/2022 | $402.00 |

Annamarie

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



# IN HOUSE COURT FILING COVER SHEET

| DATE: | September 28, 2022 | | |
|---|---|---|---|
| PERSON ORDERING: | Annamarie Davis | TELEPHONE: | (415) 554-3936 |
| ATTORNEY: | Kaitlyn Murphy | TELEPHONE: | (415) 554-3867 |
| CASE NAME: | Joshua Simon, et al. v. CCSF, et al. | CASE NUMBER: | 22-cv-05541 |

**FILE IN:**

☐ SUPERIOR COURT        ☐ COURTESY COPY ATTACHED
☐ MUNICIPAL COURT              FOR DEPARTMENT _____
☐ UNITED STATES DISTRICT COURT
☐ OTHER: _____

**LIST ALL DOCUMENTS TO BE FILED:**

**SPECIAL INSTRUCTIONS:**

PLEASE SUBMIT ATTACHED CHECK, NUMBER 00452939, IN THE AMOUNT OF $402.00 TO THE CLERK OF THE USDC COURT FOR THE REMOVAL FEE OF THE ABOVE MATTER. PLEASE RETURN A RECEIPT TO THE BELOW INDIVIDUAL.

FILE COURTESY COPY IN DEPT _____
OTHER: _____

**RESEARCH AND/OR OBTAIN THE FOLLOWING DOCUMENTS**
(Attach a copy of attorney's business card for any court documents to be copied from the court files)

**RETURN FILED AND/OR RECEIVED COPY TO:**

| NAME: ANNAMARIE DAVIS | FLOOR: 7th FLOOR |
|---|---|