UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SIMON, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-05541-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 17 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for January 10, 2023 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due January 3, 2023 by 5:00 P.M.

Dated: October 3, 2022

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Acting Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　510-637-3530