Shilpi Agarwal (SBN 270749)
　　sagarwal@aclunc.org
Avram D. Frey (MJP 804789)*
　　afrey@aclunc.org
Emi Young (SBN 311238)
　　eyoung@aclunc.org
Hannah Kieschnick (SBN 319011)
　　hkieschnick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478

Justina Sessions (SBN 270914)
　　jsessions@wsgr.com
John P. Flynn (SBN 141094)
　　jflynn@wsgr.com
Colleen Bal (SBN 167637)
　　cbal@wsgr.com
Dylan G. Savage (SBN 310452)
　　dsavage@wsgr.com
Malavika F. Lobo (SBN 317635)
　　mlobo@wsgr.com
WILSON, SONSINI, GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>　　　　　Defendants. | Case No. 4:22-CV-05541-JST<br><br>**NOTICE OF APPEARANCE OF COUNSEL, HANNAH KIESCHNICK** |

*Pro Hac Vice Admission Pending

1  TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

2      Please take notice that Hannah Kieschnick of the American Civil Liberties Union Foundation of Northern California hereby enters her appearance in the above-entitled action as counsel for Plaintiffs JOSHUA SIMON, DAVID BARBER, and JOSUE BONILLA, individually and on behalf of all others similarly situated; DIANA BLOCK, an individual; and COMMUNITY RESOURCE INITIATIVE, an organization. Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

>  Hannah Kieschnick (SBN 319011)
>  hkieschnick@aclunc.org
>  AMERICAN CIVIL LIBERTIES UNION
>  FOUNDATION OF NORTHERN CALIFORNIA
>  39 Drumm Street
>  San Francisco, CA 94111
>  Telephone: (415) 621-2493
>  Facsimile: (415) 255-1478

DATED: October 4, 2022　　　　　　　　Respectfully submitted,

AMERICAN CIVIL LIBERTIES FOUNDATION OF NORTHERN CALIFORNIA


By: /s/ Hannah Kieschnick

    Hannah Kieschnick
    Attorneys for Plaintiffs

2
NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 4:22-CV-05541-JST