SHILPI AGARWAL (SBN 270749)
AVRAM D. FREY (MJP 804789) (*Admitted Pro Hac Vice*)
EMI YOUNG (SBN 311238)
HANNAH KIESCHNICK (SBN 319011)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
Email: sagarwal@aclunc.org
afrey@aclunc.org
eyoung@aclunc.org
hkieschnick@aclunc.org

JUSTINA SESSIONS, State Bar No. 270914
JOHN P. FLYNN, State Bar No. 141094
COLLEEN BAL, State Bar No. 167637
MALAVIKA F. LOBO, State Bar No. 317635
ANA ALICIA SONTAG, State Bar No. 340602 (*Admission pending*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone:  (415) 947-2197
Facsimile:  (415) 947-2000
Email:  jsessions@wsgr.com
jflynn@wsgr.com
cbal@wsgr.com
mlobo@wsgr.com
asontag@wsgr.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual, and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, in his official capacity as SAN FRANCISCO SHERIFF,<br><br>Defendants. | CASE NO.:  4:22-CV-05541-JST<br><br>**DECLARATION OF JOSUE BONILLA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: January 12, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>Judge: Hon. Jon S. Tigar |

I, Josue Bonilla, declare:

1. I am 40 years old, and a resident of San Francisco. I am currently on an ankle monitor while my case is pending in San Francisco Superior Court.

2. In April of 2022, I was arrested and taken to the San Francisco County Jail.

3. On May 31, 2022, I went to court and the judge ordered me released on the Sheriff's electronic monitoring program pending trial. The judge told me that the electronic monitor was for the Sheriff to know where I was but did not tell me anything else about the program or its rules.

4. I had never been on an electronic monitor before and did not know what it would involve other than what the judge told me in court that day. After court, I was taken back to the jail to wait for the Sheriff's Department to take me to have the ankle monitor put on.

5. The day I was released from jail, I was transported by Sheriff's deputies in a van to the Sentinel offices.

6. I was very stressed out; all I could think about was getting out of jail. I am physically disabled and being in jail is very difficult. Also I have a young son that I was eager to see.

7. I don't really remember what happened at the Sentinel office. My attorneys on this case showed me the Sheriff's electronic monitoring program rules. I don't really remember them. I may have signed them. I may have signed a whole bunch of papers. I don't know. I just know I did everything the Sheriff and Sentinel told me to do so they would let me go. I knew if I didn't, I was going right back to jail.

8. Since May, I have been on the electronic monitoring program without violations, waiting for trial in my case.

9. Being on the electronic monitoring program for months is stressful. My attorneys on this case have explained to me that I can be searched at any time or have my location shared, and I don't like that. It feels like I have lost my right to privacy even though I am supposed to be innocent until proven guilty. I also know that there are both good and bad police officers and worry about not having any protections against abuse from dishonest officers. That makes me worry, not having my rights as a defense.

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of
2 | August 2022, at SAN FRANCISCO, California

_____
Josue Bonilla, Declarant

DECLARATION OF JOSUE BONILLA IN SUPPORT   Case No. 4:22-CV-05541-JST
OF MOTION FOR PRELIMINARY INJUNCTION
-2-

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Justina Sessions, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 7, 2022                           /s/ *Justina Sessions*
                                                 Justina Sessions