1  JUSTINA SESSIONS, State Bar No. 270914
   JOHN P. FLYNN, State Bar No. 141094
2  COLLEEN BAL, State Bar No. 167637
   MALAVIKA F. LOBO, State Bar No. 317635
3  ANA ALICIA SONTAG, State Bar No. 340602
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   One Market Plaza
5  Spear Tower, Suite 3300
   San Francisco, CA  94105
6  Telephone:  (415) 947-2197
   Facsimile:  (415) 947-2000
7  Email:  jsessions@wsgr.com
   jflynn@wsgr.com
8  cbal@wsgr.com
   mlobo@wsgr.com
9  asontag@wsgr.com

10 ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGE

11 Attorneys for Plaintiffs
   Joshua Simon, David Barber, Josue Bonilla,
12 Diana Block, and Community Resource Initiative

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                          **OAKLAND DIVISION**

16 | JOSHUA SIMON, DAVID BARBER, AND | ) | CASE NO.: 4:22-cv-05541-JST |
   | JOSUE BONILLA, INDIVIDUALLY AND ON | ) | |
17 | BEHALF OF ALL OTHERS SIMILARLY | ) | (San Francisco County Superior Court, |
   | SITUATED, DIANA BLOCK, AN | ) | Case No.: CGC-22-601686) |
18 | INDIVIDUAL AND COMMUNITY | ) | |
   | RESOURCE INITIATVE, AN | ) | **NOTICE OF APPEARANCE** |
19 | ORGANIZATION, | ) | |
   | | ) | Complaint Filed: September 8, 2022 |
20 |                Plaintiffs, | ) | Removal Filed: September 28, 2022 |
   | | ) | |
21 |        v. | ) | TRIAL DATE: None set |
   | | ) | |
22 | CITY AND COUNTY OF SAN FRANCISCO, | ) | CLASS ACTION |
   | PAUL MIYAMOTO, IN HIS OFFICIAL | ) | |
23 | CAPACITY AS SAN FRANCISCO SHERIFF, | ) | DEMAND FOR JURY TRIAL |
   | | ) | |
24 |             Defendants. | ) | |

NOTICE OF APPEARANCE,
CASE NO.: 4:22-cv-05541-JST

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ana Alicia Sontag of Wilson Sonsini Goodrich & Rosati, Professional Corporation, 650 Page Mill Road, Palo Alto, CA 94304, telephone number (650) 493-9300, facsimile (650) 565-5100, hereby enters her appearance as counsel of record for Plaintiffs Joshua Simon, David Barber, Josue Bonilla, Diana Block, and Community Resource Initiative ("Plaintiffs").

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 10, 2022 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|  | By:   /s/ Ana Alicia Sontag<br>         ANA ALICIA SONTAG<br>         asontag@wsgr.com |
|  | JUSTINA SESSIONS, State Bar No. 270914<br>JOHN P. FLYNN, State Bar No. 141094<br>COLLEEN BAL, State Bar No. 167637<br>MALAVIKA F. LOBO, State Bar No. 317635<br>ANA ALICIA SONTAG, State Bar No. 340602<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>Telephone:  (415) 947-2197<br>Facsimile:  (415) 947-2000<br>Email:  asontag@wsgr.com |
|  | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>Shilpi Agarwal, State Bar No. 270749<br>Avram D. Frey, MJP 804789 (*Admitted Pro Hac Vice*)<br>Emi Young, State Bar No. 311238<br>Hannah Kieschnick, State Bar No. 319011<br>39 Drumm Street<br>San Francisco, CA  94111<br>Telephone:  (415) 621-2493<br>Facsimile:   (415) 255-1478<br>Email:  sagarwal@aclunc.org<br>afrey@aclunc.org<br>eyoung@aclunc.org<br>hkieschnick@aclunc.org |
|  | *Attorneys for Plaintiffs* |

NOTICE OF APPEARANCE,
CASE NO.: 4:22-cv-05541-JST

-1-

| | |
|---|---|
| 1 | *Joshua Simon, David Barber, Josue Bonilla, Diana Block, and Community Resource Initiative* |
| 2 | |