DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3867 [Murphy]
Telephone:     (415) 554-3999 [Holtzman]
Facsimile:     (415) 554-3837
E-Mail:        kaitlyn.murphy@sfcityatty.org
E-Mail         alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PAUL MIYAMOTO IN HIS OFFICIAL CAPACITY AS
SAN FRANCISCO SHERIFF,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>    Defendants. | Case No. 22-cv-05541-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE COMPLAINT (ECF 1-1)**<br><br>Judge:          Honorable Jon S. Tigar<br>Courtroom:      Courtroom 6, 2nd Floor<br>Hearing Date:   January 19, 2023<br>Time:           2:00 p.m.<br><br>Trial Date:     Not Set |

**[PROPOSED] ORDER**

On October 17, 2022, Defendants the City and County of San Francisco and Paul Miyamoto, in his official capacity as San Francisco Sheriff, filed a Motion to Dismiss the Complaint under Federal Rules of Civil Procedure, Rules 8 and 12(b)(6).

After full consideration of the moving, opposition, and reply papers filed by the parties, the arguments of counsel, and all other matters presented to the Court, the Court GRANTS the Motion to Dismiss with respect to all claims and causes of action asserted against Defendants because Plaintiffs' allegations fail to state a claim on which relief may be granted.  IT IS HEREBY ORDERED that:

    i.    Defendants' Motion to Dismiss is GRANTED in its entirety;

    ii.    Plaintiffs' Complaint is hereby DISMISSED with prejudice; and

    iii.    The Clerk of the Court shall enter judgment in Defendants favor.

**IT IS SO ORDERED.**

Dated: _____  _____
HONORABLE JON S. TIGAR
United States District Judge