1  DAVID CHIU, State Bar #189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  KAITLYN MURPHY, State Bar #293309
   ALEXANDER J. HOLTZMAN, State Bar #311813
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:      (415) 554-3867 [Murphy]
   Telephone:      (415) 554-3999 [Holtzman]
7  Facsimile:      (415) 554-3837
   E-Mail:          kaitlyn.murphy@sfcityatty.org
8  E-Mail          alexander.holtzman@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 PAUL MIYAMOTO IN HIS OFFICIAL CAPACITY AS
   SAN FRANCISCO SHERIFF,

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                            OAKLAND DIVISION

15

16 JOSHUA SIMON, DAVID BARBER, AND          Case No. 22-cv-05541-JST
   JOSUE BONILLA, INDIVIDUALLY AND
17 ON BEHALF OF ALL OTHERS                  **DECLARATION OF ALEXANDER J.**
   SIMILARLY SITUATED, DIANA BLOCK,         **HOLTZMAN IN SUPPORT OF SAN**
18 AN INDIVIDUAL AND COMMUNITY              **FRANCISCO AND SHERIFF PAUL**
   RESOURCE INITIATIVE, AN                  **MIYAMOTO'S REQUEST FOR JUDICIAL**
19 ORGANIZATION,                            **NOTICE**

20       Plaintiffs,                        Judge:          Honorable Jon S. Tigar
                                            Courtroom:      Courtroom 6, 2nd Floor
21       vs.                                Hearing Date:   January 19, 2023
                                            Time:           2:00 p.m.
22 CITY AND COUNTY OF SAN
   FRANCISCO, PAUL MIYAMOTO, IN HIS         Trial Date:     Not Set
23 OFFICIAL CAPACITY AS SAN
   FRANCISCO SHERIFF,
24
         Defendants.
25

26

27

28

                                        1
   Declare of A Holtzman ISO RJN                    n:\lit\li2022\230184\01633610.docx
   Case No. 22-cv-05541-JST

I, Alexander J. Holtzman, hereby declare and state as follows:

1.     I am a Deputy City Attorney at the Office of the San Francisco City Attorney and am counsel to Defendants the City and County of San Francisco and Sheriff Paul Miyamoto in this matter. I make this declaration in support of Defendants' Request for Judicial Notice in Support of Their Motion to Dismiss ("Request for Judicial Notice"). I make this declaration based on personal knowledge and belief. If called to testify as to the matters set forth in this declaration, I could and would competently testify to the facts stated herein.

2.     Attached as **Exhibit A** to the Request for Judicial Notice are computer printouts from the Superior Court of California, County of San Francisco website of charges in criminal cases against Plaintiffs Joshua Simon, David Barber, and Josue Bonilla. I updated these printouts from the court's Criminal Case Index at https://webapps.sftc.org/crimindex/crimindex.dll on October 16, 2022.

3.     Attached as **Exhibit B** to the Request for Judicial Notice is a true and accurate copy of Minutes of Hearing dated August 13, 2021, in *People v. David Michael Barber*, S.F. Super. Ct. Case No. CRI-21007774, including additional highlighting.

4.     Attached as **Exhibit C** to the Request for Judicial Notice is a true and accurate copy of Minutes of Hearing dated March 16, 2022, in *People v. David Michael Barber*, S.F. Super. Ct. Case No. CRI-21007774.

5.     Attached as **Exhibit D** to the Request for Judicial Notice is a true and accurate copy of a Minute Order dated August 24, 2022, in *People v. David Michael Barber*, S.F. Super. Ct. Case No. CRI-21007774.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of October 2022 in San Francisco, California.


___     */s/ Alexander J. Holtzman*_____
ALEXANDER J. HOLTZMAN