# EXHIBIT A

Contact Us

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

## Criminal Index

| Search Criminal Case Index | Search Bench Warrants by Name | Search Bench Warrants by Case Number |

Enter the **Last Name** and at least 2 letters for **First Name** and then click **Search**.

Last Name: Simon
First Name: Joshua

[Search]

Show [10 v] entries                                                                 Search: [    ]

| Defendant | Case Number | File Date | Charges |
|---|---|---|---|
| JOSHUA ISIAH SIMON | CRI-22004986 | 2022-05-25 | 273.5(a) PC/F 245(a)(4) PC/F 594(b)(1) PC/F 148(a)(1) PC/M 148(a)(1) PC/M |

Showing 1 to 1 of 1 entries                                            Previous  1  Next

Contact Us

**THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO**

## Criminal Index

| Search Criminal Case Index | Search Bench Warrants by Name | Search Bench Warrants by Case Number |

Enter the **Last Name** and at least 2 letters for **First Name** and then click **Search**.

Last Name: Barber
First Name: David

Search

Show 10 entries                                                                 Search:

| Defendant | Case Number | File Date | Charges |
|---|---|---|---|
| DAVID MICHAEL BARBER | CRI-21007774 | 2021-08-11 | 273.5(a) PC/F 245(a)(4) PC/F 422 PC/F |

Showing 1 to 1 of 1 entries                                         Previous  1  Next

Contact Us



## Criminal Index

| Search Criminal Case Index | Search Bench Warrants by Name | Search Bench Warrants by Case Number |

Enter the **Last Name** and at least 2 letters for **First Name** and then click **Search**.

Last Name: Bonilla
First Name: Josue

Search

Show 10 entries                                                                      Search:

| Defendant | Case Number | File Date | Charges |
| --- | --- | --- | --- |
| JOSUE ALEXANDER BONILLA | CRI-22005221 | 2022-05-31 | 273.5(a) PC/F 245(a)(4) PC/F 422 PC/F 243(e)(1) PC/M 243(e)(1) PC/M 245(a)(1) PC/F |
| JOSUE ALEXANDER BONILLA | CRI-22003952 | 2022-04-23 | |
| JOSUE ALEXANDER BONILLA | CRI-20009736 | 2020-09-06 | |
| JOSUE BONILLA | CRI-02411999 | 2009-04-01 | 23153(a) VC/F 23153(b) VC/F |
| JOSUE BONILLA | CRI-02412004 | 2009-03-27 | |

Showing 1 to 5 of 5 entries                                          Previous   1   Next