# EXHIBIT B

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES ||||
|---|---|---|---|
| People of the State of California  vs DAVID MICHAEL BARBER ||| X Present |
| SC # 000000 | Assistant DA of Record KAREN CATALONA  ☐ Present | Attorney of Record CHRISTOPHER GARCIA | X Present |
| ☐ Interpreter Language | Clerk  EVELYN M LEE | Judge RICHARD C. DARWIN ||
| Reporter DIANE WILSON #8557 ||||

Cause on Calendar for  Hearing

Defendant Status: ACM

Special appearance by EVANTHIA PAPPAS, DA for the Assistant DA of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | PC | 273.5(A)/F | | 21007774 | NG | |
| 002 | PC | 245(A)4/F | | 21007774 | NG | |
| 003 | PC | 422/F | | 21007774 | NG | |

Cause on calendar: MOTION TO DETAIN WITHOUT BAIL.

PD IS APPEARING VIA ZOOM

MOTION TO DETAIN WITHOUT BAIL IS DENIED

DEFENDANT RELEASED TO PRETRIAL DIVERSION ON ASSERTIVE CASE MANAGEMENT

As a condition of release, the defendant shall be placed on pre-trial monitoring by the Sheriff's Office.

Defendant shall be fitted with a GPS Device and is ordered to comply with all terms of release as set forth on the record and by the SFSO.

THE COURT ORDERS: defendant shall be released after a coordinated pick-up with SFSO Community Programs is in place..

REMAIN CONFINED WITHIN INTERIOR PREMISES OF RESIDENCE (HD) UNLESS AUTHORIZED BY SFSO SWORN EMPLOYEE

APPROVED HOME DETENTION ACTIVITIES: EMPLOYMENT AND MEDICAL APPOINTMENTS

Defendant shall not knowingly possess any firearm or any other dangerous or deadly weapon.

See signed order in file.

DATE OF 08-23-21 AND 08-24-21 CONFIRMED

Cause is ordered continued to 08/24/2021 at 09:00 in Department M09 for Hearing.

Cause is ordered continued to 08/23/2021 at 09:00 in Department M09 for Hearing.