# EXHIBIT C

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES | | |
|---|---|---|
| People of the State of California vs **DAVID MICHAEL BARBER** | | [X] Present |
| SC # 234349 | Assistant DA of Record: KAREN CATALONA  [X] Present | Attorney of Record: CHRISTOPHER GARCIA  [X] Present |
| [ ] Interpreter Language | Clerk: MICHELLE A. CALGARO | Judge: BRIAN L. FERRALL |
| Reporter: CHRISTINE JORDAN #12262 | | |

Cause on Calendar for Hearing                                  **Defendant Status: ACM**

```
Count  Code  Section       Degree  MC #       Plea  Finding
001    PC    273,5(A)/F            21007774   NG
002    PC    245(A)4/F             21007774   NG
003    PC    422/F                 21007774   NG
```

Cause on calendar: MOTION TO MODIFY CONDITIONS OF RELEASE, LD 11-08-21 (COVID19).

Motion is GRANTED.

The Court orders that the defendant's terms of electronic monitoring are modified as follows DEFENDANT ACM CHECK-INS TO TELEPHONE CHECK-INS ONLY

The case is continued for: PRE TRIAL CONFERENCE IN S23.

Defendant ordered present, unless waived by ACM

FUTURE DATES CONFIRMED

Cause is ordered continued to 04/29/2022 at 09:00 in Department S22 for Trial.

Cause is ordered continued to 04/19/2022 at 09:00 in Department S23 for Pretrial.

---

FD:(03/23/2002) G    Print Date: 03/16/2022 15:39    **Generic Minutes**    Line# 25    Dept. S22   Date 03/16/2022   Page 1 of 1   Attest: MICHELLE A. CALGARO   Deputy Clerk