# EXHIBIT D

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. BARBER | **Department** | Department 24 |
| **Case Number** | CRI-21007774 | **Judge** | Bruce E Chan |
| **Hearing Type** | Motion to Modify Release Conditions | **Hearing Date** | 08-24-2022 09:00 AM |
| **Clerk** | J. Ma | **Court Reporter** | J. Prior |
| **Interpreter** | | **Court Officer** | |

| | |
|---|---|
| **Appearance** | DAVID MICHAEL BARBER (Defendant) present.<br>CHRISTOPHER GARCIA (Attorney) present.<br>ALICE WONG (Attorney) present on behalf of The People of the State of California (Plaintiff). |
| **Text** | Matter is argued and submitted. |
| **Outcome** | Motion - Motion to Modify Conditions of Release is Granted. |
| **Filing** | The Court orders that the defendant's terms of electronic monitoring are modified as follows: defendant is relieved of Home Detention and will remain on GPS monitoring. Defendant shall not enter San Francisco unless the defendant is passing through on the freeway to San Mateo County or to attend court appearances. |
| **Hearing** | Case continued to 09/29/2022 9:00 AM in Department 24 for Jury Trial. Defendant's appearance is waived for the next hearing. |
| **Hearing Status** | Status for This Hearing set to Occurred |
| **Add Hearing Outcome** | Outcome(s) of the current hearing recorded as Motion Granted. |

2022 AUG 29 17:42:49