DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3867 [Murphy]
Telephone:     (415) 554-3999 [Holtzman]
Facsimile:     (415) 554-3837
E-Mail:        kaitlyn.murphy@sfcityatty.org
E-Mail         alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PAUL MIYAMOTO IN HIS OFFICIAL CAPACITY AS
SAN FRANCISCO SHERIFF,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | Case No. 4:22-cv-05541-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS THE CITY AND COUNTY OF SAN FRANCISCO AND SHERIFF PAUL MIYAMOTO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge:           Honorable Jon S. Tigar<br>Courtroom:    Courtroom 6, 2nd Floor<br>Hearing Date: January 19, 2023<br>Time:             2:00 p.m.<br><br>Trial Date:      Not Set |

1 **[PROPOSED] ORDER**

2  Having considered the Request for Judicial Notice in Support of Defendants the City and

3 County of San Francisco and Sheriff Paul Miyamoto's Motion to Dismiss, the Court **GRANTS** the

4 Request for Judicial Notice and takes notice of Exhibits A-D to the Request for Judicial Notice.

6 **IT IS SO ORDERED.**

8 Dated: _____       _____
                                      HONORABLE JON S. TIGAR
9                                     United States District Judge