JUSTINA SESSIONS, State Bar No. 270914
JOHN P. FLYNN, State Bar No. 141094
COLLEEN BAL, State Bar No. 167637
MALAVIKA F. LOBO, State Bar No. 317635
ANA ALICIA SONTAG, State Bar No. 340602
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2000
Email: jsessions@wsgr.com
       jflynn@wsgr.com
       cbal@wsgr.com
       mlobo@wsgr.com
       asontag@wsgr.com

ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGE

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>　　　　Defendants. | CASE NO.: 4:22-cv-05541-JST<br><br>(San Francisco County Superior Court, Case No.: CGC-22-601686)<br><br>**NOTICE OF MOTION AND MOTION TO ADVANCE THE HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: September 8, 2022<br>Removal Filed: September 28, 2022<br><br>TRIAL DATE: None set<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

# NOTICE OF MOTION AND MOTION

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Joshua Simon, David Barber, and Josue Bonilla, shall, and hereby do, move to advance the hearing date on Plaintiffs' Motion for a Preliminary Injunction against Defendants San Francisco City and County and Paul Miyamoto, in his official capacity, to be heard by the Honorable Jon S. Tigar in Courtroom 6, United States District Court for the Northern District of California, Oakland Courthouse, 2nd Floor, 1301 Clay Street, Oakland, California 94612.

Plaintiffs seek timely interim relief from the ongoing constitutional violations alleged by Plaintiffs against them and their putative class. As set forth in the Declaration of Avram D. Frey, Esq., filed in support of this Motion, Plaintiffs filed a Complaint in the Superior Court for the County of San Francisco on September 8, 2022. Plaintiffs sought preliminary relief in state court on September 14, 2022, set for an order to show cause hearing on September 29. Defendants removed on September 28, 2022. Plaintiffs filed a Motion for Preliminary Injunction in this Court on October 7, 2022. At that time, Plaintiffs selected the earliest date available on the Court's online calendar, January 12, 2023.

In light of the harms alleged, Plaintiffs seek to have their Motion resolved as soon as practicable given the Court's calendar and the time necessary for the parties to brief the issues. The parties have agreed to an extended briefing schedule on Plaintiffs' Motion for Preliminary Injunction, and the parties are filing a Stipulation to that effect contemporaneously with this Motion to Advance the Hearing Date. Per the Stipulation, the date of the last brief on the Motion for Preliminary Injunction is November 4, 2022, when Plaintiffs' Reply would be due. Accordingly, Plaintiffs' respectfully request that if the Court desires oral argument, that the hearing date for Plaintiff's Motion for Preliminary Injunction be advanced to the earliest possible time after November 4, 2022. Plaintiffs have communicated with counsel for Defendants and they do not support this Motion to Advance the Hearing Date.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:  October 18, 2022 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 |  |  |
| 4 |  |  |
| 5 |  | By:  /s/ Justina Sessions<br>        Justina Sessions |
| 6 |  |  |
| 7 |  | JUSTINA SESSIONS, State Bar No. 270914<br>JOHN P. FLYNN, State Bar No. 141094<br>COLLEEN BAL, State Bar No. 167637 |
| 8 |  | MALAVIKA F. LOBO, State Bar No. 317635<br>ANA ALICIA SONTAG, State Bar No. 340602 |
| 9 |  | WILSON SONSINI GOODRICH & ROSATI |
| 10 |  | Professional Corporation<br>One Market Plaza |
| 11 |  | Spear Tower, Suite 3300<br>San Francisco, CA  94105 |
| 12 |  | Telephone:  (415) 947-2197<br>Facsimile:  (415) 947-2000 |
| 13 |  | Email:  jsessions@wsgr.com |
| 14 |  | AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN |
| 15 |  | CALIFORNIA, INC.<br>Shilpi Agarwal, State Bar No. 270749 |
| 16 |  | Avram D. Frey, MJP 804789 (*Admitted Pro Hac Vice*) |
| 17 |  | Emi Young, State Bar No. 311238<br>Hannah Kieschnick, State Bar No. 319011 |
| 18 |  | 39 Drumm Street<br>San Francisco, CA  94111 |
| 19 |  | Telephone:  (415) 621-2493<br>Facsimile:   (415) 255-1478 |
| 20 |  | Email:  sagarwal@aclunc.org<br>afrey@aclunc.org |
| 21 |  | eyoung@aclunc.org<br>hkieschnick@aclunc.org |
| 22 |  |  |
| 23 |  | *Attorneys for Plaintiffs*<br>*Joshua Simon, David Barber, Josue Bonilla,* |
| 24 |  | *Diana Block, and Community Resource Initiative* |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 | NOTICE OF MOTION AND MOTION TO ADVANCE THE HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br>CASE NO.: 4:22-cv-05541-JST | -2- |