1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | CASE NO.: 4:22-cv-05541-JST<br><br>(San Francisco County Superior Court, Case No.: CGC-22-601686)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADVANCE THE HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: September 8, 2022<br>Removal Filed: September 28, 2022<br><br>TRIAL DATE: None set<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

1  Before the court is Plaintiffs Joshua Simon, David Barber, and Josue Bonilla's
2  ("Plaintiffs") Motion to Advance the Hearing Date for Plaintiffs' Motion for Preliminary
3  Injunction ("Motion").
4  The Court, having considered the documents in support of and in opposition to Plaintiffs'
5  Motion, hereby GRANTS Plaintiffs' Motion.
6  It is therefore ORDERED that a hearing on Plaintiffs' Motion for Preliminary Injunction
7  is scheduled for _____ in Courtroom 6, United States District Court
8  for the Northern District of California, Oakland Courthouse, 2nd Floor, 1301 Clay Street,
9  Oakland, California 94612.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Jon S. Tigar
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO ADVANCE     -1-
THE HEARING DATE FOR PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
CASE NO.: 4:22-CV-05541-JST