DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3867 [Murphy]
Telephone:   (415) 554-3999 [Holtzman]
Facsimile:   (415) 554-3837
E-Mail:      kaitlyn.murphy@sfcityatty.org
E-Mail       alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PAUL MIYAMOTO IN HIS OFFICIAL CAPACITY AS
SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>    Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND PAUL MIYAMOTO'S RESPONSE TO MOTION TO ADVANCE PRELIMINARY INJUNCTION HEARING (ECF No. 26)**<br><br>Judge:      Honorable. Jon S. Tigar<br>Courtroom:  Courtroom 6, 2nd Floor<br><br>Trial Date:  Not Set |

Defendants City and County of San Francisco and Paul Miyamoto, in his official capacity as San Francisco Sheriff ("Defendants"), respectfully submit the following response to the Motion to Advance the Hearing Date for Plaintiffs' Motion for Preliminary Injunction, ECF No. 26 ("Administrative Motion"), filed by Plaintiffs Joshua Simon, David Barber, Josue Bonilla, Diana Block, and Community Resource Initiative ("Plaintiffs).

Defendants defer to the Court's directives with respect to the scheduling of hearings and therefore take no position on the Administrative Motion except to suggest that the Court consider setting the Motion for a Preliminary Injunction and Motion to Dismiss the Complaint (ECF No. 24) for hearing together in the interests of judicial economy.

The Motion to Dismiss was filed October 17, 2022, and is calendared for hearing on January 19, 2023. The Motion to Dismiss and Preliminary Injunction Motion address overlapping procedural and substantive issues, including the appropriate forum for Plaintiffs' claims, federal and California constitutional limits on conditions of release for criminal defendants released by the state criminal court, and taxpayer statutory and Article III standing. Given these and other overlapping issues, judicial economy supports hearing the motions together. Defendants therefore suggest—if the Court is inclined to advance the hearing date on the Preliminary Injunction Motion—that it reset the Motion to Dismiss for the same date.

Dated: October 19, 2022

        DAVID CHIU
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        KAITLYN MURPHY
        ALEXANDER J. HOLTZMAN
        Deputy City Attorneys

By:    */s/ Kaitlyn Murphy*
     KAITLYN MURPHY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF

1

Defs' Resp. to Mot. to Advance Prelim. Inj. Hearing; Case No. 22-cv-05541-JST     n:\lit\li2022\230184\01634731.docx