```
1  JUSTINA K. SESSIONS, State Bar No. 270914
   JOHN P. FLYNN, State Bar No. 141094
2  COLLEEN BAL, State Bar No. 167637
   MALAVIKA F. LOBO, State Bar No. 317635
3  ANA ALICIA SONTAG, State Bar No. 340602
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   One Market Plaza
5  Spear Tower, Suite 3300
   San Francisco, CA 94105
6  Telephone: (415) 947-2197
   Facsimile: (415) 947-2000
7  Email: jsessions@wsgr.com
   jflynn@wsgr.com
8  cbal@wsgr.com
   mlobo@wsgr.com
9  asontag@wsgr.com

10 Attorneys for Plaintiffs
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | NORTHERN DISTRICT OF CALIFORNIA |
|  | OAKLAND DIVISION |

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, and JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual, and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>Defendants. | CASE NO.: 4:22-CV-05541-JST<br><br>**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 19, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: September 8, 2022<br>Removal Filed: September 28, 2022<br><br>TRIAL DATE: None set<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

SESSIONS DECL. ISO MOT. FOR CLASS CERT.
CASE NO: 4:22-CV-05541-JST

I, Justina K. Sessions, declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am employed by Wilson Sonsini Goodrich & Rosati P.C. ("WSGR"). I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify to those facts.

2. WSGR has defended numerous class actions in both state and federal court.

3. In March 2020, WSGR obtained a trial victory for a class of Medicare patients it represented *pro bono*, which was affirmed by the U.S. Court of Appeals for the Second Circuit. *See Alexander v. Azar*, -- F. Supp. 3d --, 2020 WL 1430089 (D. Conn. Mar. 24, 2020).

4. WSGR earned an honorable mention as part of *The American Lawyer's* national "Litigation Department of the Year" awards in 2021.

5. The WSGR team litigating this case has been personally involved in numerous class actions and civil rights cases.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed the 28th day of October, 2022, at San Francisco, California.

                                                           */s/ Justina K. Sessions*
                                                           Justina K. Sessions