1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, and JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual, and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>　　　　　　Defendants. | CASE NO.: 4:22-cv-05541-JST<br>(San Francisco County Superior Court, Case No.: CGC-22-601686)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 19, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: September 8, 2022<br>Removal Filed: September 28, 2022<br><br>TRIAL DATE:  None set<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

[PROPOSED] ORDER GRANTING MOTION FOR
CLASS CERTIFICATION
CASE NO: 4:22-cv-05541-JST

Before the Court is Plaintiffs Joshua Simon, David Barber, Josue Bonilla, Diana Block, and Community Resource Initiative's (collectively, "Plaintiffs") Motion for Class Certification ("Motion").

The Court, having considered the briefs and other documents in support of and in opposition to Plaintiffs' Motion, and the arguments of counsel, hereby GRANTS Plaintiffs' Motion.

IT IS SO ORDERED.

Dated:

                                      The Honorable Jon S. Tigar
                                      United States District Court Judge