DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3867
Facsimile:    (415) 554-3837
Email:        kaitlyn.murphy@sfcityatty.org
              alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PAUL MIYAMOTO IN HIS OFFICIAL CAPACITY AS
SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>    Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge:           Hon. Jon S. Tigar<br>Courtroom:       Courtroom 6, 2nd Floor<br>Hearing Date:    January 12, 2023<br>Time:            2:00 p.m.<br><br>Trial Date:      Not Set |

1

Murphy Decl. ISO Opp. to Mot. for Prelim. Inj.                                     n:\lit\li2022\230184\01636552.docx
Case No. 22-cv-05541-JST

## DECLARATION OF KAITLYN MURPHY

I, KAITLYN MURPHY, declare as follows:

1. I am an attorney and counsel of record for Defendants in this action. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 22).

3. In support of their Opposition, Defendants cite and discuss documents from criminal cases brought by the People of the State of California against Plaintiffs Joshua Simon, David Barber, and Josue Bonilla.

   a. Attached as **Exhibit A** is a true and accurate copy of Minutes of Hearing dated May 25, 2022, in *People v. Joshua Isiah Simon*, S.F. Super. Ct. Case No. CRI-22004986, redacting certain confidential information not relevant to the Motion for a Preliminary Injunction.

   b. Attached as **Exhibit B** is a true and accurate copy of Minutes of Hearing dated May 27, 2022, in *People v. Joshua Isiah Simon*, S.F. Super. Ct. Case No. CRI-22004986.

   c. Attached as **Exhibit C** is a true and accurate copy of Minutes of Hearing dated August 13, 2021, in *People v. David Michael Barber*, S.F. Super. Ct. Case No. CRI-21007774, including additional highlighting.

   d. Attached as **Exhibit D** is a true and accurate copy of Minutes of Hearing dated March 16, 2022, in *People v. David Michael Barber*, S.F. Super. Ct. Case No. CRI-21007774.

   e. Attached as **Exhibit E** is a true and accurate copy of a Minute Order dated August 24, 2022, in *People v. David Michael Barber*, S.F. Super. Ct. Case No. CRI-21007774.

   f. Attached as **Exhibit F** is a true and accurate copy of Minutes of Hearing dated May 31, 2022, in *People v. Josue Alexander Bonilla*, S.F. Super. Ct. Case No. CRI-22005221, including additional highlighting and redacting certain confidential information not relevant to the Motion for a Preliminary Injunction.

2

Murphy Decl. ISO Opp. to Mot. for Prelim. Inj.
Case No. 22-cv-05541-JST

n:\lit\li2022\230184\01636552.docx

g.   Attached as **Exhibit G** is a certified copy of the transcript of the Arraignment held on May 31, 2022, in *People v. Josue Alexander Bonilla*, S.F. Super. Ct. Case No. CRI-22005221. I have highlighted relevant portions of the transcript for the Court's convenience and redacted certain confidential information not relevant to the Motion for a Preliminary Injunction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 28th day of October 2022, at San Francisco, California.

                                        */s/ Kaitlyn Murphy*
                                        KAITLYN MURPHY

3

Murphy Decl. ISO Opp. to Mot. for Prelim. Inj.
Case No. 22-cv-05541-JST

n:\lit\li2022\230184\01636552.docx