# EXHIBIT A
# TO THE DECLARATION OF KAITLYN MURPHY

| | SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES | |
|---|---|---|
| People of the State of California  vs JOSHUA ISIAH SIMON | | [X] Present |
| SC # 000000 | Assistant DA of Record JULIA GONZALES  [X] Present | Attorney of Record   [ ] Present |
| [ ] Interpreter Language | Clerk BENJAMIN P THOMPSON | Judge BRIAN L. FERRALL |
| Reporter CHRISTINE JORDAN #12262 | MOHAMMED ASHRAF | |

Cause on Calendar for  Arraignment                                    **Defendant Status:** ORCT

Special appearance by ANTHONY GEDEON, Deputy Public Defender for the Attorney of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | PC | 273,5(A)/F | | 22004986 | NG | |
| 002 | PC | 245(A)1/F | | 22004986 | NG | |
| 003 | PC | 594(B)1/F | | 22004986 | NG | |
| 004 | PC | 148(A)1/M | | 22004986 | NG | |
| 005 | PC | 148(A)1/M | | 22004986 | NG | |

THIS MATTER WAS HEARD BY LORETTA M. GIORGI

THIS MATTER WAS REPORTED BY ANN MENDOZA

Court appoints the Public Defender to represent the defendant.

Defendant waives formal reading of the complaint and advisement of rights.

Not guilty plea(s) as to each count and denial of any and all allegation(s) entered.

The defense reserves the right to demurrer.

No time waiver as of this date.

Last day for preliminary hearing is 06-09-22 (10TH).

COURT ESTABLISHES 60TH DAY AS 07-25-22

DEFENDANT IS RELEASED ON THEIR OWN RECOGNIZANCE, COURT OR WITH MINIMUM SUPERVISION, AND IS ORDERED TO APPEAR ON NEXT AND ALL SUBSEQUENT COURT DATE(S)

As a condition of release, the defendant shall be placed on pre-trial monitoring by the Sheriff's Office.

Defendant shall be fitted with a GPS Device and shall be on pre-trial home detention and is ordered to comply with all terms of release as set forth on therecord and by the SFSO.

THE COURT ORDERS: defendant shall be released after a coordinated pick-up with SFSO Community Programs is in place..

Defendant shall not knowingly possess any firearm or any other dangerous or deadly weapon.

See signed order in file.

The defendant shall not threaten, molest, or have written, telephone, personal or third party contact with ▮▮▮▮▮

The defendant shall stay away from ▮▮▮▮▮

Stay at least 100 YARDS from the above-named person(s) and or place(s).