# EXHIBIT B
# TO THE DECLARATION OF KAITLYN MURPHY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

People of the State of California vs **JOSHUA ISIAH SIMON**  [X] Present

| SC # | Assistant DA of Record | | Attorney of Record | |
|---|---|---|---|---|
| 000000 | JULIA GONZALES | ☐ Present | ANTHONY GEDEON | [X] Present |
| ☐ Interpreter Language | Clerk  JAMES STRINGER | | Judge  BRIAN L. FERRALL | |
| Reporter  LYNDI HATCH #8240 | | | | |

Cause on Calendar for Hearing                                Defendant Status: ORCT

Special appearance by JONAH ROSS, DA for the Assistant DA of Record.

| Count | Code | Section   | Degree | MC #     | Plea | Finding |
|-------|------|-----------|--------|----------|------|---------|
| 001   | PC   | 273,5(A)/F|        | 22004986 | NG   |         |
| 002   | PC   | 245(A)1/F |        | 22004986 | NG   |         |
| 003   | PC   | 594(B)1/F |        | 22004986 | NG   |         |
| 004   | PC   | 148(A)1/M |        | 22004986 | NG   |         |
| 005   | PC   | 148(A)1/M |        | 22004986 | NG   |         |



Cause on calendar: MOTION TO MODIFIY RELEASE CONDITIONS.

DEFENDANT IS RELEASED ON THEIR OWN RECOGNIZANCE, COURT OR WITH MINIMUM SUPERVISION, AND IS ORDERED TO APPEAR ON NEXT AND ALL SUBSEQUENT COURT DATE(S)

As a condition of release, the defendant shall be placed on pre-trial monitoring by the Sheriff's Office.

Defendant shall be fitted with a GPS Device and is ordered to comply with all terms of release as set forth on the record and by the SFSO.

THE COURT ORDERS: SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time..

See signed order in file.

COURT CONFIRMS FUTURE DATE

The case is continued for: 06-01-22 REVIEW RELEASE CONDITIONS.

Defendant ordered to appear.

The case is continued for: 06-06-22 PRELIMINARY HEARING.

Defendant ordered to appear.

Cause is ordered continued to 06/06/2022 at 09:00 in Department M11 for Hearing.

Cause is ordered continued to 06/01/2022 at 09:00 in Department M11 for Hearing.