Case 4:22-cv-05541-JST   Document 31-5   Filed 10/28/22   Page 1 of 2

# EXHIBIT D
# TO THE DECLARATION OF KAITLYN MURPHY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

People of the State of California vs **DAVID MICHAEL BARBER** [X] Present

| SC # | Assistant DA of Record | Attorney of Record |
|---|---|---|
| 234349 | KAREN CATALONA [X] Present | CHRISTOPHER GARCIA [X] Present |

| Interpreter Language | Clerk | Judge |
|---|---|---|
| | MICHELLE A. CALGARO | BRIAN L. FERRALL |

Reporter: CHRISTINE JORDAN #12262

Cause on Calendar for Hearing                                   **Defendant Status: ACM**

| Count | Code | Section    | Degree | MC #     | Plea | Finding |
|-------|------|------------|--------|----------|------|---------|
| 001   | PC   | 273,5(A)/F |        | 21007774 | NG   |         |
| 002   | PC   | 245(A)4/F  |        | 21007774 | NG   |         |
| 003   | PC   | 422/F      |        | 21007774 | NG   |         |

Cause on calendar: MOTION TO MODIFY CONDITIONS OF RELEASE, LD 11-08-21 (COVID19).

Motion is GRANTED.

The Court orders that the defendant's terms of electronic monitoring are modified as follows DEFENDANT ACM CHECK-INS TO TELEPHONE CHECK-INS ONLY

The case is continued for: PRE TRIAL CONFERENCE IN S23.

Defendant ordered present, unless waived by ACM

FUTURE DATES CONFIRMED

Cause is ordered continued to 04/29/2022 at 09:00 in Department S22 for Trial.

Cause is ordered continued to 04/19/2022 at 09:00 in Department S23 for Pretrial.

FD:(03/23/2002) G    Print Date: 03/16/2022 15:39    Line# 25    Dept. S22   Date 03/16/2022   Page 1 of 1

**Generic Minutes**   Attest: MICHELLE A. CALGARO   Deputy Clerk