# EXHIBIT F
# TO THE DECLARATION OF KAITLYN MURPHY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

People of the State of California  vs JOSUE ALEXANDER BONILLA   [X] Present

| SC # 000000 | Assistant DA of Record | Present | Attorney of Record | Present |
|---|---|---|---|---|
| [ ] Interpreter Language | Clerk STEPHEN SPENGLER | | Judge A. MARISA CHUN | |
| Reporter | | | | |

Cause on Calendar for  Arraignment                                     Defendant Status: ACM

Special appearance by ALICE WONG, DA for the Assistant DA of Record.

Special appearance by COOPER FINDLAY, Deputy Public Defender for the Attorney of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | PC | 273,5(A)/F | | 22005221 | NG | |
| 002 | PC | 245(A)1/F | | 22005221 | NG | |
| 003 | PC | 422/F | | 22005221 | NG | |
| 004 | PC | 243(E)1/M | | 22005221 | NG | |

Cause on calendar: ARRAIGNMENT.

Court appoints the Public Defender to represent the defendant.

Defendant waives formal reading of the complaint and advisement of rights.

Not guilty plea(s) as to each count and denial of any and all allegation(s) entered.

The defense reserves the right to demurrer.

Defendant personally waives the right to have a preliminary hearing within 10 court days, but does not waive the right to have it completed within 60 calendar days.

Last day for preliminary hearing is 08-01-22 60TH.

DEFENDANT RELEASED TO PRETRIAL DIVERSION ON ASSERTIVE CASE MANAGEMENT

Defendant shall not knowingly possess any firearm or any other dangerous or deadly weapon.

As a condition of release, the defendant shall be placed on pre-trial monitoring by the Sheriff's Office.

Defendant shall be fitted with GPS DevicE and is ordered to comply with all terms of release as set forth on the record and by the SFSO.

THE COURT ORDERS: SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time..

The defendant shall not threaten, molest, or have written, telephone, personal or third party contact with ▮

Stay at least 150 yards away from the above-named person(s) and, or place(s).

Stay away order signed and filed in open Court.

The defendant shall stay away from ▮

Stay at least  from the above-named person(s) and or place(s).

Deputy K Wolske, #1549

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

People of the State of California  vs **JOSUE ALEXANDER BONILLA**  [X] Present

| SC # | Assistant DA of Record | | Attorney of Record | |
|---|---|---|---|---|
| 000000 | | [ ] Present | | [ ] Present |
| Interpreter Language | Clerk STEPHEN SPENGLER | | Judge A. MARISA CHUN | |
| Reporter | | | | |

Cause on Calendar for  Arraignment                                    **Defendant Status: ACM**

50YARDS

Stay away order signed and filed in open Court.

The case is continued for: prehearing conference.

Defendant ordered to appear.


Cause is ordered continued to 06/28/2022 at 09:00 in Department M09 for Hearing.