DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3867
Facsimile:     (415) 554-3837
Email:         kaitlyn.murphy@sfcityatty.org
               alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PAUL MIYAMOTO IN HIS OFFICIAL CAPACITY AS
SAN FRANCISCO SHERIFF,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DECLARATION OF LIEUTENANT KEVIN LEE IN SUPPORT OF DFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge:         Hon. Jon S. Tigar<br>Courtroom:     Courtroom 6, 2nd Floor<br>Hearing Date:  January 12, 2023<br>Time:          2:00 p.m.<br><br>Trial Date:    Not Set |

1

Lee Decl. ISO Opp. to Mot. For Prelim. Inj.; Case No. 22-cv-05541-JST         c:\users\a09722\downloads\01636604.docx

# DECLARATION OF LIEUTENANT KEVIN LEE

I, KEVIN LEE, declare as follows:

1. I am employed as a Lieutenant with the San Francisco Police Department in the Crime Information Services Unit ("CISU"). I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. In my role with the CISU, I serve as the SFPD's custodian of records. In connection with this lawsuit I reviewed certain SFPD Incident Reports concerning Plaintiffs Joshua Simon, David Barber, and Josue Bonilla.

3. The following documents are true and accurate copies of documents from SFPD's files, apart from redactions added to private information (e.g. dates of birth, driver's license numbers, Plaintiffs' SF Numbers):

    a. **Exhibit A** to my declaration is a true and correct copy of SFPD Incident Report No. 220062165, with redactions;

    b. **Exhibit B** to my declaration is a true and correct copy of SFPD Incident Report No. 220335075, with redactions;

    c. **Exhibit C** to my declaration is a true and correct copy of SFPD Incident Report No. 210501979, with redactions;

    d. **Exhibit D** to my declaration is a true and correct copy of SFPD Incident Report No. 200536049, with redactions;

    e. **Exhibit E** to my declaration is a true and correct copy of SFPD Incident Report No. 220263783, with redactions;

    f. **Exhibit F** to my declaration is a true and correct copy of Emergency Protective Order dated April 22, 2022, in Case No. 220263783, with redactions; and

///

///

///

Lee Decl. ISO Opp. to Mot. For Prelim. Inj.; Case No. 22-cv-05541-JST     2     c:\users\a09722\downloads\01636604.docx

/ / /

   g.  **Exhibit G** to my declaration is a true and correct copy of SFPD Incident Report No. 220378172, with redactions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 28th day of October 2022, at San Francisco, California.

_____
KEVIN LEE

3

Lee Decl. ISO Opp. to Mot. For Prelim. Inj.; Case No. 22-cv-05541-JST  c:\users\a09722\downloads\01636604.docx