# EXHIBIT A
# TO THE DECLARATION OF
# LIEUTENANT KEVIN LEE

# **FILED UNDER SEAL**