# EXHIBIT B
# TO THE DECLARATION OF LIEUTENANT KEVIN LEE

# FILED UNDER SEAL