# EXHIBIT B
# TO THE DECLARATION OF LIEUTENANT PHILIP JUDSON

# IN THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO,
## AGREEMENT AND ORDER RELEASING DEFENDANT ON OWN RECOGNIZANCE

PEOPLE, ETC. VS SIMON, JOSHUA

NEXT COURT DATE: June 6, 20__ TIME: 9:00

DEPT: 11   COURT #: 22004986

**CLIENT INSTRUCTIONS:**
**PLEASE CONTACT PRETRIAL OFFICE IMMEDIATELY AFTER YOUR RELEASE**

**SAN FRANCISCO PRETRIAL DIVERSION PROJECT**
**236 8TH STREET, SUITE E**
**415-626-4995**

**I agree to the following conditions if I am released:**

(a) I will appear at all times and places ordered by the Court at which the above- entitled case is scheduled.
(b) I will not leave the State of California without permission from the Court.
(c) If I fail to appear and am apprehended outside the State of California, I waive extradition.
(d) I acknowledge that I have been informed of the possible consequences and penalties if I violate the conditions of release including:
   1) A fine up to five thousand dollars or imprisonment in the state prison, or in the county jail for not more than one year or both if I was released on a felony charge.
   2) A fine of up to one thousand dollars or up to six months in county jail or both if I was released on a misdemeanor charge.
(e) I will comply with any additional conditions the Court may impose.

Signed On: 5/25/22 , San Francisco, California

_____
Defendant's Signature

_____
Address

TO: THE SHERIFF OF THE CITY AND COUNTY OF SAN FRANCISCO:

| Y/N | Release Type | Level of Supervision | Description |
|---|---|---|---|
| N | OR | No Active Supervision (NAS) | Release to OR with court date reminders only |
| Y | OR - MS | Minimum Supervision (MS) | Release to OR with following: Court date reminders, 2x week phone reporting. |
|   | SFPDP - ACM | Assertive Case Management (ACM) | Release on OR to SFPDP supervision. Court date reminders, 4x/ week reporting (2-4 in person), out of custody assesments. |

**CHECK HERE FOR TRANSPORT ONLY** ○

Judge Notes: EM home detention 10-35, no weapons

DATE: 5/25/22   JUDGE: _____

Release Order Form   WHITE COPY- SF PRETRIAL, YELLOW COPY-COURT, PINK COPY- DEFENDANT   Rev: 6/2019