# EXHIBIT E
# TO THE DECLARATION OF LIEUTENANT PHILIP JUDSON

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
**Electronic Monitoring Program**
# Enrollment Notice

| | | | |
|---|---|---|---|
| **Name:** | Joshua Simon (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 22004986 | **Court:** | |
| **Offense:** | 273.5(A)/F; 245(A)1/F, 594(B)1/F | **DIV/Department:** | |
| **Enrollment Date:** | 2022-05-28 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | Ramsess Pedraza |
| **Other EM Numbers and Cases:** | | | |

- ☑ PARTICIPANT WAS FOUND SUITABLE FOR ELETRONIC MONITORING
- ☑ PARTICIPANT WILL UNDERGO BREATH ALCOHOL TESTING
- ☑ PARTICIPANT WILL UNDERGO DRUG TESTING
- ☑ PARTICIPANT WILL PARTICIPATE IN DAY REPORTING SERVICES

**Comment:**

On 05/28/2022 the above-named defendant was enrolled into SFSD Electronic Monitoring program (EM) in accordance with court order #22004986. The defendant will be monitored via "Tracking Only" in accordance with his court ordered level of supervision and will report to Sentinel once every two weeks for compliance appointments and equipment inspections.   The defendant's court ordered conditions as well as SFSD program rules and Sentinel participation agreement were reviewed with him by Deputy Cristobal and Case Manager, Estefania Torres, and a copy was provided.   Electronic monitoring Equipment Info: (GPS Device, Ankle Strap, Backplate, Charger) valued at $700.00 OM500 GPS Device #:20279684 Status: Online / Intact   GPS Cell: 5/28/2022 11:37:34 AM GPS Locate: 5/28/2022 11:37:17 AM Next Compliance Appointment: 06/03/2022

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZEstefania ZZZTorres | **Case Manager:** | SF Sheriff |
| Sentinel Offender Services | | **Signature:** | _____ |
| 70 OAK GROVE | | | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 5/28/2022 11:40:15 AM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

**ENROLLMENT**