# EXHIBIT F
# TO THE DECLARATION OF
# LIEUTENANT PHILIP JUDSON

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**

**Electronic Monitoring Program**

# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | Joshua Simon (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 22004986 | **Court:** | |
| **Offense:** | 273.5(A)/F, 245(A)1/F, 594(B)1/F | **DIV/Department:** | |
| **Enrollment Date:** | 2022-05-28 | **Client Number:** | ██████ |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

☐ THIS NCR ISSUE HAS BEEN RESOLVED

☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY

☐ FAILED DRUG OR ALCOHOL TEST

☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

On  05/27/2022 the above-named defendant was enrolled into the San Francisco Sheriff's Departments electronic monitoring (EM) program in accordance with court order 22004986. A review of SFSD EM program rules, Pre-Defendant Court Orders and Sentinel participation agreement with the defendant during enrollment, stated the following.

"I shall obey all order given by any sworn employee or Sentinel EM employee" as it relates to my Pre-Trial defendant court orders.
On 06/14/2022 at 3:54:44 PM defendant's GPS device triggered a "Stay Away Exclusion Zone entry and remained therein until 3:58:56 PM when he exited. The defendant was in the exclusion zone for approximately four (4) minutes, and at no time during his entry or prior to entry reach out to the SFSD to ask for approval.

On 05/27/2022 the defendant was given an EM orientation where all rules from the Court, SFSD, and Sentinel were reviewed including "Stay Away" Orders given by the court. The defendant acknowledged all rules and "Stay Away" by signature and he was provided a copy of all documentation and a map of the "Stay Away" area.

Non-Compliance # 1

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZAlana ZZZWaldron | **Case Manager:** | Ramsess Pedraza |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** | _____ |
| SAN FRANCISCO, CA 94107 | | **Date:** | 6/14/2022 4:59:25 PM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

**NCR**

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**

**Electronic Monitoring Program**

# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | Joshua Simon (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 22004986 | **Court:** | |
| **Offense:** | 273.5(A)/F, 245(A)1/F, 594(B)1/F | **DIV/Department:** | |
| **Enrollment Date:** | 2022-05-28 | **Client Number:** | ▮▮▮ |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

☐ THIS NCR ISSUE HAS BEEN RESOLVED

☑ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY

☐ FAILED DRUG OR ALCOHOL TEST

☑ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Failure to follow Pre-Sentenced Defendant court orders, SFSD electronic monitoring (EM) rules, and Sentinel participation agreement is a violation of the program.  On 6/16/2022 at 2:57:40 PM electronic monitoring system received an alert informing Joshua Simon has exited the 50 mile radius. As stated in the San Francisco Sheriff's Department Electronic Monitoring Program Rules, "Absent permission by SFSD I shall not travel further than 50 driving miles from 70 Oak Grove street, San Francisco, CA." His court order specifically states "Cannot travel more that 50 driving miles of Sheriff's Electronic Monitoring office without prior approval or the Court." Joshua has exited the 50 mile radius on 06/16/2022 client was tracked at 1016 Cannes Ave Modesto, CA,95351 USA :.   Non Compliance Report #1

| | | |
|---|---|---|
| **Submitted By:** Alaysha Griffith | **Case Manager:** | Ramsess Pedraza |
| Sentinel Offender Services | | |
| 70 OAK GROVE | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | **Date:** | 6/17/2022 4:15:52 PM |
| Phone: 6504499004 | | |
| Fax: 650-449-9034 | | |

**NCR**

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**

**Electronic Monitoring Program**

# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | Joshua Simon (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 22004986 | **Court:** | |
| **Offense:** | 273.5(A)/F, 245(A)1/F, 594(B)1/F | **DIV/Department:** | |
| **Enrollment Date:** | 2022-05-28 | **Client Number:** | ▮ |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

☐ THIS NCR ISSUE HAS BEEN RESOLVED

☑ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY

☐ FAILED DRUG OR ALCOHOL TEST

☑ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

On 05/28/2022 the above-named defendant was enrolled into the San Francisco Sheriff's Departments electronic monitoring (EM) program in accordance with court order # 22004986. A review of SFSD EM program rules, Pre-Defendant Court Orders and Sentinel participation agreement with the defendant during enrollment, stated the following. "I shall obey all order given by any sworn employee or Sentinel EM employee" as it relates to my Pre-Trial defendant court orders.

On 07/15/2022 at 11:26:30 hours defendant's GPS device # 20279684 triggered a "Stay Away Exclusion Zone" entry at 65 Shendan St. and remained therein until 11:29:42 hours.  The defendant was in the exclusion zone for approximately three (3) minutes, and at no time during his entry or prior to entry reach out to the SFSD to ask for approval. On 05/28/2022 the defendant was given an EM orientation where all rules from the Court, SFSD, and Sentinel were reviewed including "Stay Away" Orders given by the court. The defendant acknowledged all rules and "Stay Away" by signature and he was provided a copy of all documentation and a map of the "Stay Away" area.

Non-Compliance # 3

| | | | |
|---|---|---|---|
| **Submitted By:** | Ronald Phelps | **Case Manager:** | Ramsess Pedraza |
| Sentinel Offender Services | | | |
| | | **Signature:** _____ | |
| 70 OAK GROVE | | | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 7/15/2022 12:27:28 PM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

**NCR**

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**

**Electronic Monitoring Program**

# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | Joshua Simon (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 22004986 | **Court:** | |
| **Offense:** | 273.5(A)/F, 245(A)1/F, 594(B)1/F | **DIV/Department:** | |
| **Enrollment Date:** | 2022-05-28 | **Client Number:** | ▮ |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

☐  THIS NCR ISSUE HAS BEEN RESOLVED

☑  FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY

☐  FAILED DRUG OR ALCOHOL TEST

☑  FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Tampering, removing, attempting to remove or damaging any part of the monitoring ankle transmitter or electric monitoring equipment is a direct violation of program rules and regulations. When the GPS EM bracelet was placed on the defendant on 05/27/2022 in the office. The defendant was given a copy of his signed agreement prior to leaving the office with all program rules and regulations.

On 7/29/2022 at 6:32:28 AM the defendant's assigned GPS device # 20279684 generated an "XMTR Tamper" alert, indicating defendant Joshua Simon has cut off monitor. A strap tamper or XMTR GPS Tamper is due to fiber optics being cut or interrupted. Fiber optic cables run through the device's strap to continuously monitor if strap has been cut. Multiple audio alerts have been sent to the defendant's GPS device instructing him to contact SFSD however he has failed to report.

Non-Compliance Report # 4

| | | |
|---|---|---|
| **Submitted By:** | Alaysha Griffith | **Case Manager:**    Ramsess Pedraza |
| Sentinel Offender Services | | |
| | | **Signature:** _____ |
| 70 OAK GROVE | | |
| SAN FRANCISCO, CA 94107 | | **Date:**    7/29/2022 7:45:08 AM |
| Phone: 6504499004 | | |
| Fax: 650-449-9034 | | |

**NCR**

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**

**Electronic Monitoring Program**

# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | Joshua Simon (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 22004986 | **Court:** | |
| **Offense:** | 273.5(A)/F, 245(A)1/F, 594(B)1/F | **DIV/Department:** | |
| **Enrollment Date:** | 2022-05-28 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

☐ THIS NCR ISSUE HAS BEEN RESOLVED

☑ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY

☐ FAILED DRUG OR ALCOHOL TEST

☑ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

On 05/28/2022 the above-named defendant was enrolled into the San Francisco Sheriff's Departments electronic monitoring (EM) program in accordance with court order # 22004986. A review of SFSD EM program rules, Pre-Defendant Court Orders and Sentinel participation agreement with the defendant during enrollment, stated the following. "I shall obey all order given by any sworn employee or Sentinel EM employee" as it relates to my Pre-Trial defendant court orders.

On 08/04/2022 at 00:30:59 hours defendant's GPS device # 20279684 triggered a "Stay Away Exclusion Zone" entry at 65 Shendan St. and remained therein until 00:33:24 hours.  The defendant was in the exclusion zone for approximately three (3) minutes, and at no time during his entry or prior to entry reach out to the SFSD to ask for approval. On 05/28/2022 the defendant was given an EM orientation where all rules from the Court, SFSD, and Sentinel were reviewed including "Stay Away" Orders given by the court. The defendant acknowledged all rules and "Stay Away" by signature and he was provided a copy of all documentation and a map of the "Stay Away" area.

Non-Compliance # 5

| | | |
|---|---|---|
| **Submitted By:** Ronald Phelps | | **Case Manager:** Ramsess Pedraza |
| Sentinel Offender Services | | |
| | | **Signature:** _____ |
| 70 OAK GROVE | | |
| SAN FRANCISCO, CA 94107 | | **Date:** 8/4/2022 4:48:39 PM |
| Phone: 6504499004 | | |
| Fax: 650-449-9034 | | |

**NCR**