# EXHIBIT K
# TO THE DECLARATION OF LIEUTENANT PHILIP JUDSON

## Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART
### Electronic Monitoring Program
# Enrollment Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(H) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 700575 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | SF Sheriff |

**Other EM Numbers and Cases:**

- ☑ PARTICIPANT WAS FOUND SUITABLE FOR ELETRONIC MONITORING
- ☑ PARTICIPANT WILL UNDERGO BREATH ALCOHOL TESTING
- ☑ PARTICIPANT WILL UNDERGO DRUG TESTING
- ☑ PARTICIPANT WILL PARTICIPATE IN DAY REPORTING SERVICES

**Comment:**

On 8/18/2021 the above-named defendant David Barber, was enrolled into SFSD Electronic Monitoring program (EM) in accordance with court order # (20009939). The defendant will be monitored via "Home Detention" in accordance with his court ordered level of supervision and will report to Sentinel once every two weeks for compliance appointments and equipment inspections.

The defendant's court ordered conditions as well as SFSD program rules and Sentinel participation agreement were reviewed with him by Deputy Cabuloy and Case Manager, A. Griffith, and a copy was provided.

Electronic monitoring Equipment Info: (GPS Device, Ankle Strap, Backplate, Charger) valued at $700.00
OM500 GPS Device #:20099398
Status: Online / Intact
GPS Cell: 8/18/2021 10:05:42 AM
GPS Locate: 8/18/2021 10:06:08 AM
Next Compliance Appointment: 8/26/2021

**Submitted By:** Alaysha Griffith
Sentinel Offender Services
70 OAK GROVE
SAN FRANCISCO, CA 94107
Phone: 6504499004
Fax: 650-449-9034

**Case Manager:**
**Signature:** [signature]
**Date:** 8/18/2021 11:40:52 AM

**ENROLLMENT**