# EXHIBIT L
# TO THE DECLARATION OF
# LIEUTENANT PHILIP JUDSON

## Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART
### Electronic Monitoring Program
## Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

On 8/18/2021 the above-named defendant was enrolled into the San Francisco Sheriff's Departments electronic monitoring (EM) program in accordance with court order# 21007774. A review of SFSD EM program rules, Pre-Defendant Court Orders and Sentinel participation agreement with the defendant during enrollment, stated the following. "I must remain within the interior premises of residence unless authorized by SFSD sworn employee or, alternatively, remain within the interior premises or residence during the following hours":

On 9/6/2021 at approximately 1:08:19 PM the above-named defendant's GPS device triggered an "Unapproved Leave" system alert signifying that the defendant had left home and remained constant until 9:00:34 PM when the GPS device triggered an "Unapproved Entry system alert, signifying that the defendant had returned home. The defendant left his home for seven (7) & fifty-two (52) minutes. Based on the data that was received, reviewed and investigated, the defendant did in fact violate the conditions of his court order by being outside of his residence.

Non-Compliance #1

| | | | |
|---|---|---|---|
| **Submitted By:** | Alaysha Griffith | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 9/7/2021 8:53:25 AM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
Electronic Monitoring Program
# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Failure to follow Pre-Sentenced Defendant court orders, SFSD electronic monitoring (EM) rules, and Sentinel participation agreement is a violation of the program. Additionally, failure to remain within the interior premises of his residence as part of the home detention order is a violation of program rules and court order.

On 09/11/2021 at 15:30:13 hours, David Barber assigned GPS device # 20099398 triggered a "Late To Enter" alert. Indicating defendant failed to arrive home by pre-scheduled errand time. David was approved by SFSD to leave for "errand time" from the hours of 12:00 pm to 2:30 pm on Saturdays. He arrived home nine (9) minutes passed schedule, entering his residence at 14:39:31 hours.

Non compliance report #2

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZEstefania ZZZTorres | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 9/11/2021 2:55:07 PM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

## Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART
### Electronic Monitoring Program
## Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

☐ THIS NCR ISSUE HAS BEEN RESOLVED
☐ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
☐ FAILED DRUG OR ALCOHOL TEST
☐ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

On 08/18/2021 the above-named defendant was enrolled into the San Francisco Sheriff's Departments electronic monitoring (EM) program in accordance with court order 2100774. A review of SFSD EM program rules, Pre-Defendant Court Orders and Sentinel participation agreement with the defendant during enrollment, stated the following. "Defendant will adhere to the following court-ordered conditions of Pre-Trial Electronic Monitoring until the Court orders the removal of conditions. Defendant shall remain within interior premises of residence (Home Detention) unless authorized by a SFSO sworn employee".

Based on a review of Sentinel DNA tracking and monitoring system data, the above-named defendant did not enter and remain within the interior premises of his residence and failed to notify SFSO.

On 10/21/2021, Barber came in for a compliance check appointment at SFSD Program and at approximately 5:04:45 PM points show client leaving the office and making unapproved stops at 5:50:45 PM until 5:59:48 PM when Barber left. Defendant was at a residence on Jamaica Ln in Hayward for approximately nine (9) minutes. At approximately 6:31:42 PM the above named defendant GPS device triggered an "Unapproved Entry" system alert, notifying that the defendant had returned home. Based on the date that was received, reviewed and investigated, the defendant did in fact violate the conditions of his court order by making unapproved stops without approval. The defendant has not made any attempt to contact SFSO for approval.

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZAnita ZZZSarkic | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** | _____ |
| SAN FRANCISCO, CA 94107 | | **Date:** | 10/21/2021 7:54:47 PM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
Electronic Monitoring Program
# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

On 8/18/2021 the above-named defendant was enrolled into the San Francisco Sheriff's Departments electronic monitoring (EM) program in accordance with court order 2100774. A review of SFSD EM program rules, Pre-Defendant Court Orders and Sentinel participation agreement with the defendant during enrollment, stated the following.

"I must remain within the interior premises of residence unless authorized by SFSD sworn employee or, alternatively, remain within the interior premises or residence during the following hours":

On 11/1/2021 at approximately 5:52:28 PM the above-named defendant's GPS device triggered an "Unapproved Leave" system alert signifying that the defendant had left home and remained constant until 5:55:30 PM when the GPS device triggered an "Unapproved Entry system alert, signifying that the defendant had returned home. Based on the data that was received, reviewed and investigated, the defendant did in fact violate the conditions of his court order by being outside of his residence.

On 8/18/2021 the defendant was given an EM orientation where all rules from the Court, SFSD, and Sentinel were reviewed and acknowledged by the defendant by signature and initials on documents. The defendant was provided a copy of all documentation.

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZKristie ZZZEdwards | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 11/2/2021 9:12:21 AM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
Electronic Monitoring Program
# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Failure to follow Pre-Sentenced Defendant court orders, SFSD electronic monitoring (EM) rules, and Sentinel participation agreement is a violation of the program. Additionally, failure to remain within the interior premises of his residence as part of the home detention order is a violation of program rules and court order.

On 12/22/2021 at 6:00:19 PM, David Barber's assigned GPS device #20099398 triggered a "Late To Enter" alert. Indicating defendant failed to arrive home by pre-scheduled court order Curfew time (6PM-6AM). David was approved by Court order to leave from the hours of 6AM to 6PM Monday through Friday. He arrived home fifty-seven (57) minutes passed curfew schedule, entering his residence at approximately 06:57:06 PM.  Based on the data that was received, reviewed, and investigated, the defendant did in face violated the conditions of his court order by being outside of his residence.

Non compliance report #5

| | | | |
|---|---|---|---|
| **Submitted By:** | Alaysha Griffith | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 12/23/2021 7:56:05 AM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
Electronic Monitoring Program
# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Failure to follow Pre-Sentenced Defendant court orders, SFSD electronic monitoring (EM) rules, and Sentinel participation agreement is a violation of the program. Additionally, failure to remain within the interior premises of his residence as part of the home detention order is a violation of program rules and court order.

On 1/12/2022 at 6:00:39 PM, David Barber's assigned GPS device #20099398 triggered a "Late To Enter" alert. Indicating defendant failed to arrive home by pre-scheduled court order Curfew time (6PM-6AM). David was approved by Court order to leave from the hours of 6AM to 6PM Monday through Friday. He arrived home thirty-five (35) minutes passed curfew schedule, entering his residence at approximately 6:35:55 PM. Based on the data that was received, reviewed, and investigated, the defendant did in face violated the conditions of his court order by being outside of his residence.

Non compliance report # 6

| | | | |
|---|---|---|---|
| **Submitted By:** | Alaysha Griffith | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 1/13/2022 1:39:00 PM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

## Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART
### Electronic Monitoring Program
# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

On 8/18/2021 the above-named defendant was enrolled into the San Francisco Sheriff's Departments electronic monitoring (EM) program in accordance with court order 2100774. A review of SFSD EM program rules, Pre-Defendant Court Orders and Sentinel participation agreement with the defendant during enrollment, stated the following. "I must remain within the interior premises of residence unless authorized by SFSD sworn employee or, alternatively, remain within the interior premises or residence during the following hours": On 1/28/2022 at approximately 6:46:33 PM the above-named defendant's GPS device triggered an "Unapproved Leave" system alert signifying that the defendant had left home and remained constant until 6:51:33 PM when the GPS device triggered an "Unapproved Entry system alert, signifying that the defendant had returned home. The defendant was away from his residence for approximately five (5) minutes. On this same date the defendant continued to violate his court order by leaving his residence without approval at 6:54:30 PM and remained away f until 7:26:37 PM. The defendant was away from his residence for approximately thirty two (32) minutes. Based on the data that was received, reviewed and investigated, the defendant did in fact violate the conditions of his court order by being outside of his residence. On 8/18/2021 the defendant was given an EM orientation where all rules from the Court, SFSD, and Sentinel were reviewed and acknowledged by the defendant by signature and initials on documents. The defendant was provided a copy of all documentation.   Non-Compliance #7

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZEstefania ZZZTorres | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** | _____ |
| SAN FRANCISCO, CA 94107 | | **Date:** | 1/29/2022 7:45:36 AM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
Electronic Monitoring Program
# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Failure to follow Pre-Sentenced Defendant court orders, SFSD electronic monitoring (EM) rules, and Sentinel participation agreement is a violation of the program. Additionally, failure to remain within the interior premises of his residence as part of the home detention order is a violation of program rules and court order. On 1/29/2022 at 6:00:51 PM, David Barber's assigned GPS device #20099398 triggered a "Late To Enter" alert. Indicating defendant failed to arrive home by pre-scheduled court order Curfew time (6PM-6AM). David was approved by Court order to leave from the hours of 6AM to 6PM. . He arrived home fifty-eight (58) minutes passed curfew schedule, entering his residence at approximately 6:58:34 PM. Based on the data that was received, reviewed, and investigated, the defendant did in face violated the conditions of his court order by being outside of his residence without approval after curfew hours    Non compliance report # 7

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZEstefania ZZZTorres | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 1/30/2022 7:16:29 AM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
Electronic Monitoring Program
# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Failure to follow Pre-Sentenced Defendant court orders, SFSD electronic monitoring (EM) rules, and Sentinel participation agreement is a violation of the program. Additionally, failure to remain within the interior premises of his residence during designated curfew hours (6:00PM- 6:00AM) is a violation of program rules and court order.

On 02/17/2022, David Barber's GPS device# (20099398 ) triggered an "Late to Enter" alert at 6:00:40 PM, indicating he failed to arrive home by court ordered curfew and remained constant until 7:23:41 PM, triggering an "Unapproved Enter" alert, signifying the client made it home. The client was outside of her residence for approximately one (1) hour and twenty three (23) minutes. At no time did the client call SFSD. Client is in direct violation of court order and program rules.

Non Compliance Report #9

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZAlana ZZZWaldron | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 2/18/2022 6:26:50 PM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
Electronic Monitoring Program
# Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☒ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☒ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Failure to follow Pre-Sentenced Defendant court orders, SFSD electronic monitoring (EM) rules, and Sentinel participation agreement is a violation of the program. Additionally, failure to remain within the interior premises of his residence during designated curfew hours (6:00PM- 6:00AM) is a violation of program rules and court order.

On 04/07/2022, David Barber's GPS device# (20099398) triggered an "Late to Enter" alert at 6:00:16 PM, indicating he failed to arrive home by court ordered curfew and remained constant until 6:24:36 PM , triggering an "Unapproved Enter" alert, signifying the client made it home. The client was outside of his residence for approximately twenty-four (24) minutes. At no time did the client call SFSD. Client is in direct violation of court order and program rules.
 Non Compliance Report #10

| | | | |
|---|---|---|---|
| **Submitted By:** | ZZZAlana ZZZWaldron | **Case Manager:** | Alaysha Griffith |
| Sentinel Offender Services | | | |
| 70 OAK GROVE | | **Signature:** _____ | |
| SAN FRANCISCO, CA 94107 | | **Date:** | 4/7/2022 6:53:06 PM |
| Phone: 6504499004 | | | |
| Fax: 650-449-9034 | | | |

NCR

## Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART
### Electronic Monitoring Program
## Non-Compliance Notice

| | | | |
|---|---|---|---|
| **Name:** | David Barber (P)(T) | **Agency/Judge:** | |
| **Inmate/Case Number:** | 21007774 | **Court:** | |
| **Offense:** | 273.5 (A)/F, 245 (A) 4/F, 422/F | **DIV/Department:** | |
| **Enrollment Date:** | 2021-08-18 | **Client Number:** | |
| **Exp. Completion Date:** | | **Area Office:** | |
| **No. of Days Ordered:** | | **Officer/PO:** | |

**Other EM Numbers and Cases:**

- ☐ THIS NCR ISSUE HAS BEEN RESOLVED
- ☑ FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY
- ☐ FAILED DRUG OR ALCOHOL TEST
- ☑ FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

Failure to follow Pre-Sentenced Defendant court orders, SFSD electronic monitoring (EM) rules, and Sentinel participation agreement is a violation of the program. Additionally, failure to remain within the interior premises of his residence during designated curfew hours (6:00PM- 6:00AM) is a violation of program rules and court order.

On 06/24/2022, David Barber's GPS device# (20099398) triggered an "Late to Enter" alert at 6:01:06 PM, indicating he failed to arrive home by court ordered curfew and remained constant until 6:46:33 PM, triggering an "Unapproved Enter" alert, signifying the client made it home. The client was outside of his residence for approximately forty-six (46) minutes. At no time did the client call SFSD. Client is in direct violation of court order and program rules.

Non Compliance Report #12

| | |
|---|---|
| **Submitted By:** Alaysha Griffith | **Case Manager:** Alaysha Griffith |
| Sentinel Offender Services | |
| 70 OAK GROVE | **Signature:** _____ |
| SAN FRANCISCO, CA 94107 | **Date:** 6/26/2022 2:44:38 PM |
| Phone: 6504499004 | |
| Fax: 650-449-9034 | |

NCR