# EXHIBIT M
# TO THE DECLARATION OF LIEUTENANT PHILIP JUDSON

## Re: David Barber (21007774)

**Bista, Ngawang (SHF)**

Tue 3/29/2022 5:25 PM

To: Garcia, Christopher (PDR) ;SHF-Community-Programs-Partners <SHF-CommunityPrograms@sfgov.org>

Hello,

Sentinel records indicate that Barber came in our office for compliance check for year 2022 as follows:

1. 01/17.2022
2. 02/11/2022
3. 02/26/2022
4. 03/15/2022

On the phone you stated that Barber had been told to come in our office few times a week, is totally false. Your client has been less than truthful and every time he was asked for a UA test, he would say that he is unable to pee. Anyway, your client has been directed to come to our office every Monday between 1 pm to 4 pm.

Your client is only on Curfew from 6 pm to 6 am. He is free to work during his non-curfew 12 hour period. We are not stopping him from seeking and getting employed.

Hope this helps.

*Deputy Bista # 2145*
*San Francisco Sheriff's Department*
*Community Programs*
*70 Oak Grove Street*
*San Francisco, CA 94107*
*Tel: 415-575-6450*
*Fax:415-575-6452*

---

**From:** Garcia, Christopher (PDR)
**Sent:** Tuesday, March 29, 2022 4:56 PM
**To:** SHF-Community-Programs-Partners <SHF-CommunityPrograms@sfgov.org>
**Subject:** David Barber (21007774)

Hello,

I am Mr. Barber's public defender. He is on home detention with a curfew as a condition of his release.

Mr. Barber tells me he has to travel to SF multiple times a week to check in with the Sentinel, which has been a financial hardship for him considering he is unable to work because of the home detention.

I'd like some clarification on how often he has to check in. My understanding was that he only had to check in once per week.

Thank you.

**Christopher Garcia**
Deputy Public Defender
San Francisco Public Defender's Office
555 7th Street
San Francisco, CA 94103
Office Phone: (415) 575-8862
Cell Phone: ███████████
Fax: (415) 553-9810
Email: ███████████

The information contained in this electronic message may be confidential and may be subject to the attorney-client privilege and/or the attorney work product doctrine. It is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this electronic message in error, please delete the original message from your e-mail system. Thank you.