# EXHIBIT N
# TO THE DECLARATION OF LIEUTENANT PHILIP JUDSON

County of San Francisco Sheriff's Office / Superior Court

# Pre-Sentenced Defendant Electronic Monitoring - Court Order

Deputy K. Wolske, #1549

| BONILLA | JOSUE A. | ▉ |
|---|---|---|
| Defendant's Last Name | Defendant's First Name | SF Number / DOB |

| 22005221 | 9 | 5/31/22 |
|---|---|---|
| Court Number(S) | Department # | Date |

By checking boxes below, the Court will indicate what supervision the San Francisco Sheriff's Office (SFSO) will employ and the expectations the Court has of the defendant. By signing these instructions and affixing a seal, the Court indicates that the defendant has waived their 4th Amendment rights and understands the restrictions ordered by the Court.

Defendant will be monitored via: [X] GPS Only   [ ] Alcohol Monitoring Only*   [ ] GPS and Alcohol Monitoring*

*No consuming alcohol on alcohol monitoring*

Release with coordinated pickup** [ ]   Release to CP contingent on EM placement [X]   Condition of Bail [ ]

**Home Detention and Curfew orders will be Coordinated Pickup only.*

- Defendant will adhere to the following court-ordered conditions of Pre-Trial Electronic Monitoring until the Court orders the removal of conditions. Upon removal of conditions, all issued equipment shall be returned to SFSO.

- All participants on pre-trial electronic monitoring shall obey all orders given by any SFSO employee(s) or contract service provider(s) and live within 50 driving miles of the Sheriff's Electronic Monitoring office. Participants can not travel more than 50 driving miles from the Sheriff's Electronic Monitoring office without prior approval of the Court.

- Particpants shall report any change in residence immediately to an SFSO Community Programs employee or contract service provider. The particpant shall operate and maintain monitoring device(s) as instructed and not tamper with, defeat or remove monitoring device(s). Particpant shall report any arrest, citation or law enforcement contact to an SFSO Community Programs employee within 24 hours. Particpant shall not possess or consume any controlled substance without a valid legal prescription.

[ ] Submit to a drug test when directed to do so by a SFSO sworn employee.

[X] Not possess any weapons.

[ ] Not consume any alcohol / marijuana

[ ] Remain confined within interior premises of residence (Home Detention) unless authorized by a SFSO sworn employee. Approved Home Detention activities: _____

[ ] Curfew, remain confined within the interior premises of residence during the following hours: _____

[ ] Attend counseling / groups as directed. _____

[X] Abide by any stay away order or other restriction not on this form. (If checked, those must be attached to this form.)

[ ] Other _____

*If there is a violation of any of the above court-ordered monitoring conditions, the SFSO may evaluate the violation and report to the Court, prepare an affidavit to revoke their OR or bail status and/or place under arrest for contempt of court.*

5-31-22 / _____
Date / Judge

| Cleared for EM by CP | [ ] Yes [ ] No | Deputy Name / Badge _____ |
|---|---|---|

If not cleared, enter the reason: _____