# EXHIBIT R
# TO THE DECLARATION OF
# LIEUTENANT PHILIP JUDSON

## Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART
### Electronic Monitoring Program
# Enrollment Notice

**Name:** Josue Bonilla (P)(T)

**Agency/Judge:**

**Inmate/Case Number:** 22005221

**Court:**

**Offense:** 243(e)(1) PC/M, 245(a)(1) PC/F,

**DIV/Department:**

**Enrollment Date:** 2022-06-01

**Client Number:**

**Exp. Completion Date:**

**Area Office:**

**No. of Days Ordered:**

**Officer/PO:** Alaysha Griffith

**Other EM Numbers and Cases:**

☑ PARTICIPANT WAS FOUND SUITABLE FOR ELETRONIC MONITORING
☐ PARTICIPANT WILL UNDERGO BREATH ALCOHOL TESTING
☐ PARTICIPANT WILL UNDERGO DRUG TESTING
☐ PARTICIPANT WILL PARTICIPATE IN DAY REPORTING SERVICES

**Comment:**

On 06/01/2022 the above-named defendant was enrolled into SFSD Electronic Monitoring program (EM) in accordance with court order #22005221. The defendant will be monitored via "TRACKING" in accordance with his court ordered level of supervision and will report to Sentinel once every two weeks for compliance appointments and equipment inspections.

The defendant's court ordered conditions as well as SFSD program rules and Sentinel participation agreement were reviewed with him/her by Deputy Perez and Program Manager, E. Hernandez, and a copy was provided. Defendant was also informed and provided a map of stay away order of 150 yards from protected person and 50 yards from 992 Florida Street, San Francisco, CA.

Electronic monitoring Equipment Info: (GPS Device, Ankle Strap, Backplate, Charger) valued at $700.00
OM500 GPS Device #: 20204549
Next Compliance Appointment: 06/06/2022

**Submitted By:** EMMA HERNANDEZ

Sentinel Offender Services

70 OAK GROVE

SAN FRANCISCO, CA 94107

Phone: 6504499004

Fax: 650-449-9034

**Case Manager:**

**Signature:** _____

**Date:** 6/1/2022 5:45:02 PM

**ENROLLMENT**