# EXHIBIT S
# TO THE DECLARATION OF
# LIEUTENANT PHILIP JUDSON

**Sentinel Offender Services - COUNTY OF SAN FRANCISCO SHERIFFS DEPART**
**Electronic Monitoring Program**
# Non-Compliance Notice

**Name:**              Josue Bonilla (P)(T)                 **Agency/Judge:**

**Inmate/Case Number:**  22005221                          **Court:**

**Offense:**           243(e)(1) PC/M, 245(a)(1) PC/F,      **DIV/Department:**
                       ~~272.5(e)~~

**Enrollment Date:**   2022-06-01                           **Client Number:**  ▮▮▮▮▮▮

**Exp. Completion Date:**                                  **Area Office:**

**No. of Days Ordered:**                                   **Officer/PO:**

**Other EM Numbers and Cases:**

☐  THIS NCR ISSUE HAS BEEN RESOLVED

☑  FAILURE TO MEET OBLIGATIONS ASSIGNED BY THE REFERRING AGENCY

☐  FAILED DRUG OR ALCOHOL TEST

☑  FAILURE TO ABIDE BY AGREED UPON TERMS OF PARTICIPANT CONTRACT

**Comment:**

On 06/01/2022 the above-named defendant was enrolled into the San Francisco Sheriff's Departments electronic monitoring (EM) program in accordance with court order # 22005221. A review of SFSD EM program rules, Pre-Defendant Court Orders and Sentinel participation agreement with the defendant during enrollment, stated the following. "I shall obey all order given by any sworn employee or Sentinel EM employee" as it relates to my Pre-Trial defendant court orders.

On 08/23/2022 at 12:33:59 hours defendant's GPS device # 20204549  triggered a "Stay Away Exclusion Zone" entry at 992 Flo and remained therein until 12:36:29 hours. The defendant was in the exclusion zone for approximately three (3) minuets, and at no time during his entry or prior to entry reach out to the SFSD to ask for approval. On 06/01/2022 the defendant was given an EM orientation where all rules from the Court, SFSD, and Sentinel were reviewed including "Stay Away" Orders given by the court. The defendant acknowledged all rules and "Stay Away" by signature and he was provided a copy of all documentation and a map of the "Stay Away" area.

Non-Compliance # 1

**Submitted By:**    Ronald Phelps                    **Case Manager:**    Alaysha Griffith

Sentinel Offender Services

70 OAK GROVE                                          **Signature:** _____

SAN FRANCISCO, CA 94107                               **Date:**            8/23/2022 3:34:51 PM

Phone: 6504499004

Fax: 650-449-9034

**NCR**