SHILPI AGARWAL (State Bar No. 270749)
AVRAM D. FREY (Admitted *Pro Hac Vice*)
EMI YOUNG (State Bar No. 311238)
HANNAH KIESCHNICK (State Bar No. 319011)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Email: sagarwal@aclunc.org
afrey@aclunc.org
eyoung@aclunc.org
hkieschnick@aclunc.org

ADDITIONAL COUNSEL ON SIGNATURE PAGE

*Attorneys for Plaintiffs Joshua Simon,
David Barber, Josue Bonilla, Diana Block,
and Community Resource Initiative*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual, and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, in his official capacity as SAN FRANCISCO SHERIFF,<br><br>Defendants. | CASE NO.: 4:22-cv-05541-JST<br>(San Francisco County Superior Court, Case No.: CGC-22-601686)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date: January 19, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: September 8, 2022<br>Removal Filed: September 28, 2022<br><br>TRIAL DATE: None Set |

In support of Plaintiffs' Opposition to Defendants' Motion to Dismiss ("Plaintiffs' Opposition"), Plaintiffs respectfully request that this Court take judicial notice, under Federal Rule of Evidence 201, of the following documents attached as exhibits to the Declaration of Sujung Kim in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss ("Kim Declaration"), filed herewith: Exhibit 1: Release Transcript of Joshua Simon dated May 25, 2022; Exhibit 2: Release Transcript of Joshua Simon dated May 27, 2022; Exhibit 3: Release Transcript of David Barber dated August 13, 2021; Exhibit 4: Release Transcript of Josue Bonilla dated May 31, 2022. Given the centrality of each exhibit to the Complaint's allegations and given that each exhibit's authenticity is not subject to reasonable dispute, judicial notice is proper.

"Generally, district courts may not consider material outside the pleadings when assessing the sufficiency of a complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018). However, under the doctrine of judicial notice, courts may consider "matters of public record without converting a motion to dismiss into a motion for summary judgement." *Id.* at 999 (citation omitted). Where an adjudicative fact "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" it is appropriate for judicial notice. Fed. R. Evid. 201(b)(2). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Courts in this Circuit routinely take judicial notice of publicly available records, "including hearing transcripts, from other court proceedings." *Foster Poultry Farms v. Alkar-Rapidpak-MP Equip., Inc.*, 868 F. Supp. 2d 983, 990 (E.D. Cal. 2012); *Williams v. Costco Wholesale Corp.*, No. 18-cv-00884-JSW, 2020 WL 13505060 (N.D. Cal. July 10, 2020). Here, the proposed exhibits are all certified court hearing transcripts whose accuracy cannot reasonably be questioned. Plaintiffs respectfully request that this Court take judicial notice of Exhibits 1-4 to the Kim Declaration.

Plaintiffs respectfully submit that the above items meet the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, and therefore, the Court should take judicial notice of them pursuant to Rule 201(c)(2) of the Federal Rules of Evidence.

Dated:  October 31, 2022

Respectfully submitted,

By:  /s/ Shilpi Agarwal
    Shilpi Agarwal

Shilpi Agarwal (SBN 270749)
  sagarwal@aclunc.org
Avram D. Frey (MJP 804789) (Admitted *Pro Hac Vice*)
  afrey@aclunc.org
Emi Young (SBN 311238)
  eyoung@aclunc.org
Hannah Kieschnick (SBN 319011)
  hkieschnick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478

Justina Sessions (SBN 270914)
  jsessions@wsgr.com
John P. Flynn (SBN 141094)
  jflynn@wsgr.com
Colleen Bal (SBN 167637)
  cbal@wsgr.com
Dylan G. Savage (SBN 310452)
  dsavage@wsgr.com
Malavika F. Lobo (SBN 317635)
  mlobo@wsgr.com
WILSON, SONSINI, GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2000

*Attorneys for Plaintiffs*
*Joshua Simon, David Barber, Josue Bonilla, Diana Block, and Community Resource Initiative*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Justina K. Sessions, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 31, 2022                                           <u>*/s/ Justina K. Sessions*       </u>
                                                                               Justina K. Sessions