SHILPI AGARWAL (State Bar No. 270749)
AVRAM D. FREY (admitted *pro hac vice*)
EMI YOUNG (State Bar No. 311238)
HANNAH KIESCHNICK (State Bar No. 319011)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Email: sagarwal@aclunc.org
afrey@aclunc.org
eyoung@aclunc.org
hkieschnick@aclunc.org

ADDITIONAL COUNSEL ON SIGNATURE PAGE

*Attorneys for Plaintiffs Joshua Simon,
David Barber, Josue Bonilla, Diana Block,
and Community Resource Initiative*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual, and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, in his official capacity as SAN FRANCISCO SHERIFF,<br><br>Defendants. | CASE NO.: 4:22-cv-05541-JST<br>(San Francisco County Superior Court, Case No.: CGC-22-601686)<br><br>**DECLARATION OF SUJUNG KIM IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date: January 19, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: September 8, 2022<br>Removal Filed: September 28, 2022<br><br>TRIAL DATE: None set |

**DECLARATION OF SUJUNG KIM**

I, Sujung Kim, declare:

1. I am an attorney licensed to practice in the State of California and am employed as a deputy public defender at the San Francisco Public Defender's Office. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify to those facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Reporter's Certified Transcription of Joshua Simon's release hearing, dated May 25, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Reporter's Certified Transcription of Joshua Simon's release hearing, dated May 27, 2022.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Reporter's Certified Transcription of David Barber's release hearing, dated August 13, 2021.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Reporter's Certified Transcription of Josue Bonilla's release hearing, dated May 31, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of October, 2022 at San Francisco, California.

_____
Sujung Kim

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Justina K. Sessions, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 31, 2022                         /s/ Justina K. Sessions
                                                Justina K. Sessions