# EXHIBIT 2

```
 1              IN THE SUPERIOR COURT OF CALIFORNIA

 2                    COUNTY OF SAN FRANCISCO

 3      BEFORE THE HONONORABLE JOHN P. FARRELL, JUDGE PRESIDING

 4                       DEPT. NUMBER 11

 5                          ---o0o---

 6   THE PEOPLE OF THE            )  Court No. 22004986
     STATE OF CALIFORNIA,         )
 7                                )      CERTIFIED
             Plaintiff,           )      TRANSCRIPT
 8                                )
         vs.                      )
 9                                )
     JOSHUA SIMON,                )  Volume 1 of 1
10                                )
             Defendant.           )  Pages 1-6
11   _____)

12

13            REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            FRIDAY, MAY 27, 2022 - 11:26 A.M.

15   APPEARANCES OF COUNSEL:

16   FOR THE PEOPLE:

17       BROOKE JENKINS, DISTRICT ATTORNEY
         COUNTY OF SAN FRANCISCO
18       350 RHODE ISLAND STREET
         NORTH BUILDING, SUITE 400N
19       SAN FRANCISCO, CALIFORNIA 94103
         BY:  JONAH ROSS, DEPUTY DISTRICT ATTORNEY
20
     FOR THE DEFENDANT:
21
         MANOHAR RAJU, PUBLIC DEFENDER
22       COUNTY OF SAN FRANCISCO
         555 7TH STREET
23       SAN FRANCISCO, CALIFORNIA 94103
         BY:  ANTHONY GEDEON, DEPUTY PUBLIC DEFENDER
24

25

26

27   Steongraphically reported by:

28   LYNDI L. HATCH, CSR No. 8240
```

| | | |
|---|---|---|
| 1 | SESSIONS | |
| 2 | DATE | PAGE |
| 3 | May 27, 2022 | |
| 4 | Morning Session | 1 |

```
 1  May 27, 2022                                           11:26 a.m.
 2       (All parties present, the following proceedings were
 3       had.)
 4       ---oOo---
 5       THE COURT:  Let's go on the record on 406, Simon.
 6  Appearances, please.
 7       MR. ROSS:  Jonah Ross on behalf of Julia Gonzales.
 8       MR. GEDEON:  Anthony Gedeon, Public Defender's Office,
 9  for Mr. Simon who is present in custody.  My request is to
10  add this on on Wednesday.  Judge Giorgi was willing to
11  release him only on home detention.  The prosecution only
12  asked for electronic monitoring.  Judge Giorgi made an order
13  that he could complete the home detention, go to his
14  graduation, which is this upcoming Tuesday.  He's graduating
15  from high school.
16       The issue is the sheriff met with him and told him that
17  they won't put it on till Tuesday, and his graduation is
18  that morning.  I'm asking that Mr. Simon be allowed to go to
19  his high school graduation as it's very important to him.
20  We can set it on Wednesday to come back to add any
21  conditions the Court would like, including the home
22  detention, if the Court feels it's appropriate, but I
23  just -- I want to get him to his high school graduation on
24  Tuesday.
25       THE COURT:  Okay.
26       MR. ROSS:  I thought the plan was just to try to
27  expedite the GPS so that he could go to his graduation.  I'm
28  trying to confirm with Ms. Gonzales.
```

1    MR. GEDEON:  If that were possible, that would be fine
2  with me.  But we did, before adding this on electronic
3  monitoring, ask the sheriff to see if there was any way they
4  could do it sooner, and they told us no because of the
5  holiday.
6         THE COURT:  Okay.  If he were released forthwith with
7  electronic monitoring without home detention, can that
8  happen sooner at this stage?
9         MR. GEDEON:  I honestly don't know.
10        THE BAILIFF:  Your Honor, I believe without home
11 detention, it should be the same day.
12        THE COURT:  Okay.  So if it's OR/EM, he can be same
13 day.  Thank you, Deputy.
14        What about that?
15        MR. ROSS:  I imagine that's fine with the return date.
16        THE COURT:  Okay.  And let me just do something here.
17        MR. ROSS:  So I'm informed that ACM won't do --
18        THE BAILIFF:  Is there --
19        THE COURT:  Okay.  So the release -- it looks like he
20 was OR minimum supervision already but with a coordinated
21 release.  I've gotta say it's confusion, because it's OR
22 minimum GPS -- oh, home detention.  Yes, it was home
23 detention.
24        Okay.  So are we on the record still, Lyndi?
25        So this will be OR minimum, GPS release, and report.  I
26 do wanna remind Mr. Simon you are subject to an order to
27 stay away from 65 Sheridan Street, at least 100 yards from
28 65 Sheridan Street.  And you're gonna have an electronic

1  monitor, and they'll know if you violate.  That you must not
2  have any contact with Garcia Beltran Yetziry.
3       And let's put this on for Wednesday, June 1, to come
4  back.  So you're ordered back here on Wednesday, June 1,
5  after your graduation, sir, okay?
6       THE DEFENDANT:  Yes, sir.
7       THE COURT:  Okay.  I'll sign those orders.  You've got
8  a prelim set for June 6th.  We're confirming that.
9       MS. SCHWARTZ:  Yes.
10      THE COURT:  All right.  Thank you.  I think that's all
11 for Simon, correct?
12      MR. GEDEON:  Yes.  Thank you.
13      THE COURT:  All right.  That's confirmed.
14      (Court adjourned at 11:32 a.m.)

```
 1  STATE OF CALIFORNIA       )
 2                            )    ss.
 3  COUNTY OF SAN FRANCISCO   )
 4
 5       I, LYNDI HATCH, Official Court Reporter of the Superior
 6  Court of California, County of San Francisco, do hereby
 7  certify:
 8       That I was present at the time of the above
 9  proceedings;
10       That I took down in shorthand notes all the proceedings
11  had and testimony given;
12       That I thereafter transcribed said shorthand notes with
13  the aid of a computer;
14       That I am not a party to the action or related to a
15  party or counsel;
16       That I have no financial or other interest in the
17  outcome of the action.
18
19  Dated:  May 27, 2022
20
21
22
23  _____
24       LYNDI HATCH, CSR NO. 8240
25       STATE OF CALIFORNIA
26
27
28
```

PEOPLE vs JOSHUA SIMON
22004986                                              Vol 1 May 27, 2022                          Index: ---ooo---..SESSIONS

**-**

---ooo--- 3:4

**1**

1  2:4 5:3,4
100  4:27
11:26  3:1
11:32  5:14

**2**

2022  2:3 3:1
27  2:3 3:1

**4**

406  3:5

**6**

65  4:27,28
6th  5:8

**A**

a.m.  3:1 5:14
ACM  4:17
add  3:10,20
adding  4:2
adjourned  5:14
allowed  3:18
Anthony  3:8
Appearances  3:6

**B**

back  3:20 5:4
BAILIFF  4:10,18
behalf  3:7
Beltran  5:2

**C**

complete  3:13
conditions  3:21
confirm  3:28
confirmed  5:13
confirming  5:8
confusion  4:21
contact  5:2
coordinated  4:20
correct  5:11
court  3:5,21,22,25 4:6,
   12,16,19 5:7,10,13,14
custody  3:9

**D**

date  2:2 4:15
day  4:11,13
DEFENDANT  5:6
Defender's  3:8
Deputy  4:13
detention  3:11,13,22
   4:7,11,22,23

**E**

electronic  3:12 4:2,7,
   28
expedite  3:27

**F**

feels  3:22
fine  4:1,15
forthwith  4:6

**G**

Garcia  5:2
Gedeon  3:8 4:1,9 5:12

Giorgi  3:10,12
Gonzales  3:7,28
gotta  4:21
GPS  3:27 4:22,25
graduating  3:14
graduation  3:14,17,19,
   23,27 5:5

**H**

happen  4:8
high  3:15,19,23
holiday  4:5
home  3:11,13,21 4:7,
   10,22
honestly  4:9
Honor  4:10

**I**

imagine  4:15
important  3:19
including  3:21
informed  4:17
issue  3:16

**J**

Jonah  3:7
Judge  3:10,12
Julia  3:7
June  5:3,4,8

**L**

Lyndi  4:24

**M**

made  3:12
met  3:16
minimum  4:20,22,25

monitor  5:1
monitoring  3:12 4:3,7
morning  2:4 3:18

**O**

Office  3:8
OR/EM  4:12
order  3:12 4:26
ordered  5:4
orders  5:7

**P**

parties  3:2
plan  3:26
prelim  5:8
present  3:2,9
proceedings  3:2
prosecution  3:11
Public  3:8
put  3:17 5:3

**R**

record  3:5 4:24
release  3:11 4:19,21,25
released  4:6
remind  4:26
report  4:25
request  3:9
return  4:15
Ross  3:7,26 4:15,17

**S**

school  3:15,19,23
SCHWARTZ  5:9
Session  2:4
SESSIONS  2:1

**set**  3:20 5:8
**Sheridan**  4:27,28
**sheriff**  3:16 4:3
**sign**  5:7
**Simon**  3:5,9,18 4:26
  5:11
**sir**  5:5,6
**sooner**  4:4,8
**stage**  4:8
**stay**  4:27
**Street**  4:27,28
**subject**  4:26
**supervision**  4:20

**T**

**thought**  3:26
**till**  3:17
**told**  3:16 4:4
**Tuesday**  3:14,17,24

**U**

**upcoming**  3:14

**V**

**violate**  5:1

**W**

**wanna**  4:26
**Wednesday**  3:10,20
  5:3,4

**Y**

**yards**  4:27
**Yetziry**  5:2