UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>       Plaintiffs,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>       Defendants. | Case No. 4:22-cv-05541-JST<br><br>[PROPOSED] **ORDER RULING ON DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:         Hon. Jon S. Tigar<br>Courtroom:  Courtroom 6, 2nd Floor<br><br>Trial Date:   Not Set |

Having reviewed Defendants' Administrative Motion to File Under Seal certain exhibits to the Declaration of Lieutenant Kevin Lee in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction ("Lee Declaration"), and good cause appearing, the Court grants Defendants' Administrative Motion to seal the following portions of their filing:

| DOCUMENT | PAGE/LINE NUMBER | ORDER |
| --- | --- | --- |
| **Exhibit A** to the Lee Declaration | Exhibit in its Entirety | Sealed |
| **Exhibit B** to the Lee Declaration | Exhibit in its Entirety | Sealed |
| **Exhibit C** to the Lee Declaration | Exhibit in its Entirety | Sealed |
| **Exhibit D** to the Lee Declaration | Exhibit in its Entirety | Sealed |
| **Exhibit E** to the Lee Declaration | Exhibit in its Entirety | Sealed |
| **Exhibit G** to the Lee Declaration | Exhibit in its Entirety | Sealed |

IT IS SO ORDERED.

Dated:   November 3, 2022                                 _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE