SHILPI AGARWAL (State Bar No. 270749)
AVRAM D. FREY (Admitted *pro hac vice*)
EMI YOUNG (State Bar No. 311238)
HANNAH KIESCHNICK (State Bar No. 319011)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Email: sagarwal@aclunc.org
afrey@aclunc.org
eyoung@aclunc.org
hkieschnick@aclunc.org

ADDITIONAL COUNSEL ON SIGNATURE PAGE

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual, and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, in his official capacity as SAN FRANCISCO SHERIFF,<br><br>Defendants. | CASE NO.: 4:22-CV-05541-JST<br>(San Francisco County Superior Court, Case No.: CGC-22-601686)<br><br>**DECLARATION OF SUJUNG KIM IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: January 19, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed:  September 8, 2022<br>Removal Filed:  September 28, 2022<br><br>TRIAL DATE:  None Set |

## DECLARATION OF SUJUNG KIM

I, Sujung Kim, declare:

1. I am an attorney licensed to practice in the State of California and am employed as a deputy public defender at the San Francisco Public Defender's Office. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify to those facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Petition for Review, *In re Waer*, No. S269188 (Cal. Super. Ct. June 7, 2021). I am one of the attorneys who represented Mr. Waer, and I prepared and filed this Petition for Review.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the Transcript of Proceedings, *People v. Waer*, No. 21001863 (San Francisco Cnty. Super. Ct. Mar. 2, 2021). This is a certified court hearing transcript that was also attached as an exhibit to the Petition for Review described above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of November, 2022 in San Francisco, California.

_____
Sujung Kim