DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3867 [Murphy]
Telephone:     (415) 554-3999 [Holtzman]
Facsimile:     (415) 554-3837
Email:          kaitlyn.murphy@sfcityatty.org
Email:          alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PAUL MIYAMOTO IN HIS OFFICIAL CAPACITY AS
SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:         Hon. Jon S. Tigar<br>Courtroom:     Courtroom 6, 2nd Floor<br>Hearing Date:  January 19, 2023<br>Time:          2:00 p.m.<br><br>Trial Date:    Not Set |

Murphy Decl. ISO Opp. to Mot. for Class Cert
Case No. 22-cv-05541-JST

c:\users\aholtzma\desktop\declare of km.docx

## DECLARATION OF KAITLYN MURPHY

I, KAITLYN MURPHY, declare as follows:

1. I am an attorney and counsel of record for Defendants in this action. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for a Class Certification (ECF No. 30).

3. Attached as **Exhibit A** is a true and accurate copy of an October 31, 2020 Minute Entry from Plaintiff Barber's underlying criminal case.

4. Attached as **Exhibit B** is a true and accurate copy of a February 22, 2021 Minute Entry from criminal defendant and putative class member Ryan Thomas Waer's underlying criminal case, reflecting additional highlighting.

5. Attached as **Exhibit C** is a true and accurate copy of a Petition for Writ of Habeas Corpus filed by criminal defendant and putative class member Ryan Thomas Waer in the Court of Appeal. Exhibit D to the Petition is a transcript of February 22, 2021 proceedings in Waer's underlying criminal case. Exhibit E to the Petition is a transcript of March 1, 2021 proceedings in Waer's underlying criminal case. Exhibit F to the Petition is a transcript of March 2, 2021 proceedings in Waer's underlying criminal case.

6. Attached as **Exhibit D** is a true and accurate copy of May 27, 2021 Minute Entry from criminal defendant and putative class member Ryan Thomas Waer's underlying criminal case.

7. Attached as **Exhibit E** is a true and accurate copy of September 30, 2022 Minute Entry from criminal defendant and putative class member Nicol Palma's underlying criminal case.

8. Attached as **Exhibit F** is a true and accurate copy of the Reporter's Transcript from a September 9, 2022 hearing in criminal defendant Armando Aguilar-Sevilla's underlying criminal case with highlighting added for relevant portions.

///

///

///

1

Murphy Decl. ISO Opp. to Mot. for Class Cert
Case No. 22-cv-05541-JST

c:\users\aholtzma\desktop\declare of km.docx

9. Attached as **Exhibit G** is a true and accurate copy of the Reporter's Transcript from a September 8, 2022 hearing in criminal defendant Michele David Garabato's underlying criminal case with highlighting added for relevant portions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 14th day of October 2022, at San Francisco, California.

                                     */s/ Kaitlyn Murphy*
                                 KAITLYN MURPHY

2

Murphy Decl. ISO Opp. to Mot. for Class Cert
Case No. 22-cv-05541-JST

c:\users\aholtzma\desktop\declare of km.docx