# EXHIBIT A
# TO THE DECLARATION OF KAITLYN MURPHY

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. BARBER | **Department** | Department 24 |
| **Case Number** | CRI-21007774 | **Judge** | Bruce E Chan |
| **Hearing Type** | Jury Trial | **Hearing Date** | 10-31-2022 09:00 AM |
| **Clerk** | J. Ma | **Court Reporter** | J. Prior |
| **Interpreter** | | **Court Officer** | |

**Appearance**  DAVID MICHAEL BARBER (Defendant) present.
  CHRISTOPHER GARCIA (Attorney) present.
ALICE WONG (Attorney) present on behalf of The People of the State of California (Plaintiff).

**Filing**  The Court orders that electronic monitoring by the Sheriff's Office is terminated forthwith. The defendant shall check in with SFSD Community Programs staff and return all issued equipment.

**Hearing**  Case continued to 11/01/2022 9:00 AM in Department 24 for Jury Trial. Defendant ordered to appear at the next court hearing.