# EXHIBIT B
# TO THE DECLARATION OF KAITLYN MURPHY

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES | | | |
|---|---|---|---|
| People of the State of California vs RYAN THOMAS WAER | | | ☒ Present |
| SC # 000000 | Assistant DA of Record MICHELE BRASS ☒ Present | Attorney of Record | ☐ Present |
| ☐ Interpreter Language | Clerk EVELYN M LEE | Judge RICHARD C. DARWIN | |
| Reporter JOANN PRIOR #9129 | | | |

Cause on Calendar for Arraignment                               **Defendant Status:** ACM

Special appearance by KELSEY RYBURN, Deputy Public Defender for the Attorney of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | PC | 288,4(B)/F | | 21001863 | NG | |
| 002 | PC | 288,3(A)/F | | 21001863 | NG | |
| 003 | PC | 288,3(A)/F | | 21001863 | NG | |
| 004 | PC | 288,2A2/F | | 21001863 | NG | |
| 005 | PC | 288,4A1/M | | 21001863 | NG | |

Cause on calendar: ARRAIGNMENT.

Court appoints the Public Defender to represent the defendant.

Defendant waives formal reading of the complaint and advisement of rights.

Not guilty plea(s) as to each count and denial of any and all allegation(s) entered.

The defense reserves the right to demurrer.

No time waiver as of this date.

Last day for preliminary hearing is 03-22-21 (30th).

THE 60TH LAST DAY IS 04-21-21

Defendant is instructed pursuant to PC 987.2 and PC 987.8 as to responsibility of payment for services of legal counsel.

DEFENDANT RELEASED TO PRETRIAL DIVERSION ON ASSERTIVE CASE MANAGEMENT

As a condition of release, the defendant shall be placed on pre-trial monitoring by the Sheriff's Department.

Defendant shall be fitted with a GPS Device and is ordered to comply with all terms of release as set forth on the record and by the SFSD.

THE COURT ORDERS: defendant is to report to 70 Oak Grove by 12:00 pm on the next business day.

See signed order in file.

DEFENDANT NOT TO LOITER AT SCHOOLS, PARKS OR CAMPS WHERE MINOR CHILDREN RESIDE

Defendant is subject to a warrantless search condition, as to defendant's person, property, premises and vehicle, any time of the day or night, with or without probable cause, by any peace, parole or probation officer.

The case is continued for: 03-22-21 for preliminary hearing.

Defendant ordered to appear.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES | | |
|---|---|---|
| People of the State of California   vs **RYAN THOMAS WAER** | | [X] Present |
| SC # 000000 | Assistant DA of Record   MICHELE BRASS   [X] Present | Attorney of Record   [ ] Present |
| [ ] Interpreter Language | Clerk   EVELYN M LEE | Judge   RICHARD C. DARWIN |
| Reporter   JOANN PRIOR #9129 | | |

Cause on Calendar for  Arraignment **Defendant Status:** ACM
EST 1.5HRS

Defendant ordered to appear.

The case is continued for: 03-01-21 CLARIF OF ADDTL SEARCH RELEASE.

Cause is ordered continued to 03/22/2021 at 09:00 in Department M09 for Hearing.

Cause is ordered continued to 03/01/2021 at 09:00 in Department M09 for Hearing.

---

| FD:(03/23/2002) G v4.00.07 | Print Date: 02/22/2021 16:14 | Line# 603 | Dept. M09  Date 02/22/2021 | Page 2 of 2 |
|---|---|---|---|---|
| | | **Generic Minutes** | Attest: EVELYN M LEE | Deputy Clerk |