# EXHIBIT D
# TO THE DECLARATION OF KAITLYN MURPHY

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES | | | |
|---|---|---|---|
| People of the State of California   vs **RYAN  THOMAS  WAER** | | | [X] Present |
| SC # 000000 | Assistant DA of Record MICHELE BRASS  [X] Present | Attorney of Record KELSEY RYBURN | [X] Present |
| [ ] Interpreter Language | Clerk LESLEY A. FISCELLA | Judge RICHARD C. DARWIN | |
| Reporter TEANNA WARD #11918 | | | |

Cause on Calendar for  Hearing                                                              **Defendant Status:** ACM

```
Count   Code    Section            Degree    MC #         Plea    Finding
 001    PC      288,4(B)/F                   21001863     NG
 002    PC      288,3(A)/F                   21001863     NG
 003    PC      288,3(A)/F                   21001863     NG
 004    PC      288,2A2/F                    21001863     NG
 005    PC      288,4A1/M                    21001863     NG
```

Cause on calendar: PRELIMINARY HEARING.

DEFENDANT ENTERS A LIMITED TIME WAIVER AND STIPULATES TO A NEW LAST DAYFOR PRELIMINARY HEARING.

Last day for preliminary hearing is 07-02-21 (60TH).

The Court orders that the defendant's terms of electronic monitoring are modified as follows THE SAN FRANCISCO SHERIFF'S DEPARTMENT'S PRE TRIAL MONITORING PROGRAM TO REMOVE THE ELECTRONIC MONITORING DEVICE WORN BY THE DEFENDANT FROM THE DATES OF 06-13-21 TO 06-15-21. THE DEFENDANT IS PERMITTED TO LEAVE THE SAN FRANCISCO BAY AREA TO TRAVEL TO THE SANTA CRUZ, CALIFORNIA AREA DURING THE PERIOD OF 06-13-21 TO 06-15-21 SO THAT THE DEFENDANT CAN PARTICIPATE IN AJOB INTERVIEW. THE COURT ALSO ORDERS THAT THE ELECTRONIC MONITORING DEVICE BE PLACEDBACK ON THE DEFENDANT BY THE CLOSE OF BUSINESS ON 06-15-21.

SEE WRITTEN ORDER.

The case is continued for: PRELIMINARY HEARING.

Defendant ordered to appear.

Cause is ordered continued to 06/17/2021 at 09:00 in Department M09 for Hearing.

| FD:(03/23/2002) G | Print Date: 05/27/2021 16:10 | Line#57 | Dept. M09  Date 05/27/2021 | Page 1 of 1 |
|---|---|---|---|---|
| | Generic Minutes | | Attest: LESLEY A. FISCELLA | Deputy Clerk |