# EXHIBIT E
# TO THE DECLARATION OF
# KAITLYN MURPHY

## San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. PALMA | **Department** | Department 12 |
| **Case Number** | CRI-22010465 | **Judge** | Christine Van Aken |
| **Hearing Type** | Hearing | **Hearing Date** | 09-30-2022 09:00 AM |
| **Clerk** | L. Fiscella | **Court Reporter** | C. Mandia |
| **Interpreter** | | **Court Officer** | |

| | |
|---|---|
| **Appearance** | NICOL PALMA (Defendant) present. |
| **Add Special Appearance** | Nicholas Hunt making special appearance for San Francisco District Attorney's Office. |
| **Add Special Appearance** | ELIZABETH HILTON making special appearance for San Francisco Public Defender's Office. |
| **Filing** | The Court orders that the 09/28/2022 Order for electronic monitoring by the Sheriff's Office is terminated forthwith. |
| **Filing** | Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release on OR, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. Defendant is ordered to report no later than end of business today. |
| **Filing** | Defendant is subject to a warrantless search condition, as to defendant's person, property, premises and vehicle, any time of the day or night, with or without probable cause, by any peace, parole or probation officer. |
| **Text** | Defendant is ordered to abide by the stay away order filed on 09/28/2022. Defendant is ordered to obey all laws. The 10/17/2022 hearing is confirmed. The last day is 11/28/2022 (60). |
| **Hearing Status** | Status for This Hearing set to Occurred |