# EXHIBIT A
# TO THE DECLARATION OF LIEUTENANT PHILIP JUDSON

## Pre-Sentenced Defendant Electronic Monitoring - Court Order

| WALK | RYAN | [redacted] |
|---|---|---|
| Defendant's Last Name | Defendant's First Name | SF Number |

| 2101862 | 9 | 2/22/2021 |
|---|---|---|
| Court Number | Department # | Date |

By checking boxes below, the Court will indicate what supervision the San Francisco Sheriff's Department (SFSD) will employ and the expectations the Court has of the defendant. By signing these instructions and affixing a seal the Court indicates that the defendant has waived their 4th Amendment rights and understands the restrictions ordered by the Court.

Defendant will be monitored via: [✓] GPS Only    [ ] SCRAM Only    [✓] GPS and SCRAM

Release with a coordinated pickup: [ ]   OR   Release & report to 70 Oak Grove: [✓]   OR   Bail & report to 70 Oak Grove: [ ]

Defendant will adhere to the following marked court-ordered conditions of Electronic Monitoring until the Court orders the removal of electronic monitoring conditions.

- [X] Obey all orders given by SFSD employee or contract service provider.
- [X] Obey all federal, state, county and municipal laws.
- [X] Reside within 50 driving miles of Sheriff's Electronic Monitoring office.
- [X] Report any change in residence immediately to an SFSD EM employee or contract service provider.
- [X] Operate and maintain monitoring device(s) as instructed and not tamper with, defeat or remove monitoring device(s).
- [X] Report any arrest, citation or law enforcement contact to an SFSD Community Programs employee as soon as possible.
- [ ] Submit to a drug test when directed to do so by a SFSD sworn employee.
- [✓] Not possess any weapons.
- [ ] Not consume any alcohol/marijuana
- [✓] Not consume any regulated and/or controlled substance without a prescription for same.
- [ ] Remain within interior premises of residence unless authorized by a SFSD sworn employee
- [ ] or, alternatively, remain within the interior premises of residence during the following hours: _____
- [✓] Can not travel more than 50 driving miles of Sheriff's Electric Monitoring office without prior approval of the Court.
- [ ] Engage only in pre-approved activities. List activities: _____
- [ ] Attend counseling / groups as directed. _____
- [ ] Abide by any stay away order or other restriction not on this form. (If checked, those must be attached to this form.)
- [✓] Other: No loitering at schools, parks, or camps with minor children

In the event of a violation of any of the above court-ordered monitoring conditions, the SFSD will evaluate the violation and report to the Court, prepare an affidavit to revoke their OR or bail status or place under arrest for contempt of court.

2/22/21      [signature]
Date      Judge

**Cleared for EM by CP**   [ ] Yes   [ ] No   Deputy Name / Star _____

If not cleared, enter the reason:

Original - Court     Copy - SFSD     Copy - Defendant
Revised September 19, 2019