# EXHIBIT B
# TO THE DECLARATION OF LIEUTENANT PHILIP JUDSON

IN THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO,

AGREEMENT AND ORDER RELEASING DEFENDANT ON OWN RECOGNIZANCE

PEOPLE, ETC. VS   WAER, RYAN

| NEXT COURT DATE: 3/1/2021 | COURT #: 2101863 |
|---|---|
| DEPT: 9   TIME: 0900 | |

**I agree to the following conditions if I am released:**

(a) I will appear at all times and places ordered by the Court at which the above-entitled case is scheduled.
(b) I will not leave the State of California without permission from the Court.
(c) If I fail to appear and am apprehended outside the State of California, I waive extradition.
(d) I acknowledge that I have been informed of the possible consequences and penalties if I violate the conditions of release including:
   '1) A fine up to five thousand dollars or imprisonment in the state prison, or in the county jail for not more than one year or both if I was released on a felony charge.
   2) A fine of up to one thousand dollars or up to six months in county jail or both if I was released on a misdemeanor charge.
(e) I will comply with any additional conditions the Court may impose.

Signed On: 2/22/2021 , San Francisco, California

X _Ryan Waer_ (Defendant's Signature)

Address: [redacted]

TO: THE SHERIFF OF THE CITY AND COUNTY OF SAN FRANCISCO:

| Y/N | Release Type | Level of Supervision | Description |
|---|---|---|---|
| | OR | No Active Supervision (NAS) | Release to OR with court date reminders only |
| | OR - MS | Minimum Supervision (MS) | Release to OR with following: Court date reminders, 2x week phone reporting. |
| ✓ | SFPDP - ACM | Assertive Case Management (ACM) | Release on OR to SFPDP supervision. Court date reminders, 4x/ week reporting (2-4 in person), out of custody assesments. |

CHECK HERE FOR TRANSPORT ONLY  ○

Judge Notes: electronic monitoring          EM: R&R

DATE: 2/22/21          JUDGE: [signature]

Release Order Form   WHITE COPY- SF PRETRIAL, YELLOW COPY-COURT, PINK COPY- DEFENDANT   Rev: 6/2019

2/23/21 @ 9am