# EXHIBIT D
# TO THE DECLARATION OF
# LIEUTENANT PHILIP JUDSON



## PROGRAMA DE VIGILANCIA ELECTRÓNICA DEL DEPTO. DEL SHÉRIF DE SAN FRANCISCO
## CONTRATO DE PARTICIPANTE: PERSONAS PRE-SENTENCIADAS

### INTRODUCCIÓN

Usted ha sido colocado en el Programa de Vigilancia Electrónica (EMP) como una alternativa al encarcelamiento. Basado en el equipo de vigilancia que se le proporciona, este programa utiliza la tecnología para alertar a una estación central de vigilancia cada vez que usted sale y entra a su casa (vigilancia basada en GPS), para rastrear sus movimientos en la comunidad (GPS), o realizar pruebas positivas para detectar el consumo de alcohol (Prueba de Alcohol en el Aliento o Prueba de Alcohol Transdérmico). El sistema de vigilancia también reportará la manipulación del equipo, las alarmas de batería baja, los apagones que afecten la recarga del equipo y la pérdida del servicio de telecomunicaciones que afecte las capacidades de reporte del equipo.

Al inscribirse, se le instalará o se le entregará el equipo necesario. Este equipo sólo puede ser retirado o devuelto después de que usted haya finalizado el programa, a menos que la corte o el Departamento del Shérif indiquen lo contrario.

La corte determina su nivel de supervisión. Si su supervisión incluye la detención domiciliaria mientras usted está en el programa de vigilancia, se le requiere que permanezca dentro de su hogar excepto en caso de actividades autorizadas por la corte. Se enviará una alerta al Departamento del Shérif por todo incumplimiento según lo establecido por la corte y/o las Reglas del Programa adjuntas.

### EQUIPO DEL PROGRAMA

Todo equipo de vigilancia, rastreo o prueba que se le entregue es propiedad de Sentinel Offender Services, LLC ("Sentinel"). Es responsabilidad suya prevenir daños o la pérdida de todo el equipo que se le entregue. Si usted no devuelve dicho equipo, bajo solicitud de Sentinel y/o el Departamento del Shérif de San Francisco, se le podría imputar cargos penales adicionales.

### CALENDARIO DEL PROGRAMA

Al momento de la inscripción, el personal del Shérif establecerá un programa diario de actividades basado en sus actividades permitidas, tales como el empleo, la consejería, el tratamiento contra consumo de drogas o alcohol y cualquier otra actividad permitida.

La corte puede establecer un toque de queda basado en su horario de trabajo y otras actividades permitidas. Toda solicitud de cambio de horario debe ser manejada por el administrador del programa o el personal designado. Las solicitudes de cambios de horario sólo se pueden hacer por teléfono de lunes a viernes de 10:00 a.m. a 5:00 p.m. y sólo si se hacen con 48 horas de anticipación. Es su responsabilidad planear sus actividades aprobadas con anticipación para que no haya cambios de última hora en el programa.

### PRIVILEGIOS DE CONDUCIR

Si usted va a conducir un vehículo mientras está en el programa, se le pedirá que presente una licencia de conducir válida en el momento de su inscripción en el programa. Un participante cuya licencia haya sido suspendida o revocada no deberá conducir un vehículo de motor.



## PROGRAMA DE VIGILANCIA ELECTRÓNICA DEL DEPTO. DEL SHÉRIF DE SAN FRANCISCO
## CONTRATO DE PARTICIPANTE: PERSONAS PRE-SENTENCIADAS

### NOTIFICACIONES

En caso de una emergencia médica, es su responsabilidad notificar al Departamento del Shérif de San Francisco llamando al 415-575-6461 fuera de horas de oficina o a Sentinel al 650-449-9004 durante horas de oficina. Usted será responsable de presentar evidencia de la emergencia por escrito al administrador del programa al siguiente día hábil, a más tardar a las 3 p.m. Usted permanecerá en incumplimiento de las reglas del programa hasta que se reciba la prueba del tiempo de ausencia.

### ACUERDO DEL PARTICIPANTE

1. Reconozco que me estoy inscribiendo voluntariamente en el Programa de Vigilancia Electrónica. Entiendo que los servicios proporcionados por Sentinel están sujetos a problemas técnicos o situaciones ambientales fuera del control de Sentinel que puedan afectar el funcionamiento de cualquiera de los equipos de vigilancia. Esto podría comprometer la vigilancia efectiva ordenada por el SFSD, incluso de las obligaciones ordenadas por la corte, lo que podría resultar en mi separación del programa y/o en prisión preventiva. Los problemas incluyen:

    (a) Pérdida del servicio de la red de telecomunicaciones
    (b) Pérdida del servicio eléctrico local que afecte la capacidad de recargar el equipo de vigilancia.
    (c) Daños al equipo que afecten su funcionamiento
    (d) Omisión del participante al no recargar el equipo de vigilancia; y
    (e) Cualquier situación imprevista que impida el funcionamiento efectivo del equipo o servicio de vigilancia (colectivamente los "Factores externos").

2. Reconozco que Sentinel garantiza que sus servicios en virtud este Acuerdo cumplirán materialmente como se describe anteriormente, pero Sentinel no garantiza que los servicios estarán disponibles en una fecha u hora específica ni que los servicios funcionarán sin errores. En cualquier momento dado, el equipo o el software utilizado en relación con este Acuerdo podría fallar y se podrían producir fallos en los servicios de vez en cuando. Sentinel no es responsable de (a) factores externos, ni (b) ninguna reclamación que surja del uso del equipo de vigilancia que no esté de acuerdo con las instrucciones de uso y etiquetado aplicables.

SENTINEL RECHAZA EXPRESAMENTE TODA GARANTÍA, EXPRESA O IMPLÍCITA, ESTATUTARIA O DE OTRO TIPO, INCLUIDAS, ENTRE OTRAS, LAS GARANTÍAS DE COMERCIABILIDAD, NO INFRACCIÓN DE DERECHOS, E IDONEIDAD PARA UN PROPÓSITO PARTICULAR.

3. Reconozco que la responsabilidad total de Sentinel en virtud de este Acuerdo no excederá el total de las cuotas u otras cantidades pagadas por usted a Sentinel por productos y/o servicios de conformidad con el presente. Además, reconozco que Sentinel no le podría proporcionar servicios de vigilancia o no le podría proporcionarle servicios de vigilancia a un precio accesible sin esta limitación.



## PROGRAMA DE VIGILANCIA ELECTRÓNICA DEL DEPTO. DEL SHÉRIF DE SAN FRANCISCO
## CONTRATO DE PARTICIPANTE: PERSONAS PRE-SENTENCIADAS

4. RECONOZCO QUE HASTA EL GRADO MÁXIMO PERMITIDO POR LA LEY APLICABLE, EN NINGÚN CASO SENTINEL, O SUS MIEMBROS, DIRECTORES, FUNCIONARIOS, AGENTES, PERSONAL O EMPLEADOS, SERÁN RESPONSABLES DE NINGÚN DAÑO ESPECIAL, INCIDENTAL, DIRECTIVO O CONSECUENTE DE NINGÚN TIPO, INCLUYENDO A TÍTULO DE EJEMPLO DAÑOS POR PÉRDIDA DE UTILIDADES O DE INFORMACIÓN CONFIDENCIAL O DE OTRO TIPO, INTERRUPCIÓN DE LA ACTIVIDAD COMERCIAL, LESIONES PERSONALES, PÉRDIDA DE PRIVACIDAD, SU ENCARCELAMIENTO O ARRESTO O INCUMPLIMIENTO DE CUALQUIER OBLIGACIÓN (INCLUIDAS LAS DE BUENA FE O DE CUIDADO RAZONABLE, NEGLIGENCIA O CONFORME A OTRAS LEYES MONETARIAS O DE OTRO TIPO) QUE SURJAN DE O ESTÉN RELACIONADAS DE ALGUNA MANERA CON EL SERVICIO PRESTADO POR SENTINEL, INCLUSO SI LOS RECURSOS EXCLUSIVOS ESTABLECIDOS EN ESTE DOCUMENTO NO CUMPLEN CON SU PROPÓSITO FUNDAMENTAL.

5. Acepto el uso de dispositivos electrónicos de vigilancia o supervisión con el propósito de verificar mi cumplimiento con las reglas y regulaciones del programa. Los dispositivos no se utilizarán para escuchar ni grabar ninguna otra conversación, excepto las que se realicen entre yo y el personal del Centro Nacional de Vigilancia, el cual está obligado a grabar toda interacción telefónica con los participantes del programa.

6. Estoy de acuerdo en responder a todas las llamadas telefónicas del Departamento del Shérif y/o del Programa de Vigilancia Electrónica.

7. Estoy de acuerdo en asistir a las comparecencias programadas ante la corte, si se requieren.

8. Reconozco que en la corte, renuncié a sabiendas a mis derechos de la 4ta Enmienda y estoy de acuerdo en someter a mi persona, propiedad, lugar de residencia y/o efectos personales a inspección en todo momento, con o sin una orden judicial y con o sin causa probable.

9. Reconozco que mis datos de vigilancia electrónica pueden ser compartidos con otros socios del sistema de justicia penal.

10. Si estoy en detención domiciliaria, entiendo que si me regresan a la prisión preventiva por cualquier razón, es posible que no tenga derecho a recibir el crédito por tiempo cumplido (Credit for Time Served: CTS) equivalente al período en el que ya no esté sujeto a vigilancia debido a mi(s) acción(es) o inacción(es).



## PROGRAMA DE VIGILANCIA ELECTRÓNICA DEL DEPTO. DEL SHÉRIF DE SAN FRANCISCO
## CONTRATO DE PARTICIPANTE: PERSONAS PRE-SENTENCIADAS

### ATESTACIÓN

Me han informado que mi participación en el Programa de Vigilancia Electrónica (EMP) es voluntaria y que, si lo prefiero, puedo permanecer en prisión preventiva en un centro penitenciario. Me han explicado estas directrices del programa y me han dado una copia. Acepto cumplir con todas las reglas y regulaciones del programa, exigidas por la corte y el SFSD. Asimismo, entiendo que el no acatar las directrices del programa podría resultar en mi regreso inmediato a la prisión preventiva.

He leído y recibido una copia de las reglas y regulaciones antes mencionadas y estoy de acuerdo en cumplir con los términos y las condiciones del Programa de Vigilancia Electrónica.

Hoy se me entregó un dispositivo con el número de serie: __1002   7165__

__Palma  Nicol__
Nombre del Participante (letra de molde)

__Nicol  Palma__                                             __30  sep  2022__
Firma del participante:                                      Fecha

__R. Pedraza__
Representante de Sentinel (letra de molde)

__[signature]__                                              __30  sep  2022__
Firma del representante de Sentinel                          Fecha

Teléfono de Sentinel: 650-449-9004                           Teléfono del SFSD: 415-575-6461



## PROGRAMA DE VIGILANCIA ELECTRÓNICA DEL DEPTO. DEL SHÉRIF DE SAN FRANCISCO
## CONTRATO DE PARTICIPANTE: PERSONAS PRE-SENTENCIADAS

TOQUES DE QUEDA, ACTIVIDADES PERMITIDAS Y ÓRDENES DE ALEJAMIENTO

Nombre: Palma, Nicol

Horario del toque de queda (si corresponde): Tracking Only

| DÍA  | DOMINGO | LUNES | MARTES | MIÉRCOLES | JUEVES | VIERNES | SÁBADO |
|------|---------|-------|--------|-----------|--------|---------|--------|
| HORA |         |       |        |           |        |         |        |
| HORA |         |       |        |           |        |         |        |
| HORA |         |       |        |           |        |         |        |
| HORA |         |       |        |           |        |         |        |

NOTA: Usted no tiene derecho a recibir crédito por tiempo cumplido (CTS) a menos que esté bajo toque de queda obligatorio impuesto por la corte, mientras esté inscrito en el Programa de Vigilancia Electrónica.

Actividades aprobadas (si aplican): Tracking Only

| ACTIVIDAD / HORAS | DOMINGO | LUNES | MARTES | MIÉRCOLES | JUEVES | VIERNES | SÁBADO |
|-------------------|---------|-------|--------|-----------|--------|---------|--------|
|                   |         |       |        |           |        |         |        |
|                   |         |       |        |           |        |         |        |
|                   |         |       |        |           |        |         |        |
|                   |         |       |        |           |        |         |        |

Órdenes de alejamiento (si aplican):

Polk, Eddy, Taylor, Market, Bart zone