# EXHIBIT E
# TO THE DECLARATION OF LIEUTENANT PHILIP JUDSON



**Departamento del Shérif de San Francisco**
**Reglas del Programa de Vigilancia Electrónica (EM)**
## Participantes pre-sentenciados

Nombre: __Palma, Nicol__     Fecha de nacimiento: ███     No. de la corte: __22010465__

Queremos que usted tenga éxito en esta oportunidad de permanecer fuera de prisión preventiva durante sus asuntos con la corte. **Estudie lo siguiente y confirme con sus iniciales después de cada punto que usted entiende sus obligaciones.** Si no sigue las reglas, podría ser puesto en prisión preventiva por orden de la corte por cualquiera de las siguientes razones:

- No seguir las reglas y/o regulaciones del programa
- No llamar o no presentarse cuando se le indique hacerlo para reemplazar o devolver el equipo defectuoso o problemático.
- Cualquier comportamiento adverso articulable que impida que usted curse el programa con éxito.

**Reglas del programa**-*El participante debe estudiar cada requisito y señalar su conformidad escribiendo sus iniciales*

1. Obedeceré todas las órdenes de cualquier empleado jurado o empleado de Vigilancia Electrónica. _NP_
2. Obedeceré todas las leyes. _NP_
3. Notificaré a un empleado jurado del SFSD sobre cualquier arresto, citación o contacto con un agente de la ley a más tardar el día después de que ocurra. _NP_
4. Notificaré inmediatamente a un empleado jurado del SFSD sobre todo cambio de dirección o número de teléfono. _NP_
5. Me someteré a un registro de mi persona, residencia, automóvil o propiedad por cualquier agente de la ley en cualquier momento. _NP_
6. Si se me ordena en la corte que me inscriba para el vigilancia del alcohol, a través de una muestra de orina y/o una prueba de alcohol en el aliento, lo haré según las instrucciones del personal jurado del SFSD o de Vigilancia Electrónica. _NP_
7. No poseeré armas ni drogas ilegales. Si estoy inscrito en el programa de vigilancia de alcohol, no poseeré ningún tipo de alcohol. _NP_
8. No manipularé ni quitaré el equipo, ni haré que funcione mal. Cualquiera de estos actos se considera un intento manifiesto de evitar la vigilancia o la detección. El incumplimiento de esta regla podría resultar en una orden de la corte para mi regreso a la prisión preventiva segura y la presentación de cargos criminales adicionales. _NP_
9. Soy responsable de todo el equipo que se me entregue.
    a. Es posible que se me acuse penalmente de robo si no devuelvo el equipo que se me entregue. _NP_
    b. Es posible que se me acuse penalmente de vandalismo por daños a cualquier equipo que se me entregue. _NP_
10. Todos los participantes deben vivir a una distancia no mayor a 50 millas de la oficina de Programas Comunitarios del Departamento del Shérif de San Francisco, ubicada en 70 Oak Grove Street, San Francisco, CA. A menos que reciba permiso del SFSD, no viajaré más de 50 millas de distancia de 70 Oak Grove Street, San Francisco, CA. _NP_
11. Soy responsable de mantener cargado el dispositivo. El no hacerlo es un incumplimiento del programa. _NP_
12. Llamaré y me presentaré según las instrucciones a la oficina ubicada en 70 Oak Grove Street, San Francisco, CA. El no hacerlo es un incumplimiento del programa. _NP_

**Teléfono de la oficina de Vigilancia Electrónica: 415-575-6461 – 24 HORAS AL DÍA**
**Lugar: 70 Oak Grove, San Francisco, CA, 94103 – 24 HORAS AL DÍA**



## Departamento del Shérif de San ncisco
### Reglas del Programa de Vigilancia Electrónica (EM)
**Participantes pre-sentenciados**

Nombre: __Palma, Nicol__     Fecha de nacimiento: ▓▓▓▓▓▓     No. de la corte: __22 010465__

**Reglas del programa (continuación)** - *El participante debe estudiar cada requisito y señalar su conformidad escribiendo sus iniciales*

13. Reconozco que mis datos de vigilancia electrónica pueden ser compartidos con otros socios del sistema de justicia penal. __NP__

14. Estoy de acuerdo en responder a todas las llamadas telefónicas del Departamento del Shérif y/o del Programa de Vigilancia Electrónica. __NP__

**Las siguientes consideraciones de detención domiciliaria/toque de queda no se aplican a los participantes que se encuentren en rastreo (Tracking) electrónico solamente.**

15. Debo permanecer dentro de la propiedad interior de mi residencia durante las horas designadas del toque de queda. __NP__

16. Solo debo participar en actividades pre-aprobadas según la orden de la corte. __NP__

17. Se me conceden 2.5 horas a la semana de tiempo para hacer mandados para necesidades personales tales como asistir a servicios de la iglesia o comprar comestibles. Después de un mes de cumplimiento exitoso, se me concederán cuatro horas por semana a una hora consistente (que debe ser programada antes de las 9 p.m.). __NP__

18. Puedo asistir a consejería, reuniones de los 12 pasos y grupos programáticos si están programados y verificados. Esto no debe exceder las ocho horas semanales. __NP__

19. Debo solicitar cualquier cambio de horario con 48 horas de anticipación. Las solicitudes de cambios de horario sólo se pueden hacer por teléfono de lunes a viernes de 10:00 a.m. a 5:00 p.m. Esto incluye citas en la corte y citas médicas. __NP__

20. Cualquier día aprobado pasado fuera de la zona no se contará para ningún cálculo de crédito por tiempo cumplido por la corte. __NP__

21. Se podría convocar una audiencia por tres incidentes de incumplimiento que pueden dar lugar a una orden judicial de regreso a la prisión preventiva. __NP__

22. Una declaración jurada para el regreso a la prisión preventiva será presentada a la corte y podría resultar en una orden de detención por un incidente de incumplimiento grave. __NP__

He leído cada punto y he escrito mis iniciales para indicar comprensión. Estoy de acuerdo en cumplir con estas reglas y condiciones del Programa de Vigilancia Electrónica del SFSD.

Firma del participante: X __Nicol Palma__     Fecha: __09/30/22__
Nombre del miembro del personal jurado: _____     Estrella: __1509__
Firma del miembro del personal jurado: __SD Davis__     Fecha: __1509__

**Teléfono de la oficina de Vigilancia Electrónica: 415-575-6461 – 24 HORAS AL DÍA**
**Lugar: 70 Oak Grove, San Francisco, CA, 94103 – 24 HORAS AL DÍA**