DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-6762 [Murphy]
Telephone:     (415) 554-3999 [Holtzman]
Facsimile:     (415) 554-3837
Email:         kaitlyn.murphy@sfcityatty.org
Email:         alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF, <br><br> Defendants. | Case No. 4:22-cv-05541-JST <br><br> **STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; AND DECLARATION OF KAITLYN MURPHY** <br><br> Judge:        Hon. Jon S. Tigar <br> Courtroom:    Courtroom 6, 2nd Floor <br><br> Trial Date:   Not Set |

1

1   Pursuant to Civil Local Rules 6-2 and 7-11, the parties respectfully request an order resetting

2   the Initial Case Management Conference currently set for Tuesday April 11, 2023, at 2:00 p.m., to

3   May 2, 2023, at 2:00 p.m., subject to the Court's availability. The parties jointly request a continuance

4   of the Initial Case Management Conference because they anticipate the Court's order on the pending

5   Motion to Dismiss, Motion for Preliminary Injunction, and Motion for Class Certification will shape

6   the contents of the parties Initial Case Management Statement and discussions at the Initial Case

7   Management Conference. (ECF No. 48.) Lead counsel for all parties is available on May 2, 2023.

8   There are no other dates set in this matter that will be affected by a continuance of the Initial

9   Case Management Conference.

10

11  Dated:  March 30, 2023                     DAVID CHIU
                                               City Attorney
12                                             MEREDITH B. OSBORN
                                               Chief Trial Deputy
13                                             KAITLYN MURPHY
                                               ALEXANDER J. HOLTZMAN
14                                             Deputy City Attorneys

15

16                                      By: _____/s/ Kaitlyn Murphy_____
                                               KAITLYN MURPHY
17
                                               Attorneys for Defendants
18                                             CITY AND COUNTY OF SAN FRANCISCO, PAUL
                                               MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN
19                                             FRANCISCO SHERIFF

20

21  Dated:  March 30, 2023                     AMERICAN CIVIL LIBERTIES UNION
                                               FOUNDATION OF NORTHERN CALIFORNIA, INC.
22

23                                      By: _____*/s/ Avram Frey_____
                                               AVRAM FREY
24
                                               Attorney for Plaintiffs
25
                                               *Pursuant to L.R. 5-1(h)(3), the electronic signatory
26                                             attests that each of the other Signatories have concurred
                                               in the filing of this document.
27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

     Based on the parties' stipulation, and for good cause appearing, the Court VACATES the initial case management conference set for April 11, 2023 at 2:00 p.m., and RESETS the initial case management conference for until May 2, 2023 at 2:00 p.m. Case management statements are due by April 25, 2023.

     **IT IS SO ORDERED.**

DATED: <u>March 31, 2023</u>          

_____
HONORABLE JON S. TIGAR
United States District Judge

Stipulation to Continue CMC; [~~Proposed~~] Order; Declaration
Case No. 22-cv-05541-JST