DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-6762 [Murphy]
Telephone:      (415) 554-3999 [Holtzman]
Facsimile:      (415) 554-3837
Email:          kaitlyn.murphy@sfcityatty.org
Email:          alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>        Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON ON THE SUPERIOR COURT'S REVISION TO THE PRETRIAL ELECTRONIC MONITORING PROGRAM ORDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:              Hon. Jon S. Tigar<br>Courtroom:    Courtroom 6, 2nd Floor<br>Date:              February 2, 2023<br>Time:              2:00 p.m.<br><br>Trial Date:      Not Set |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants the City and County of San Francisco and Sheriff Paul Miyamoto, in his official capacity as the San Francisco Sheriff, file this Administrative Motion for Leave to File the Declaration of Undersheriff Katherine Johnson on the Superior Court's Revision to the Pretrial Electronic Monitoring Program Order in Opposition to Plaintiffs' Motion for Preliminary Injunction ("Administrative Motion"). Plaintiffs declined to stipulate to the filing of the declaration. *See* Declaration of Kaitlyn Murphy in Support of Administrative Motion for Leave to File the Declaration of Undersheriff Katherine Johnson on the Superior Court's Revision to the Pretrial Electronic Monitoring Program Order in Opposition to Plaintiffs' Motion for Preliminary Injunction ¶ 3.

The Declaration of Undersheriff Johnson explains that the Superior Court of the State of California, County of San Francisco has approved revisions to the order the criminal court enters in releasing pretrial criminal defendants from custody subject to participation in the Pretrial Electronic Monitoring ("PTEM") Program. The revised order is attached as Exhibit A to Undersheriff Johnson's declaration. The prior version of the order is on the docket at ECF No. 22-2, at 15. Revised oral admonitions are attached as Exhibit B to Undersheriff Johnson's declaration. As described in greater detail in Undersheriff Johnson's declaration, it is expected that the Superior Court will begin to use the revised order and accompanying revised admonitions starting on or around Monday, May 8, 2023.

The developments described in Undersheriff Johnson's Declaration are relevant to the Court's analysis of matters before it including Plaintiffs' Motion for a Preliminary Injunction (ECF No. 22). Courts properly consider preliminary injunction motions based on the current circumstances. *See Rose v. Rhorer*, No. 13-CV-03502-WHO, 2013 WL 5913656, at *2 n.1 (N.D. Cal. Oct. 31, 2013) ("The Court GRANTS the City's motion for leave to file supplemental material as the supplemental material appropriately apprises the Court of new factual developments material to the plaintiffs' motion for a preliminary injunction."); *Language Line Servs., Inc. v. Language Servs. Assocs., Inc.*, No. CV 10-02605 RS, 2013 WL 12173920, at *2 (N.D. Cal. June 25, 2013) ("preliminary injunctions are ambulatory remedies").

/ / /

Admin. Mot. for Leave to File Johnson Declaration
Case No. 4:22-cv-05541-JST

n:\lit\li2022\230184\01674472.docx

1        For the above reasons, the Court should grant Defendants leave to file Undersheriff Johnson's

2   Declaration.

3

4   Dated:  May 3, 2023

5                                          DAVID CHIU
                                           City Attorney
6                                          MEREDITH B. OSBORN
                                           Chief Trial Deputy
7                                          KAITLYN MURPHY
                                           ALEXANDER J. HOLTZMAN
8                                          Deputy City Attorneys

9

10                          By:_____/s/ Kaitlyn Murphy_____
                                           KAITLYN MURPHY
11
                                           Attorneys for Defendants
12                                         CITY AND COUNTY OF SAN FRANCISCO, PAUL
                                           MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN
13                                         FRANCISCO SHERIFF

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Admin. Mot. for Leave to File Johnson Declaration                    n:\lit\li2022\230184\01674472.docx
Case No. 4:22-cv-05541-JST