DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-6762 [Murphy]
Telephone:  (415) 554-3999 [Holtzman]
Facsimile:  (415) 554-3837
Email:  kaitlyn.murphy@sfcityatty.org
Email:  alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON ON THE SUPERIOR COURT'S REVISION TO THE PRETRIAL ELECTRONIC MONITORING PROGRAM ORDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:        Hon. Jon S. Tigar<br>Courtroom:   Courtroom 6, 2nd Floor<br>Date:         February 2, 2023<br>Time:         2:00 p.m.<br><br>Trial Date:   Not Set |

**DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON**

I, KATHERINE JOHNSON, declare as follows:

1. I am the Undersheriff at the San Francisco Sheriff's Office ("SFSO"). As Undersheriff, I work with the Superior Court of the State of California, County of San Francisco ("Superior Court") concerning administration of the Pretrial Electronic Monitoring ("PTEM") Program. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. I submit this declaration to update the Court with new information relevant to issues in this case, including with respect to Plaintiffs' Motion for a Preliminary Injunction.

3. The SFSO frequently discusses administration of the PTEM Program with the Superior Court. Those discussions include periodic revisions to orders, rules, and forms used in the PTEM Program.

4. Recently, the discussions with the Superior Court have included revisions to the template order the Superior Court judges use to release a defendant from custody subject to a defendant's participation in the PTEM Program. The revisions make explicit that as part of a defendant's waiver of their Fourth Amendment rights the Superior Court has imposed a warrantless search condition on persons placed on PTEM.

5. On April 5, 2023, I met remotely with Presiding Judge Anne-Christine Massullo and Supervising Criminal Judge and Assistant Presiding Judge Rochelle East. Judges Massullo and East indicated the Superior Court was reviewing revisions to the template order releasing defendants from custody subject to participation in the PTEM Program and would advise the Sheriff's Office about those revisions. At our April 5, 2023 meeting, the Superior Court indicated that it planned to begin using the revised template order and revised accompanying admonitions on or around May 1, 2023.

6. On April 24, 2023, the Superior Court provided the SFSO with the revised versions of the PTEM admonishment and approved PTEM form. A true and correct copy of the revised order received from the Superior Court is attached as **Exhibit A**. A true and correct copy of revised oral admonitions received from the Superior Court is attached as **Exhibit B**. The revised order includes a description of warrantless search conditions the Court can impose, including an option for the criminal

1

court to impose a condition allowing warrantless searches by any peace officer when appropriate. The order also includes spaces for signatures by a defendant and defendant's counsel to indicate their understanding of, and consent to, those conditions.

7. The Superior Court authorized the SFSO to share the information about its plans with the District Court for the Northern District of California.

8. Concurrently with the Superior Court's adoption of the revised template order, the SFSO will enter a different description of the warrantless search conditions for PTEM participants in the California Law Enforcement Telecommunications System ("CLETS"). The SFSO will modify the CLETS notification to reflect the specific warrantless search condition imposed as a condition of release.

9. On April 27, 2023, the SFSO received an update from the Superior Court that it had pushed back its implementation of the new forms until Monday May 8, 2023 to finish its programming around the new documents and meet with stakeholders such as the District Attorney's Office and Public Defender's Office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 2nd day of May, 2023, at San Francisco, California.

_____
UNDERSHERIFF KATHERINE JOHNSON