# EXHIBIT B

# Pre-Trial Electronic Monitoring Admonishment

You have agreed to enroll in the San Francisco Sheriff's Department's Electronic Monitoring Program, known as "EM". To participate in this program, you must give up certain rights and you must agree to the following conditions:

- Your person, residence, automobile, and any property under your custody or control can be searched by any San Francisco Sheriff's Department peace officer any time of the day or night, with or without a warrant, with or without your consent, and with or without reasonable suspicion or probable cause.  In addition, while wearing the Electronic Monitor, you may be searched by any peace officer with express prior permission from, or at the express prior request of, the SF Sheriff's Department.
- Your movements while on EM will be continuously tracked and recorded, and that information will be preserved and maintained.  Any stay-away or other EM violation, such as failing to abide by a curfew, may be reported to the court immediately or at any subsequent court appearance while the case is pending and while you are subject to the EM program's rules and conditions.
- Your GPS location date can be shared with law enforcement agencies for criminal investigations during the pendency of the case and until the case is fully adjudicated.

Do you understand the admonishment I have just read to you?

1

Have you had the opportunity to consult with your attorney about these conditions?

Do you agree to these conditions?