DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-6762 [Murphy]
Telephone:    (415) 554-3999 [Holtzman]
Facsimile:    (415) 554-3837
Email:        kaitlyn.murphy@sfcityatty.org
Email:        alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>Judge:           Hon. Jon S. Tigar<br>Courtroom:   Courtroom 6, 2nd Floor<br>Hearing Date: February 2, 2023<br>Time:            2:00 p.m.<br><br>Trial Date:      Not Set |

## **DECLARATION OF KAITLYN MURPHY**

I, KAITLYN MURPHY, declare as follows:

1. I am an attorney and counsel of record for Defendants in this action. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. I make this declaration in support of Defendants' Administrative Motion for Leave to File the Declaration of Undersheriff Katherine Johnson on the Superior Court's Revision to the Pretrial Electronic Monitoring Program Order in Opposition to Plaintiffs' Motion for Preliminary Injunction ("Administrative Motion").

3. On April 25 and 26, 2023, I conferred by phone and email with Plaintiffs' counsel seeking Plaintiffs' consent to file Undersheriff Johnson's declaration with the Court through an administrative motion. On April 27, 2023, Plaintiffs' counsel informed me Plaintiffs would oppose the Administrative Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 3rd day of May, 2023, at San Francisco, California.

                                              */s/ Kaitlyn Murphy*
                                              KAITLYN MURPHY

1

Declare of KM ISO Admin. Mot. Re Johnson Declaration          n:\lit\li2022\230184\01674474.docx
Case No. 4: 22-cv-05541-JST