UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>   Defendants. | Case No. 22-cv-05541-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON ON THE SUPERIOR COURT'S REVISION TO THE PRETRIAL ELECTRONIC MONITORING PROGRAM ORDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:         Hon. Jon S. Tigar<br>Courtroom:  Courtroom 6, 2nd Floor<br>Date:           February 2, 2023<br>Time:          2:00 p.m.<br><br>Trial Date:   Not Set |

[Proposed] Order Granting Admin. Mot. to File Johnson Decl.
Case No. 22-cv-05541-JST

n:\lit\li2022\230184\01674471.docx

1

**[PROPOSED] ORDER**

2  On May 3, 2023, Defendants the City and County of San Francisco and Sheriff Paul
3 Miyamoto, in his official capacity as San Francisco Sheriff, filed an Administrative Motion for Leave
4 to File the Declaration of Undersheriff Katherine Johnson on the Superior Court's Revision to the
5 Pretrial Electronic Monitoring Program Order in Opposition to Plaintiffs' Motion for Preliminary
6 Injunction ("Administrative Motion").

7  After full consideration of the Administrative Motion and any opposition, the Court GRANTS
8 the Administrative Motion. The Declaration is deemed filed as of the date of this Order.

9  **IT IS SO ORDERED.**

11 Dated: _____   _____
12                                         HONORABLE JON S. TIGAR
                                          UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Granting Admin. Mot. to File Johnson Decl.   n:\lit\li2022\230184\01674471.docx
Case No. 22-cv-05541-JST