1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

12
13
14
15

JOSHUA SIMON, DAVID BARBER, AND
JOSUE BONILLA, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED, DIANA BLOCK,
AN INDIVIDUAL AND COMMUNITY
RESOURCE INITIATIVE, AN
ORGANIZATION,

16

Plaintiffs,

17

vs.

18
19

CITY AND COUNTY OF SAN
FRANCISCO, PAUL MIYAMOTO, IN HIS
OFFICIAL CAPACITY AS SAN
FRANCISCO SHERIFF,

20

Defendants.

21

Case No. 22-cv-05541-JST

**[~~PROPOSED~~] ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE THE DECLARATION
OF UNDERSHERIFF KATHERINE JOHNSON
ON THE SUPERIOR COURT'S REVISION TO
THE PRETRIAL ELECTRONIC
MONITORING PROGRAM ORDER IN
OPPOSITION TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

Judge:          Hon. Jon S. Tigar
Courtroom:      Courtroom 6, 2nd Floor
Date:           February 2, 2023
Time:           2:00 p.m.

Trial Date:     Not Set

22

23

24

25

26

27

28

[~~Proposed~~] Order Granting Admin. Mot. to File Johnson Decl.
Case No. 22-cv-05541-JST

1

**[~~PROPOSED~~] ORDER**

On May 3, 2023, Defendants the City and County of San Francisco and Sheriff Paul

Miyamoto, in his official capacity as San Francisco Sheriff, filed an Administrative Motion for Leave

to File the Declaration of Undersheriff Katherine Johnson on the Superior Court's Revision to the

Pretrial Electronic Monitoring Program Order in Opposition to Plaintiffs' Motion for Preliminary

Injunction ("Administrative Motion").

After full consideration of the Administrative Motion and any opposition, the Court GRANTS

the Administrative Motion. The Declaration is deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

Dated: May 10, 2023 _____    _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1

[~~Proposed~~] Order Granting Admin. Mot. to File Johnson Decl.
Case No. 22-cv-05541-JST