# EXHIBIT A

County of San Francisco Sheriff's Office / Superior Court
# Pre-Sentenced Defendant Electronic Monitoring - Court Order

_____   _____   _____
Defendant's Last Name         Defendant's First Name         SF Number / DOB

_____   _____   _____
Court Number(s)                   Department #                           Date

By checking the boxes below, the Court will indicate what supervision the San Francisco Sheriff's Office (SFSO) will employ and the expectations the Court has of the defendant. By signing these instructions and affixing a seal, the Court indicates that the defendant has waived their 4th Amendment rights and understands the restrictions ordered and stated by the Court.

---

Defendant will be monitored via: [ ] GPS Only   [ ] Alcohol Monitoring Only *   [ ] GPS and Alcohol Monitoring *
**\* No consuming alcohol on alcohol monitoring**

[ ] Coordinated Pickup **   [ ] Release Contingent on EM placement   [ ] Condition of Bail   [ ] Out of Custody

***\*\*Home Detention, Curfew, Residential Treatment Program and Collaborative Court Orders will be Coordinated Pickup only***

---

Defendant will adhere to the following court-ordered conditions of Electronic Monitoring until the Court orders the removal of electronic monitoring conditions. Upon removal all issued equipment shall be returned to SFSO.

A defendant on electronic monitoring shall obey all orders and rules given by any SFSO employee(s) or contract service provider(s) and reside within 50 driving miles of the Sheriff's Electronic Monitoring office. Participants can not travel more than 50 driving miles from the Sheriff's Electronic Monitoring office without prior approval of the Court or the SFSO. **Defendant shall submit to a search of their person, vehicle, property and home at anytime by SFSO sworn staff or any peace officer acting on behalf of and with the express permission of the SFSO.**

Defendants shall obey all laws. Defendants shall report any change in residence immediately to an SFSO EM employee or contract service provider. The defendant shall charge and maintain the monitoring device(s) as instructed and not tamper with, defeat or remove the monitoring device(s). Defendants shall report any arrest, citation or law enforcement contact to an SFSO Community Programs employee within 24 hours. Defendant shall not possess or consume any controlled substance without a valid legal prescription.

[ ] Submit to a warrantless search by any peace officer at anytime.

[ ] **Home Detention -** remain confined within interior premises of residence unless authorized by the SFSO.
   Approved Home Detention activities : _____

[ ] **Curfew -** remain confined within the interior premises of residence during the following hours.
   List hours of confinement: _____

[ ] **Residential Treatment Program -** remain enrolled and in good standing.
   Name of Program: _____

[ ] Other conditions / stay away orders: _____

*In the event of a violation of any of the above court-ordered monitoring conditions, the SFSO may evaluate the violation and report to the Court, prepare an affidavit to revoke their OR or bail status or place under arrest for contempt of court.*

_____                                   _____
Defendant's Signature                                              Judge's Signature

*By signing here, the defendant agrees to
enroll in the electronic monitoring progam,
follow the program rules, and have their
movement tracked and recorded
by the SFSO.*

Original - Court                              Copy - SFSO                              Copy - Defendant
                                          Revised 5/11/2023