1   Shilpi Agarwal (SBN 270749)
        sagarwal@aclunc.org
2   Avram D. Frey (SBN 347885)
        afrey@aclunc.org
3   Emi Young (SBN 311238)
        eyoung@aclunc.org
4   Hannah Kieschnick (SBN 319011)
        hkieschnick@aclunc.org
5   AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA, INC.
6   39 Drumm Street
    San Francisco, CA 94111
7   Telephone: (415) 621-2493
    Facsimile: (415) 255-1478
8
    Justina Sessions (SBN 270914)
9       jsessions@wsgr.com
    John P. Flynn (SBN 141094)
10      jflynn@wsgr.com
    Colleen Bal (SBN 167637)
11      cbal@wsgr.com
    Dylan G. Savage (SBN 310452)
12      dsavage@wsgr.com
    Malavika F. Lobo (SBN 317635)
13      mlobo@wsgr.com
    WILSON, SONSINI, GOODRICH & ROSATI
14  One Market Plaza
    Spear Tower, Suite 3300
15  San Francisco, CA 94105
    Telephone: (415) 947-2197
16  Facsimile: (415) 947-2000

17  *Attorneys for Plaintiffs*

18                **UNITED STATES DISTRICT COURT**

19                **NORTHERN DISTRICT OF CALIFORNIA**

20

21  JOSHUA SIMON, DAVID BARBER, AND          )   CASE NO.:  4:22-CV-05541-JST
    JOSUE BONILLA, individually and on behalf of )
22  all others similarly situated, DIANA BLOCK, an )   **DECLARATION OF SUJUNG KIM**
    individual, and COMMUNITY RESOURCE        )   **IN SUPPORT OF PLAINTIFF'S**
23  INITIATIVE, an organization,              )   **SUPPLEMENTAL REPLY BRIEF**
                                              )
24               Plaintiffs,                  )
                                              )
25        v.                                  )
                                              )
26  CITY AND COUNTY OF SAN FRANCISCO,         )
    PAUL MIYAMOTO, in his official capacity as )
27  SAN FRANCISCO SHERIFF,                    )
                                              )
28               Defendants.                  )
    _____ )

I, Sujung Kim, declare:

1.     I am an attorney licensed to practice in the State of California and am employed as a deputy public defender at the San Francisco Public Defender's Office. I have worked in this office since 1997. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify to those facts.

2.     I was informed that, on April 27, 2023, the San Francisco County Superior Court CEO reached out to the Public Defender's Office regarding a new electronic monitoring form order, which the Court indicated it would begin implementing on May 8, 2023.

3.     On May 3, 2023, I was informed by another Deputy Public Defender that one of the Superior Court judges, the Honorable Judge Victor Hwang, had addressed these new form orders on the record in the case of People v. India Watkins, Court No. CRI-23006396.

4.     Our office contacted the court reporter to obtain a certified transcript of that hearing, a true and correct copy of which is attached to this submission as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of May 2023, at San Francisco, California.

_Sujung Kim_
_____
Sujung Kim