DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
ALEXANDER J. HOLTZMAN, State Bar #311813
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-6762 [Murphy]
Telephone:    (415) 554-3999 [Holtzman]
Facsimile:    (415) 554-3837
Email:        kaitlyn.murphy@sfcityatty.org
Email:        alexander.holtzman@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>   Defendants. | Case No. 4:22-cv-05541-JST<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; AND DECLARATION OF KAITLYN MURPHY**<br><br>Judge:         Hon. Jon S. Tigar<br>Courtroom:  Courtroom 6, 2nd Floor<br><br>Trial Date:   Not Set |

Pursuant to Civil Local Rules 6-2 and 7-11, the parties respectfully request an order resetting the Initial Case Management Conference currently set for Tuesday July 11, 2023, at 2:00 p.m., to Tuesday August 1, 2023, at 2:00 p.m., subject to the Court's availability. The parties jointly request a continuance of the Initial Case Management Conference because they anticipate the Court's order on the pending Motion to Dismiss, Motion for Preliminary Injunction, and Motion for Class Certification will shape the contents of the parties Initial Case Management Statement and discussions at the Initial Case Management Conference. (ECF No. 48.) Lead counsel for all parties is available on August 1, 2023 and the parties intend to conduct their Rule 26(f) conference on Wednesday July 12, 2023.

There are no other dates set in this matter that will be affected by a continuance of the Initial Case Management Conference.

Dated: July 3, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
KAITLYN MURPHY
ALEXANDER J. HOLTZMAN
Deputy City Attorneys

By:     */s/ Kaitlyn Murphy*
KAITLYN MURPHY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF

Dated: July 3, 2023

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

By:     *\*/s/ Avram Frey*
AVRAM FREY

Attorney for Plaintiffs

*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**[~~PROPOSED~~] ORDER**

Based on the parties' stipulation, and for good cause appearing, the Court VACATES the initial case management conference set for July 11, 2023 at 2:00 p.m., and RESETS the initial case management conference for until August ~~1~~ 22, 2023 at 2:00 p.m. Case management statements are due by August 15, 2023. ~~July 25, 2023.~~

**IT IS SO ORDERED.**

DATED: July 6, 2023

_____
HONORABLE JON S. TIGAR
United States District Judge