Shilpi Agarwal, State Bar No. 270749
Avram D. Frey, State Bar No. 347885
Emi Young, State Bar No. 311238
Hannah Kieschnick, State Bar No. 319011
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:   (415) 255-1478
Email:  sagarwal@aclunc.org
afrey@aclunc.org
eyoung@aclunc.org
hkieschnick@aclunc.org

JOHN P. FLYNN, State Bar No. 141094
COLLEEN BAL, State Bar No. 167637
MALAVIKA F. LOBO, State Bar No. 317635
ANA ALICIA SONTAG, State Bar No. 340602
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone:  (415) 947-2197
Facsimile:  (415) 947-2000
Email:  jflynn@wsgr.com
cbal@wsgr.com
mlobo@wsgr.com
asontag@wsgr.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATVE, AN ORGANIZATION,<br><br>　　　　　　Plaintiffs,<br>　　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>　　　　　　Defendants. | CASE NO.:  4:22-cv-05541-JST<br><br>(San Francisco County Superior Court, Case No.:  CGC-22-601686)<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR WILSON SONSINI GOODRICH & ROSATI, P.C.**<br><br>Date:  September 21, 2023<br>Time:  2:00 PM<br>Dept:  Courtroom 6<br><br>Before:  Hon. Jon S. Tigar |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that attorneys John Flynn, Colleen Bal, Dylan Savage, Malavika Lobo, and Ana Alicia Sontag, of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), hereby moves to withdraw as counsel of record for Plaintiffs Joshua Simon, David Barber, Josue Bonilla, Diana Block, and Community Resource Initiative ("Plaintiffs") in the above-captioned matter. WSGR respectfully requests that attorneys John Flynn, Colleen Bal, Dylan Savage, Malavika Lobo, and Ana Alicia Sontag be removed as counsel of record for Plaintiffs.

Attorneys Shilpi Agarwal, Emi Young, Hannah Kieschnick, of American Civil Liberties Union Foundation of Northern California, Inc., at 39 Drumm Street, San Francisco, California, 94111, members of the State Bar of California, and Avram D. Frey, of American Civil Liberties Union Foundation of Northern California, Inc., at 39 Drumm Street, San Francisco, California, 94111, who has been admitted to appear in this action *pro hac vice*, will continue to represent Plaintiffs in the above-captioned matter. Additionally, attorney Justina Sessions, member of the State Bar of California will continue to represent Plaintiffs, as a member of Freshfields Bruckhaus Deringer, LLP, 855 Main St, Redwood City, CA 94063, due to her departure from Wilson Sonsini Goodrich & Rosati, P.C.

Subject to the Court's availability, the motion will be heard on Thursday, September 21, 2023 at 2:00 p.m. before the Honorable Jon S. Tigar.

Dated: July 6, 2023　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　　Professional Corporation


By: *s/ Malavika F. Lobo*
　　　Malavika F. Lobo

*Attorneys for Plaintiffs*
*Joshua Simon, David Barber, Josue Bonilla,*
*Diana Block, and Community Resource*
*Initiative*