**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATVE, AN ORGANIZATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>　　　　　Defendants. | CASE NO.:  4:22-cv-05541-JST<br><br>(San Francisco County Superior Court, Case No.:  CGC-22-601686)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR WILSON SONSINI GOODRICH & ROSATI**<br><br>Date:　September 21, 2023<br>Time:　2:00 PM<br>Dept:　Courtroom 6<br><br>Before: Hon. Jon S. Tigar |

[PROPOSED] ORDER GRANTING MOTION FOR
WITHDRAWAL OF WSGR AS COUNSEL
CASE NO.: 4:22-cv-05541-JST

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY ORDERED that, pursuant to the Motion to Withdraw as Counsel for attorneys John Flynn, Colleen Bal, Dylan Savage, Malavika Lobo, and Ana Alicia Sontag, of Wilson Sonsini Goodrich & Rosati ("WSGR"), WSGR and the foregoing attorneys have withdrawn and no longer represent Plaintiffs in this matter, and shall be removed from the ECF docket.

Attorneys Shilpi Agarwal, Emi Young, Hannah Kieschnick, of American Civil Liberties Union Foundation of Northern California, Inc., at 39 Drumm Street, San Francisco, California, 94111, members of the State Bar of California, and Avram D. Frey, of American Civil Liberties Union Foundation of Northern California, Inc., at 39 Drumm Street, San Francisco, California, 94111, who has been admitted to appear in this action *pro hac vice*, will continue to represent Plaintiffs in the above-captioned matter. Attorney Justina Sessions, member of the State Bar of California will continue to represent Plaintiffs, as a member of Freshfields Bruckhaus Deringer, LLP, 855 Main St, Redwood City, CA 94063, due to her departure from Wilson Sonsini Goodrich & Rosati, P.C.

**IT IS SO ORDERED.**

Dated: July 7, 2023

_____
The Honorable Jon S. Tigar