| | |
|---|---|
| 1 | JUSTINA SESSIONS, State Bar No. 270914 |
| 2 | justina.sessions@freshfields.com<br>EUNICE LEONG, State Bar No. 320499 |
| 3 | eunice.leong@freshfields.com<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>855 Main Street |
| 4 | Redwood City, CA 94063<br>Telephone: (650) 618-9250 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all other similarly situated; DIANA BLOCK, an individual; and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>                Defendants. | Case No.: 4:22-cv-05541-JST<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Eunice Leong of Freshfields Bruckhaus Deringer US LLP, 855 Main Street, Redwood City, CA 94063, hereby enters her appearance in the above-captioned matter as attorney of record on behalf of Plaintiffs Joshua Simon, David Barber, and Josue Bonilla ("Plaintiffs"). Plaintiffs hereby request that all further pleadings, notices, documents or other papers herein, except original process, be provided to and served upon counsel by electronic service through ECF.

Dated: July 28, 2023

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Eunice Leong*
      Eunice Leong

*Attorneys for Plaintiffs*