| | |
|---|---|
| 1 | DAVID CHIU, State Bar #189542<br>City Attorney |
| 2 | MEREDITH B. OSBORN, State Bar #250467<br>Chief Trial Deputy |
| 3 | ALEXANDER J. HOLTZMAN, State Bar #311813<br>JOSE A. ZELIDON-ZEPEDA, State Bar #227108 |
| 4 | Deputy City Attorneys<br>Fox Plaza |
| 5 | 1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408 |

Telephone:   (415) 554-3999 [Holtzman]
Telephone:   (415) 355-3312 [Zelidon-Zepeda]
Facsimile:   (415) 554-3837
Email:       alexander.holtzman@sfcityatty.org
Email:       jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>        Defendants. | Case No. 4:22-cv-05541 JST<br><br>**DEFENDANTS' NOTICE OF REASSIGNMENT OF ATTORNEY**<br><br>Trial Date:        Not Set |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that this case has been reassigned to Deputy City Attorney Jose A. Zelidon-Zepeda as counsel of record for Defendants City and County of San Francisco, and Paul Miyamoto, in his official capacity as San Francisco Sheriff in defense of the above-referenced action.

All pleadings and communications heretofore addressed to Deputy City Attorney Kaitlyn Murphy should hereafter be addressed to:

> JOSE A. ZELIDON-ZEPEDA, State Bar #227108
> Deputy City Attorney
> 1390 Market Street, 6th Floor
> San Francisco, California 94102-5408
> Telephone: (415) 355-3312
> Facsimile: (415) 554-3837
> E-Mail: jose.zelidon-zepeda@sfcityatty.org

Deputy City Attorney Alexander Holtzman remains counsel for Defendants.

Dated:  August 8, 2023

> DAVID CHIU
> City Attorney
> MEREDITH B. OSBORN
> Chief Trial Deputy
> ALEXANDER J. HOLTZMAN
> JOSE A. ZELIDON-ZEPEDA
> Deputy City Attorneys
>
> By:     */s/ Jose A. Zelidon-Zepeda*
> JOSE A. ZELIDON-ZEPEDA
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF