# EXHIBIT C

# San Francisco Criminal Court
## Minute Order

| **Case Title** | The People v. SIMON | **Department** | Department 15 |
|---|---|---|---|
| **Case Number** | CRI-22004986 | **Judge** | Charles Crompton |
| **Hearing Type** | Ruling on Petition for Mental Health Diversion | **Hearing Date** | 08-25-2023 09:00 AM |

| **Clerk** | K. Dair | **Court Reporter** | M. Viscio |
|---|---|---|---|
| **Interpreter** | | **Court Officer** | |

**Appearance**   JOSHUA ISIAH SIMON (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 273.5(a) PC/F | Felony | | | Not Guilty/Info | |
| 2 | 245(a)(4) PC/F | Felony | | | Not Guilty/Info | |
| 3 | 594(b)(1) PC/F | Felony | | | Not Guilty/Info | |
| 4 | 148(a)(1) PC/M | Misdemeanor | | | Not Guilty/Info | |
| 5 | 148(a)(1) PC/M | Misdemeanor | | | Not Guilty/Info | |

**Add Special Appearance**   SHEILA JOHNSON making special appearance for JULIA GONZALES.

**Add Special Appearance**   ILONA S YANEZ making special appearance for ANTHONY GEDEON.

**Filing**   Mental Health Diversion (MHD) is granted. Criminal proceedings against the defendant are immediately suspended. Defendant is placed on Mental Health Diversion and shall abide by the program set forth for them by the Court and MHD Staff.

**Record Waiver**   Defendant is advised of and waives their right to a speedy trial.

**Text**   As a condition of referral to Diversion, the defendant shall pay victim restitution in an amount to be determined by The People pursuant to Penal Code 1202.4(f). Any restitution order imposed shall be enforceable as if the order were a civil judgment.

**Set Plea**   Previous Not Guilty plea(s) as to count(s) 1, 2, 3, 4, 5 is withdrawn.

**Filing**   Mental Health Diversion Release Court Order is signed and filed.

**Filing**   Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. Defendant shall be released after a coordinated pick-up with SFSO Community Programs is in place. Order is signed.

The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record.

**Text**   The court orders defendant be placed on home detention as a condition of the pre-trial electronic monitoring order, 1460 Contra Costa BLVD Apt 123.

**Hearing Status**   Status for All Future Hearings set to Vacated

**Hearing**   Case continued to 09/01/2023 9:00 AM in Department 15 for Mental Health Diversion Progress Report.

**Add Hearing Outcome**   Outcome(s) of the current hearing recorded as MHD Granted.

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. SIMON | **Department** | Department 15 |
| **Case Number** | CRI-22015590 | **Judge** | Charles Crompton |
| **Hearing Type** | Ruling on Petition for Mental Health Diversion | **Hearing Date** | 08-25-2023 09:00 AM |

| | | | |
|---|---|---|---|
| **Clerk** | K. Dair | **Court Reporter** | M. Viscio |
| **Interpreter** | | **Court Officer** | |

**Appearance** JOSHUA ISIAH SIMON (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 166(c)(1) PC/M | Misdemeanor | | | Not Guilty | |
| 2 | 243(e)(1) PC/M | Misdemeanor | | | Not Guilty | |

**Add Special Appearance** SHEILA JOHNSON making special appearance for San Francisco District Attorney's Office.

**Add Special Appearance** ILONA S YANEZ making special appearance for San Francisco Public Defender's Office.

**Filing** Mental Health Diversion (MHD) is granted. Criminal proceedings against the defendant are immediately suspended. Defendant is placed on Mental Health Diversion and shall abide by the program set forth for them by the Court and MHD Staff.

**Text** As a condition of referral to Diversion, the defendant shall pay victim restitution in an amount to be determined by The People pursuant to Penal Code 1202.4(f). Any restitution order imposed shall be enforceable as if the order were a civil judgment.

**Set Plea** Previous Not Guilty plea(s) as to count(s) 1, 2 is withdrawn.

**Filing** Mental Health Diversion Release Court Order is signed and filed.

**Filing** Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. Defendant shall be released after a coordinated pick-up with SFSO Community Programs is in place. Order is signed.

The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record.

**Text** The court orders defendant be placed on home detention as a condition of the pre-trial electronic monitoring order, 1460 Contra Costa BLVD Apt 123.

**Hearing Status** Status for All Future Hearings set to Vacated

**Hearing** Case continued to 09/01/2023 9:00 AM in Department 15 for Mental Health Diversion Progress Report.

**Add Hearing Outcome** Outcome(s) of the current hearing recorded as MHD Granted.

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. SIMON | **Department** | Department 15 |
| **Case Number** | CRI-23007617 | **Judge** | Charles Crompton |
| **Hearing Type** | Ruling on Petition for Mental Health Diversion | **Hearing Date** | 08-25-2023 09:00 AM |

| | | | |
|---|---|---|---|
| **Clerk** | K. Dair | **Court Reporter** | M. Viscio |
| **Interpreter** | | **Court Officer** | |

**Appearance** JOSHUA ISIAH SIMON (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 273.5(a) PC/F | Felony | | | Not Guilty/Info | |
| 2 | 245(a)(4) PC/F | Felony | | | Not Guilty/Info | |
| 3 | 422 PC/F | Felony | | | Not Guilty/Info | |
| 4 | 166(c)(1) PC/M | Misdemeanor | | | Not Guilty/Info | |
| 5 | 166(c)(1) PC/M | Misdemeanor | | | Not Guilty/Info | |
| 6 | 29825(b) PC/M | Misdemeanor | | | Not Guilty/Info | |
| 7 | 29825(b) PC/M | Misdemeanor | | | Not Guilty/Info | |
| 900 | 211 PC/F/2 | Felony | | 2nd | Not Guilty | Dismissed, 871PC/No Sufficient Cause |
| 901 | 29820(b) PC/F | Felony | | | Not Guilty | Dismissed, 871PC/No Sufficient Cause |

**Add Special Appearance** SHEILA JOHNSON making special appearance for San Francisco District Attorney's Office.

**Add Special Appearance** ILONA S YANEZ making special appearance for San Francisco Public Defender's Office.

**Filing** Mental Health Diversion (MHD) is granted. Criminal proceedings against the defendant are immediately suspended. Defendant is placed on Mental Health Diversion and shall abide by the program set forth for them by the Court and MHD Staff.

**Text** As a condition of referral to Diversion, the defendant shall pay victim restitution in an amount to be determined by The People pursuant to Penal Code 1202.4(f). Any restitution order imposed shall be enforceable as if the order were a civil judgment.

**Set Plea** Previous Not Guilty plea(s) as to count(s) 1, 2, 3, 4, 5, 6, 7 is withdrawn.

**Record Waiver** Defendant is advised of and waives their right to a speedy trial.

**Filing** Mental Health Diversion Release Court Order is signed and filed.

**Filing** Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. Defendant shall be released after a coordinated pick-up with SFSO Community Programs is in place. Order is signed.

The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record.

**Text** ==The court orders defendant be placed on home detention as a condition of the pre-trial electronic monitoring order, 1460 Contra Costa BLVD Apt 123.==

**Hearing Status** Status for All Future Hearings set to Vacated

**Hearing** Case continued to 09/01/2023 9:00 AM in Department 15 for Mental Health Diversion Progress Report.

**Add Hearing Outcome** Outcome(s) of the current hearing recorded as MHD Granted.