DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
ALEXANDER J. HOLTZMAN, State Bar #311813
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3999 [Holtzman]
Telephone:  (415) 355-3312 [Zelidon-Zepeda]
Facsimile:  (415) 554-3837
Email:  alexander.holtzman@sfcityatty.org
Email:  jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>    Defendants. | Case No. 4:22-cv-05541-JST<br><br>**SUPPLEMENTAL DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON REGARDING DEVELOPMENTS IN RESPONSE TO THE COURT'S MINUTE ORDER (ECF NO. 70)**<br><br>Trial Date:         Not Set |

Suppl. Johnson Decl. re Case Developments
Case No. 22-cv-05541-JST

n:\lit\li2023\230184\01707620.docx

## DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

I, KATHERINE JOHNSON, declare as follows:

1. I am the Undersheriff at the San Francisco Sheriff's Office ("SFSO"). As Undersheriff, I work with the Superior Court of the State of California, County of San Francisco ("Superior Court") concerning administration of the Pretrial Electronic Monitoring ("PTEM") Program. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. I submit this declaration in connection with the Court's Minute Order dated September 19, 2023 (ECF No. 70), to provide additional details responsive to questions from Plaintiffs with respect to information included in the Declaration of Undersheriff Katherine Johnson Regarding Developments in Response to the Court's Minute Order (ECF No. 70), filed as ECF No. 71.

3. My duties include supervision of the SFSO, including the Community Programs Unit. As the Undersheriff, I regularly request information from various units, and rely on staff to provide information in the normal course of business. I am aware through my role as the Undersheriff that part of the responsibility of Community Programs is to keep records in the normal course of business regarding the people who the Superior Court ordered to SFSO-supervised electronic monitoring. The SFSO could not adequately perform its functions without records regarding the status of PTEM Program participants, the court's records, and documents signed by the participants. The SFSO includes data in those records confirming: (1) the date on which the court placed the person on PTEM; (2) whether the participants signed the SFSO's EM program rules; (3) including if the signed the new rules, minutes, and other court records regarding re-admonishment; (4) and whether the person is still on court-ordered PTEM.

4. I have requested and attended a number of meetings to address persons placed on EM prior to May 8, 2023 (the date the Superior Court informed the SFSO that it started using the new admonition) to discuss the process for readmonishment and obtaining signatures on the SFSO's new program rules. I have received periodic reports regarding what procedures were being used to complete and document those tasks and the progress of completion. To seek data specific to my declaration, I requested Community Programs staff provide up-to-date data on the number of people

1

Johnson Supp. Decl. re Case Developments
Case No. 22-cv-05541-JST

n:\lit\li2023\230184\01707620.docx

still on the program, the number who were re-admonished by the court (which I knew required confirmation by the court documents), and who had signed the SFSO's new program rules. Community Programs staff provided me with the data I included in my declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 29th day of September, 2023, at San Francisco, California.

_____
UNDERSHERIFF KATHERINE JOHNSON

Johnson Supp. Decl. re Case Developments
Case No. 22-cv-05541-JST

2

n:\lit\li2023\230184\01707620.docx