SHILPI AGARWAL, State Bar No. 270749
sagarwal@aclunc.org
AVRAM D. FREY, State Bar No. 347885
afrey@aclunc.org
EMI YOUNG, State Bar No. 311238
eyoung@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

JUSTINA SESSIONS, State Bar No. 270914
justina.sessions@freshfields.com
EUNICE LEONG, State Bar No. 320499
eunice.leong@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Plaintiffs Joshua Simon, David Barber, and Josue Bonilla, individually and on behalf of all others similarly situated; Diana Block; and Community Resource Initiative*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated; DIANA BLOCK, an individual; and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>　　　　　　Defendants. | Case No.: 4:22-cv-05541-JST<br><br>**DECLARATION OF AVRAM FREY IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF**<br><br>Trial Date: Not Set<br>Judge:　　Hon. Jon S. Tigar |

DECL. OF AVRAM FREY ISO JOINT SUPPLEMENTAL BRIEF
CASE NO. 4:22-cv-05541-JST

# DECLARATION OF AVRAM FREY

I, Avram Frey, declare as follows:

1. I am duly admitted to practice in the State of California and am an attorney with the American Civil Liberties Union Foundation of Northern California. I am counsel for Plaintiffs Joshua Simon, David Barber, Josue Bonilla, Diana Block, and Community Resource Initiative (collectively "Plaintiffs") in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of the parties' Joint Supplemental Brief.

2. On August 28, 2023, Defendant City and County of San Francisco ("Defendant") served responses and objections to Plaintiffs' First Set of Interrogatories. A true and correct copy of Defendant's responses are attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2023, in San Francisco, California.

                                          /s/ *Avram Frey*
                                          Avram Frey