1  DAVID CHIU, State Bar #189542
   City Attorney
2  JAMES F. HANNAWALT, State Bar #139657
   Acting Chief Trial Deputy
3  ALEXANDER J. HOLTZMAN, State Bar #311813
   JOSE A. ZELIDON-ZEPEDA, State Bar #227108
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3999 [Holtzman]
   Telephone:    (415) 355-3312 [Zelidon-Zepeda]
7  Facsimile:    (415) 554-3837
   Email:        alexander.holtzman@sfcityatty.org
8  Email:        jose.zelidon-zepeda@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 AND PAUL MIYAMOTO, IN HIS OFFICIAL
   CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE THE DECLARATION OF ALEXANDER J. HOLTZMAN ON DEVELOPMENTS RE SUPPLEMENTAL BRIEFING**<br><br>Trial Date:     Not Set |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants the City and County of San Francisco and Sheriff Paul Miyamoto, in his official capacity as the San Francisco Sheriff, file this Administrative Motion for Leave to File the Declaration of Alexander Holtzman on Developments re Supplemental Briefing ("Administrative Motion"). Plaintiffs do not oppose the filing of the Declaration. *See* Declaration of Alexander J. Holtzman on Factual Developments re Supplemental Briefing ("Holtzman Decl.") ¶ 4. The Declaration addresses two developments relevant to arguments the parties made in the Joint Supplemental Brief re Factual Developments in Response to the Court's Minute Order. ECF No. 73 ("Supplemental Brief").

First, in the Supplemental Brief, the parties discussed Plaintiff Joshua Simon's release from custody subject to participation in the PTEM Program. On December 7, 2023, Superior Court Judge Loretta Georgi issued warrants to revoke Plaintiff Joshua Simon's own-recognizance release status based on affidavits explaining that Simon had been issued 36 notices of violations of the PTEM Program Rules from August 30, 2023, to December 6, 2023, including a Stay Away violation, and had continued to violate the court's orders despite repeated admonitions. Holtzman Decl., Ex. A.[1] Simon was arrested that same day and has been detained since then. *Id.* ¶ 2.

Second, in the Supplemental Brief, Defendants stated that the San Francisco Sheriff's Office ("SFSO") had not shared any of Plaintiffs' location information with another law enforcement agency. Suppl. Br. at 6–7. While that statement was accurate based on Defendants' review of Plaintiffs' PTEM files and requests received for location data, a review of recently collected documents in this case identified a document reflecting that, while Plaintiff Josue Bonilla was a PTEM Program participant, information about his location was provided once to the San Francisco Police Department ("SFPD"), after this case was filed, in connection with a request for location data about a different individual. Holtzman Decl. ¶ 3. Defendants have provided this information to Plaintiffs, along with a redacted copy of the event detection report containing Bonilla's location information. *Id.*

---

[1] Plaintiffs contend the statement in the affidavits that Simon was convicted of offenses is incorrect.

1

Defendants respectfully request that the Court grant Defendants leave to file the Declaration.

Dated:  January 2, 2024

>
> DAVID CHIU
> City Attorney
> JAMES F. HANNAWALT
> Acting Chief Trial Deputy
> ALEXANDER J. HOLTZMAN
> JOSE A. ZELIDON-ZEPEDA
> Deputy City Attorneys
>
> By:       */s/ Alexander J. Holtzman*
> ALEXANDER J. HOLTZMAN
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF