# EXHIBIT A

**San Francisco Sheriff's Office**
**Community Programs**
**70 Oak Grove Street, San Francisco, CA 94107**
**Sheriff's Affidavit Warrant**

December 7, 2023

839234 2021-125

Joshua Simon is currently convicted of:

- 273.5(A) PC/F
- 245(A)(4) PC/F
- 594(B)(1) PC/F
- 148(A)(1) PC/M (2 COUNTS)

As a condition of release on OR, the defendant was ordered to enroll and comply with the San Francisco Sheriff's Office (SFSO) Pre-Trial Electronic Monitoring (PTEM) Program. The court ordered the defendant to remain confined within interior premises of residence (Home Detention) 08/30/2023 – 11/06/2023 and curfew 7:00 PM – 7:00 AM on 11/06/2023 – current, unless authorized by the SFSO.

The defendant enrolled on 08/30/2023.

Since enrolling in our program, the defendant has incurred the following program violation(s):

- Since enrolling the defendant has been issued 36 Notice of Rule Violations,
    - 1 – Stay Away violation
    - 1 – Travel beyond 50 mile radius
    - 34 – Home detention/Curfew violations
- SFSO deputized staff and Sentinel civilian staff has admonished the defendant on several occasions concerning the violations. The defendant still blatantly violated the court's order.

The defendant is not complying with the orders of the Court and the San Francisco Sheriff's Office Electronic Monitoring Program.

Due to the information I have provided, on behalf of the San Francisco Sheriff's Office, I am requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

C. LEE #2329                    12/07/23

Deputy Sheriff                   Date
San Francisco Sheriff's Office

SCANNED                          Page 1|2

On behalf of the San Francisco Superior Court, I have reviewed the declaration requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I hereby find good cause and issue this order to revoke the OR status of the defendant and order that the defendant be returned to the custody of the Sheriff forthwith.

This is a NO BAIL warrant.

This is a NO CITE warrant.

Date: 12/7/23

_____
San Francisco Superior Court Judge

Loretta Giorgi
Print Name

SUPERIOR COURT STAMP

Joshua Simon

DOB: ▇▇▇▇
San Francisco Superior Court#: 22004986
SF#: ▇▇▇▇
CII#: ▇▇▇▇
FBI#: ▇▇▇▇

## San Francisco Sheriff's Office
## Community Programs
## 70 Oak Grove Street, San Francisco, CA 94107
## Sheriff's Affidavit Warrant

December 7, 2023

8 3 9 2 3 5  2021 -1 25

Joshua Simon is currently convicted of:

- 166(C)(1) PC/M
- 243(E)(1) PC/M

As a condition of release on OR, the defendant was ordered to enroll and comply with the San Francisco Sheriff's Office (SFSO) Pre-Trial Electronic Monitoring (PTEM) Program. The court ordered the defendant to remain confined within interior premises of residence (Home Detention) 08/30/2023 – 11/06/2023 and curfew 7:00 PM – 7:00 AM on 11/06/2023 – current, unless authorized by the SFSO.

The defendant enrolled on 08/30/2023.

Since enrolling in our program, the defendant has incurred the following program violation(s):

- Since enrolling the defendant has been issued 36 Notice of Rule Violations,
    - 1 – Stay Away violation
    - 1 – Travel beyond 50 mile radius
    - 34 – Home detention/Curfew violations
- SFSO deputized staff and Sentinel civilian staff has admonished the defendant on several occasions concerning the violations. The defendant still blatantly violated the court's order.

The defendant is not complying with the orders of the Court and the San Francisco Sheriff's Office Electronic Monitoring Program.

Due to the information I have provided, on behalf of the San Francisco Sheriff's Office, I am requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

C. LEE  #2329

Deputy Sheriff
San Francisco Sheriff's Office

12/07/23

Date


SCANNED

Page 1|2

On behalf of the San Francisco Superior Court, I have reviewed the declaration requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I hereby find good cause and issue this order to revoke the OR status of the defendant and order that the defendant be returned to the custody of the Sheriff forthwith.

This is a $ 10,000 ⁶⁰ BAIL warrant.

This is a NO CITE warrant.

Date: 12/7/23

_____
San Francisco Superior Court Judge

Loretta Giorgi
Print Name

SUPERIOR COURT STAMP

Joshua Simon

DOB: ▇▇▇▇
San Francisco Superior Court#: 22015590
SF#: ▇▇▇▇
CII#: ▇▇▇▇
FBI#: ▇▇▇▇

**San Francisco Sheriff's Office**
**Community Programs**
**70 Oak Grove Street, San Francisco, CA 94107**
**Sheriff's Affidavit Warrant**

December 7, 2023

839236 2021 -1 25

Joshua Simon is currently convicted of:

- 273.5(A) PC/F
- 245 PC/F
- 422 PC/F
- 166(C)(1) PC/M (2 COUNTS)
- 29825(B) PC/M (2 COUNTS)

As a condition of release on OR, the defendant was ordered to enroll and comply with the San Francisco Sheriff's Office (SFSO) Pre-Trial Electronic Monitoring (PTEM) Program. The court ordered the defendant to remain confined within interior premises of residence (Home Detention) 08/30/2023 – 11/06/2023 and curfew 7:00 PM – 7:00 AM on 11/06/2023 – current, unless authorized by the SFSO.

The defendant enrolled on 08/30/2023.

Since enrolling in our program, the defendant has incurred the following program violation(s):

- Since enrolling the defendant has been issued 36 Notice of Rule Violations,
    - 1 – Stay Away violation
    - 1 – Travel beyond 50 mile radius
    - 34 – Home detention/Curfew violations
- SFSO deputized staff and Sentinel civilian staff has admonished the defendant on several occasions concerning the violations. The defendant still blatantly violated the court's order.

The defendant is not complying with the orders of the Court and the San Francisco Sheriff's Office Electronic Monitoring Program.

Due to the information I have provided, on behalf of the San Francisco Sheriff's Office, I am requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

C. LEE #2329

Deputy Sheriff
San Francisco Sheriff's Office

12/07/23

Date

SCANNED

Page 1|2

On behalf of the San Francisco Superior Court, I have reviewed the declaration requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I hereby find good cause and issue this order to revoke the OR status of the defendant and order that the defendant be returned to the custody of the Sheriff forthwith.

This is a **NO BAIL** warrant.

This is a NO CITE warrant.

Date: 12/7/23

_____
San Francisco Superior Court Judge

Loretta Giorgi
Print Name

(SUPERIOR COURT STAMP)

Joshua Simon
DOB: [redacted]
San Francisco Superior Court#: 23007617
SF#: [redacted]
CII#: [redacted]
FBI#: [redacted]