UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | Case No. 22-cv-05541-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE THE DECLARATION OF ALEXANDER J. HOLTZMAN ON DEVELOPMENTS RE SUPPLEMENTAL BRIEFING**<br><br>Trial Date:          Not Set |

[Proposed] Order Granting Admin. Mot. to File Holtzman Declaration
Case No. 22-cv-05541-JST

n:\lit\li2023\230184\01724420.docx

**[PROPOSED] ORDER**

On January 2, 2024, Defendants the City and County of San Francisco and Sheriff Paul Miyamoto, in his official capacity as San Francisco Sheriff, filed an Unopposed Administrative Motion for Leave to File the Declaration of Alexander J. Holtzman on Developments re Supplemental Briefing ("Administrative Motion").

After full consideration of the Administrative Motion, the Court GRANTS the Administrative Motion. The Declaration is deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____        _____
HONORABLE JON S. TIGAR
United States District Judge

1

[Proposed] Order Granting Admin. Mot. to File Holtzman Declaration      n:\lit\li2023\230184\01724420.docx
Case No. 22-cv-05541-JST