1  DAVID CHIU, State Bar #189542
   City Attorney
2  JAMES F. HANNAWALT, State Bar #139657
   Acting Chief Trial Deputy
3  ALEXANDER J. HOLTZMAN, State Bar #311813
   JOSE A. ZELIDON-ZEPEDA, State Bar #227108
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3999 [Holtzman]
   Telephone:    (415) 355-3312 [Zelidon-Zepeda]
7  Facsimile:    (415) 554-3837
   Email:        alexander.holtzman@sfcityatty.org
8  Email:        jose.zelidon-zepeda@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 AND PAUL MIYAMOTO, IN HIS OFFICIAL
   CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>    Defendants. | Case No. 4:22-cv-05541-JST<br><br>**DECLARATION OF ALEXANDER J. HOLTZMAN IN SUPPORT OF MOTION TO MODIFY OR STAY IN PART PRELIMINARY INJUNCTION**<br><br>Judge:         Honorable Jon S. Tigar<br>Courtroom:     Courtroom 6, 2nd Floor<br>Hearing Date:  March 21, 2024 (Pending Motion to Shorten Time)<br>Time:          2:00 p.m.<br><br>Date Action Filed:   September 8, 2022<br>Trial Date:          Not Set |

1

1       I, ALEXANDER J. HOLTZMAN, declare as follows:

2       1.      I am a Deputy City Attorney for the City and County of San Francisco. I am counsel for Defendants in this matter.  The facts set forth in this declaration are stated on my own personal knowledge or, as specified, upon my information and belief based on official acts and writings. If called upon to testify, I could and would testify competently here.

        2.      I submit this declaration in support of Defendants' Motion to Modify or Stay in Part Preliminary Injunction.

        3.      Attached as **Exhibit A** is a true and correct copy of the transcript of a hearing held on August 25, 2023 in the cases of *People v. Joshua Isiah Simon*, S.F. Super. Ct. Case Nos. CRI-22004986, 22015590, 23007617. During this hearing, Simon was released from custody on mental health diversion conditional on participation in the PTEM Program. Of note, the Superior Court discussed with Simon the four-way search condition and location data sharing conditions. As to location data sharing, the Superior Court informed Simon that his "GPS location data can be shared with law enforcement agencies." Ex. A at 14:11–12. The Superior Court then asked Simon, "Are you agreeable to those terms?" *Id.* at 14:16. Simon responded, "Yes, sir." *Id.* at 14:17.

        4.      Defendants plan to appeal at least a portion of the preliminary injunction.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on this 16th day of February 2024, at San Francisco, California.


                                         */s/ Alexander J. Holtzman*
                                         ALEXANDER J. HOLTZMAN

2
Declaration of AJH ISO Administrative Motion to Shorten Time
Case No. 22-cv-05541-JST
n:\lit\li2022\230184\01737252.docx