DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
ALEXANDER J. HOLTZMAN, State Bar #311813
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3999 [Holtzman]
Telephone:     (415) 355-3312 [Zelidon-Zepeda]
Facsimile:      (415) 554-3837
Email:            alexander.holtzman@sfcityatty.org
Email:            jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | Case No. 4:22-cv-05541-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY OR STAY IN PART PRELIMINARY INJUNCTION**<br><br>Judge:                    Honorable Jon S. Tigar<br>Courtroom:           Courtroom 6, 2nd Floor<br>Hearing Date:       March 21, 2024 (Pending Motion to Shorten Time)<br>Time:                     2:00 p.m.<br><br>Date Action Filed:  September 8, 2022<br>Trial Date:             Not Set |

**PROPOSED ORDER**

On February 16, 2024, Defendants the City and County of San Francisco and Paul Miyamoto, in his official capacity as San Francisco Sheriff, filed a Motion to Modify or Stay in Part Preliminary Injunction ("Motion").

After full consideration of the moving, opposition, and reply papers filed by the parties, the arguments of counsel, the other filings on record in this case, and all other matters presented to the Court, the Court GRANTS the Motion. IT IS HEREBY ORDERED that:

i. The Court stays/modifies pending Defendants' appeal its injunction with respect to individuals subject to the Superior Court's revised admonishments against sharing location data with other law enforcement agencies in an active criminal investigation.

ii. The Court stays/modifies from February 27, 2024, to March 12, 2024, the deadline for Defendants to cease enforcement of the four-way search condition with respect to PTEM Program participants who have not yet been issued the revised EM Order by the Superior Court.

IT IS SO ORDERED.

Dated: _____    _____
HONORABLE JON S. TIGAR
United States District Judge