Shilpi Agarwal, State Bar No. 270749
Avram D. Frey, State Bar No. 347885
Emi Young, State Bar No. 311238
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:   (415) 255-1478
Email: sagarwal@aclunc.org
afrey@aclunc.org
eyoung@aclunc.org

Justina Sessions, State Bar No. 270914
Eunice Leong, State Bar No. 320499
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA  94063
Telephone:    (650) 618-9250
justina.sessions@freshfields.com
eunice.leong@freshfields.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual, and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | CASE NO.:  4:22-cv-05541-JST<br><br>(San Francisco County Superior Court, Case No.:  CGC-22-601686)<br><br>**DECLARATION OF SUJUNG KIM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY OR STAY IN PART PRELIMINARY INJUNCTION**<br><br>Honorable Jon S. Tigar<br>Courtroom 6, 2nd Floor<br>Hearing Date: March 21, 2024<br>Trial Date: Not set |

I, Sujung Kim, declare:

1. I am an attorney licensed to practice in the State of California and am employed as a deputy public defender at the San Francisco Public Defender's Office. I have

worked in this office since 1997. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify to those facts.

2. If a San Francisco Superior Court judge releases a defendant on pretrial electronic monitoring and subsequently needs to modify the conditions of release, the court can add the case for a future date and order the defendant to appear in court through counsel.

3. The San Francisco Sheriff, who run the pretrial EM program, can similarly request that the court add to calendar the case of an EM participant to modify conditions of release.

4. The Sheriff's practice has been to seek an arrest warrant by submitting an affidavit to the Superior Court when a pretrial EM participant has allegedly violated the EM rules, court order or other law, but, in my experience, I have never known the Sheriff to seek an arrest warrant for an EM participant merely to modify an EM condition when there has not been an alleged violation of the EM rules, court order or other law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2024, at San Francisco, California.

        /s/ Sujung Kim
        Sujung Kim

-2-

Declaration of Sujung Kim
Case No.: 4:22-cv-05541-JST