Shilpi Agarwal, State Bar No. 270749
Avram D. Frey, State Bar No. 347885
Emi Young, State Bar No. 311238
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:   (415) 255-1478
Email:  sagarwal@aclunc.org
    afrey@aclunc.org
    eyoung@aclunc.org

Justina Sessions, State Bar No. 270914
Eunice Leong, State Bar No. 320499
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA  94063
Telephone:     (650) 618-9250
justina.sessions@freshfields.com
eunice.leong@freshfields.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated, DIANA BLOCK, an individual, and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | CASE NO.:  4:22-cv-05541-JST<br><br>(San Francisco County Superior Court, Case No.:  CGC-22-601686)<br><br>**DECLARATION OF AVRAM D. FREY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY OR STAY IN PART PRELIMINARY INJUNCTION**<br><br>Honorable Jon S. Tigar<br>Courtroom 6, 2nd Floor<br>Hearing Date: March 21, 2024<br>Trial Date: Not set |

I, Avram D. Frey, declare:

1. I am an attorney licensed to practice in the State of California and am employed as the Deputy Director of the Criminal Justice Project at the American Civil Liberties Union

DECLARATION OF AVRAM D. FREY

of Northern California. I have worked in this role since 2021. I have personal knowledge of the facts set forth in this Declaration and if called upon could testify those facts.

2. I am counsel for Plaintiffs in the above-captioned matter.

3. On February 2, 2023, the District Court in the above-captioned matter heard oral argument on Plaintiffs' Motion for Class Certification, Motion for Preliminary Injunction, and Defendants' Motion to Dismiss.

4. I was present and participated in the February 2, 2023 oral argument in this matter.

5. At the close of the argument, the District Court told counsel for Defendants that the Court expected to rule on the motions as soon as one month from the hearing date, and that if the Court issued a preliminary injunction, it would want it to go into effect almost immediately. The District Court specifically instructed Defense Counsel to communicate this to their clients so that Defendants would be prepared to implement a preliminary injunction in one month's time.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of February, 2024, at San Francisco, California.

/s/ Avram D. Frey
Avram D. Frey