DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
ALEXANDER J. HOLTZMAN, State Bar #311813
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3999 [Holtzman]
Telephone:    (415) 355-3312 [Zelidon-Zepeda]
Facsimile:     (415) 554-3837
Email:           alexander.holtzman@sfcityatty.org
Email:           jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
and PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>        Defendants. | **PRELIMINARY INJUNCTION APPEAL**<br><br>Case No. 4:22-cv-05541 JST<br><br>**NOTICE OF APPEAL**<br><br>Date Action Filed:    September 8, 2022<br>Trial Date:                Not Set<br><br>Judge:  Honorable Jon S. Tigar |

NOTICE IS HEREBY GIVEN that CITY AND COUNTY OF SAN FRANCISCO and PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF, Defendants in the above-named action, hereby appeal the ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS, GRANTING MOTION FOR CLASS CERTIFICATION, AND GRANTING MOTION FOR PRELIMINARY INJUNCTION (Dkt. Nos. 76, 77) ("Order Granting Motion for Preliminary Injunction"), entered in this action on February 13, 2024, to the United States Court of Appeals for the Ninth Circuit. A true and correct copy of the Order Granting Motion for Preliminary Injunction is attached as Exhibit A.

Dated: February 26, 2024

> DAVID CHIU
> City Attorney
> JAMES F. HANNAWALT
> Acting Chief Trial Deputy
> ALEXANDER J. HOLTZMAN
> JOSE A. ZELIDON-ZEPEDA
> Deputy City Attorneys
>
> By:     */s/ Alexander J. Holtzman*
>         ALEXANDER J. HOLTZMAN
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF