| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>FEB 29 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOSHUA SIMON, individually and on behalf of all others similarly situated, et al.;

        Plaintiffs - Appellees,

 v.

CITY AND COUNTY OF SAN FRANCISCO and PAUL MIYAMOTO, In his official capacity as San Francisco Sheriff,

        Defendants - Appellants.

No. 24-1025

D.C. No. 4:22-cv-05541-JST
Northern District of California, Oakland

ORDER

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

The court has received appellants' urgent motion for a partial stay pending appeal. The response to the motion is due Monday, March 4, 2024. Any reply is due Tuesday, March 5, 2024.

The request for an administrative stay is granted. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). The portion of the district court's February 13, 2024, order that preliminarily enjoins the San Francisco Sheriff's Office from sharing certain location data with other law enforcement agencies is temporarily stayed pending resolution of the motion for a stay pending appeal.