FRESHFIELDS BRUCKHAUS DERINGER US LLP
Justina K. Sessions, State Bar No. 270914
justina.sessions@freshfields.com
Eunice Leong, State Bar No. 320499
eunice.leong@freshfields.com
Olivia Rosen, State Bar No. 340120
olivia.rosen@freshfields.com
855 Main Street
Redwood City, CA  94063
Telephone:     (650) 618-9250

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
Avram D. Frey, State Bar No. 347885
afrey@aclunc.org
Shilpi Agarwal, State Bar No. 270749
sagarwal@aclunc.org
Emi Young, State Bar No. 311238
eyoung@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated; DIANA BLOCK, an individual; and COMMUNITY RESOURCE INITIATIVE, an organization,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>　　　　　　Defendants. | Case No. 4:22-cv-05541-JST<br><br>(San Francisco County Superior Court, Case No.: CGC-22-601686)<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:　　　Hon. Jon S. Tigar<br>Courtroom:　Courtroom 6, 2nd Floor<br>Trial Date:　Not set |

NOTICE OF APPEARANCE
Case No. 4:22-cv-005541-JST

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Olivia Rosen of Freshfields Bruckhaus Deringer US LLP, 855 Main Street, Redwood City, CA 94063, hereby enters her appearance in the above-captioned matter as attorney of record on behalf of Plaintiffs Joshua Simon, David Barber, and Josue Bonilla ("Plaintiffs"). Plaintiffs hereby request that all further pleadings, notices, documents, or other papers herein, except original process, be provided to and served upon counsel by electronic service through ECF.

Dated: March 5, 2024                    Respectfully submitted,

                                         FRESHFIELDS BRUCKHAUS DERINGER US LLP


                                         By: */s/ Olivia Rosen*
                                              Olivia Rosen

                                         *Attorneys for Plaintiffs*

1