UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSHUA SIMON, individually and on behalf of all others similarly situated, et al.;<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and PAUL MIYAMOTO, In his official capacity as San Francisco Sheriff,<br><br>　　　　Defendants - Appellants. | No. 24-1025<br><br>D.C. No.<br>4:22-cv-05541-JST<br>Northern District of California, Oakland<br><br>ORDER |

Before: VANDYKE and MENDOZA, JR., Circuit Judges.

The motion for a partial stay of the district court's February 13, 2024, order

(Docket Entry No. 4) is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009)

(defining standard for stay pending appeal).

The existing briefing schedule remains in effect.

*Simon v. City & County of S.F.*, No. 24-1025

VanDyke, Circuit Judge, concurring:

While the appellants have made a strong argument as to their ability to prevail on the merits, they have not shown any irreparable harm.  Therefore, I concur in the denial of the stay.  *See Nken v. Holder*, 556 U.S. 418, 438 (Kennedy J., concurring) ("When considering success on the merits and irreparable harm, courts cannot dispense with the required showing of one simply because there is a strong likelihood of the other.").