1   DAVID CHIU, State Bar #189542
    City Attorney
2   JAMES F. HANNAWALT, State Bar #139657
    Acting Chief Trial Deputy
3   ALEXANDER J. HOLTZMAN, State Bar #311813
    JOSE A. ZELIDON-ZEPEDA, State Bar #227108
4   Deputy City Attorneys
    Fox Plaza
5   1390 Market Street, 6th Floor
    San Francisco, California 94102-5408
6   Telephone:      (415) 554-3999 [Holtzman]
    Telephone:      (415) 355-3312 [Zelidon-Zepeda]
7   Facsimile:       (415) 554-3837
    Email:           alexander.holtzman@sfcityatty.org
8   Email:           jose.zelidon-zepeda@sfcityatty.org

9   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
10  AND PAUL MIYAMOTO, IN HIS OFFICIAL
    CAPACITY AS SAN FRANCISCO SHERIFF

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15

16  JOSHUA SIMON, DAVID BARBER, AND        Case No. 4:22-cv-05541-JST
    JOSUE BONILLA, INDIVIDUALLY AND
17  ON BEHALF OF ALL OTHERS                **STIPULATION EXTENDING DEFENDANTS
    SIMILARLY SITUATED,                    CITY AND COUNTY OF SAN FRANCISCO
18                                         AND SHERIFF PAUL MIYAMOTO'S
            Plaintiffs,                    DEADLINE TO FILE ANSWER (L.R. 6-1)**
19
            vs.                            Trial Date:            Not Set
20
    CITY AND COUNTY OF SAN
21  FRANCISCO, PAUL MIYAMOTO, IN HIS
    OFFICIAL CAPACITY AS SAN
22  FRANCISCO SHERIFF,

23          Defendants.

24

25

26

27

28

On February 13, 2024, the Court issued an order granting in part and denying in part Defendants' Motion to Dismiss the Complaint by Plaintiffs Joshua Simon, *et al.* (ECF No. 77.)

Per Northern District Civil Local Rule 6-1, Plaintiffs and Defendants stipulate to extend the deadline for Defendants to file an answer or otherwise respond to the Complaint. Defendants' answer is now due March 28, 2024.

Dated: March 13, 2024

DAVID CHIU
City Attorney
JAMES F. HANNAWALT
Acting Chief Trial Deputy
ALEXANDER J. HOLTZMAN
JOSE A. ZELIDON-ZEPEDA
Deputy City Attorneys

By: _____*/s/ Alexander J. Holtzman*_____
ALEXANDER J. HOLTZMAN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF

Dated: March 12, 2024

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: _____*/s/ Eunice Leong*_____
EUNICE LEONG, ESQ.

Attorney for Plaintiffs
JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*