# EXHIBIT A

**Policy**
**213**

San Francisco Sheriff's Department

Custody and Court Operations Policy Manual

# Community Programs

## 213.1 PURPOSE AND SCOPE
The purpose of this policy is to establish guidelines for developing community programs and to define the eligibility criteria for participants in Community Programs.

## 213.2 POLICY
It is the policy of the San Francisco Sheriff's Department to provide alternatives to incarceration for pre-sentenced and sentenced individuals based upon an individual risk assessment and consistent with public safety goals. The Department has the discretion to place any eligible incarcerated person in an alternative program.

## 213.3 PROGRAM GUIDELINES
Community programs are subject to the approval of the Administration Operations Division (AOD) Commander or the authorized designee.

(a) Incarcerated persons released to an alternative program will be released pursuant to the Sheriff's Department authority, based on:

1. 1203.016 PC (Home Detention)
2. 1203.017 (Involuntary Home Detention)
3. 1203.018 PC (Pre-sentenced Home Detention)
4. 3081(b) PC (County Parole)
5. 4024.2 PC (Sheriff's Work Alternative Program (SWAP))

(b) Eligibility for Alternative Programs

1. Pre-sentenced incarcerated persons may become eligible for Pretrial Electronic Monitoring (PTEM) or other alternatives to incarceration by:

   (a) Court order
   (b) A condition of Own Recognizance (OR) or bail
   (c) Per 1203.018 PC (must meet all eligibility criteria)

2. Sentenced incarcerated persons (must meet all eligibility criteria)

   (a) A 1170 (h)(5)(A) PC straight sentenced individual shall be reviewed for electronic monitoring when they have 9 months, 6 months and 3 months remaining on the sentence. For persons with a sentence of more than two years, the person shall be eligible to apply for an electronic monitoring review after 50% of the sentence has been served, and every three months thereafter.

   (b) Will be considered Heightened Scrutiny.

Copyright Lexipol, LLC 2024/02/27, All Rights Reserved.
Published with permission by San Francisco Sheriff's Department

- (c) An 1170 (h)(5)(B) PC split sentenced individual may be eligible to participate in community programs pending a review of the incarcerated person's risk assessment and treatment plan.

3. SWAP/PREP

 - (a) incarcerated persons must be able to complete SWAP obligations within one year.
 - (b) An incarcerated person must have served 50% of a sentence in custody before becoming eligible to participate in SWAP.

(c) Electronic Monitoring/Home Detention (EM)

1. There must be a minimum of 30 days remaining in the incarcerated person's sentence.
2. An incarcerated person sentenced to more than one year will be reviewed for release to EM when they have 9 months, 6 months and 3 months remaining on the sentence.
3. An incarcerated person sentenced to less than a year will be reviewed for release to EM when at least 50% of the sentence is completed.
   - (a) An incarcerated person not released to EM after the first review will have a second review when 70% of the sentence is completed.

(d) Out of county SWAP/EM commitments may be served in San Francisco if the person lives in San Francisco.

1. Out of County commitments are subject to the same constraints as in county commitments.

(e) Ineligibility for Alternative Programs

1. Persons who are ineligible for alternative programs, who meet at least one of the criteria below, requires a review and approval by sworn supervisor.
   - (a) A Stay Away/Restraining Order from persons and places including:
     1. A Stay Away order from a place or person
     2. A Temporary Restraining Order (TRO)/Civil Protective Order (CPO) from a named person
   - (b) A prior felony conviction within the past seven years requiring registration under the 290 Law. If approved would be under heightened scrutiny.
     1. The seven-year period is from this time the individual was released from incarceration.
   - (c) Inappropriate behavior in a custody setting, including:
     1. Physical altercations
     2. Documented conflict with department employees or contract service providers

Copyright Lexipol, LLC 2024/02/27, All Rights Reserved.
Published with permission by San Francisco Sheriff's Department

*Community Programs*

---

        3.    Multiple Serious or Major Rule Violations

        4.    Documented threats

        5.    Administrative Separation status (excluding protective custody incarcerated persons) with an MR3/MR4 status.

2. Persons who are ineligible for alternative programs based on at least one of the criteria below and wish to appeal may do so by contacting the Unit Commander in writing.

    (a)    Ineligible offense per the Alternative Program Eligibility Chart

        1.    Current charge and/or conviction in the past 5 years

    (b)    A current misdemeanor charge, or past conviction, that requires a 290 Registration.

    (c)    A 273.6 Domestic Violence restraining order or a violation of a CPO in the past 18 months pursuant to a conviction of 273.6.

        1.    The 18 months shall be counted from 18 months of the current release from incarceration.

    (d)    Have an active hold with the California Department of Corrections and Rehabilitation (CDCR)

3. Persons who are ineligible for alternative programs due to the criteria below, requires a review and approval by the Sheriff.

    (a)    A felony charge or past conviction, less than seven years, that requires a 290 Registration.

(f) If the court rules that an individual is ineligible for an alternative program, the Sheriff's Department will give great deference to the court ruling.

Procedural link:

[Custody and Court Operations Procedure Manual: 213.1 ALTERNATIVE PROGRAM ELIGIBILITY PROCEDURES]

### 213.4  TRANSPORTATION TO PROGRAMS

The Sheriff's Department will facilitate the transportation of incarcerated persons to programs as directed by issued court orders.

(a) Prior to transporting a sentenced incarcerated person to a program, deputies must have:

    1.    A Commitment specifying that the sentence may be served in a residential treatment program that the Department has on file.

        (a)    A Transportation Order, may be included in the Commitment, stating that the Sheriff will transport the incarcerated person to a specific residential treatment program.

    2.    An acceptance letter from the program.

Copyright Lexipol, LLC 2024/02/27, All Rights Reserved.
Published with permission by San Francisco Sheriff's Department

- (b) Prior to transporting a person serving time as part of a split sentence in a residential treatment program, the person must be evaluated for electronic monitoring.
  1. If the person does not meet the Alternative Sentence Eligibility requirements, the matter must be referred to a Community Programs Unit sworn supervisor. The supervisor shall refer a heightened scrutiny case to the Unit Commander.
- (c) incarcerated persons shall not be released to a program until cleared by the Central Records and Warrants Unit (CRW) (i.e. warrant and hold check).

Procedural link:

Custody and Court Operations Procedure Manual: 213.2 TRANSPORTATION TO PROGRAMS PROCEDURE

### 213.5   RESIDENTIAL TREATMENT PROGRAMS

- (a) Residential treatment programs are subject to site visits as would any other residential location for an electronic monitoring participant.
- (b) Residential treatment programs do not have the authority to waive the requirement for electronic monitoring.
- (c) A person serving a split sentence in a residential treatment program, who has an electronic monitoring device, shall have the device removed when the constructive portion of the sentence is complete.
- (d) Sentenced individuals who abscond from a residential treatment program are subject to arrest and **shall not**:
  1. Receive credit for time served for any time spent in the treatment program. Upon being notified that the person absconded, Community Programs deputies shall inform the CRW of that fact.
  2. Be transported to another residential treatment program, for one year from the date of the event.

### 213.6   ELECTRONIC MONITORING PRE-TRIAL DEFENDANT LOCATION REQUEST

Without a subpoena duces tecum returnable to a court or signed search warrant, information derived from any GPS equipment will not be supplied to any person or entity outside the San Francisco Sheriff's Department.

Without a subpoena duces tecum returnable to a court or signed search warrant, any information regarding any actions taken by Sheriff's Department members based on any GPS information will not be supplied to any person or entity outside the San Francisco Sheriff's Department.

Refer to the Administration and Field Subpoenas and Court Appearances Policy for direction on submitting a subpoena.

# San Francisco Sheriff's Department
Custody and Court Operations Policy Manual

*Community Programs*

### 213.7  ATTACHMENTS

See attachment: Alternative Programs Eligibility Checklist.pdf

See attachment: Alternative Programs Eligibility Chart Guidelines.pdf

See attachment: Alternative Programs Ineligibility List.pdf

# Attachments

Copyright Lexipol, LLC 2024/02/27, All Rights Reserved.
Published with permission by San Francisco Sheriff's Department

# Alternative Programs Eligibility Checklist.pdf

# San Francisco Sheriff's Department
## Alternative Programs Eligibility Checklist

_____  _____  _____  _____
Last                    First                   SF #        Court #

_____  _____  _____  _____
Sentence Date           Commitment Received Date  TX Date    Review Date

Stay Away/Restraining Order  ☐ Yes
                             ☐ No
If yes, it is:  ☐ Person  ☐ Place
Associated Court #: _____
Name(s) or Address(es) of protected:
_____
_____
Supervisor's Initials: _____

Sentence Type (check all that apply)
☐ 1170(h)(5)(A) - Straight Jail Time
☐ 1170(h)(5)(B) - Split Sentence
☐ 3455(b) - PRCS Revocation
☐ MTR - Misd or Felony Probation
☐ County Jail Sentence
☐ Other _____

Conviction of ineligible offense as defined by 667.5 PC, 1192.7 PC, AB109 Exclusionary List?
☐ No  ☐ Yes  If yes, it is a:  ☐ Current Conviction  ☐ Conviction within last five years
_____
List charge(s) and conviction date(s)

Conviction of an offense on Community Programs Automatic Ineligible List?
☐ No  ☐ Yes  If yes, it is a:  ☐ Current Conviction  ☐ Conviction within last five years
_____
List charge(s) and conviction date(s)

Check ALL that make the person ineligible:
☐ Sentenced - 3454(b) Flash Incarceration (PRCS)      ☐ 290 Registrant
☐ CDC/ICE/Out of County non-citable hold              ☐ Negative In-Jail Behavior
☐ 3056 - Parole Revocation/PVC                        ☐ Court Ordered Ineligible
_____
List holds and / or describe in-jail behavior

☐ Offender is eligible for Community Programs    ☐ Offender is **not** eligible for Community Programs

☐ Offender is eligible for Community Programs with **Heightened Scrutiny (HS)**

_____
Name and Badge of Supervisor Approving HS

Comments: _____
_____

_____                    _____
Staff Name and Badge Completing Form              Date Completed


# Alternative Programs Eligibility Chart Guidelines.pdf

Copyright Lexipol, LLC 2024/02/27, All Rights Reserved.
Published with permission by San Francisco Sheriff's Department



# San Francisco Sheriff's Department
# Alternative Program Eligibility Chart Guidelines

| DISQUALIFIERS | EXPLANATIONS |
|---|---|
| 290 Registrant | A person charged with or a conviction of a sex offense requiring 290 registration is in general not eligible. Misdemeanor charges may be referred to the Unit Commander, but all felony convictions must be approved by the Sheriff with a court order. |
| 3056 – Parole Violation Commitment (PVC) | A felon in violation of the terms and conditions of paroled release from the California State Prison system and sentenced to County Jail to complete the revocation time is not eligible. |
| 3454(b) – Flash Incarceration | A period of detention in county jail due to a violation of an offender's conditions of post-release community supervision, up to a maximum of 10 days |
| CDC/ICE/Out-of-County Holds *ONLY* | A person whose local charges have been adjudicated and has a hold from another jurisdiction is not eligible. |
| Current Charge of an Ineligible Offense *OR* Conviction of Ineligible Offense in Past 5 Yrs. | Any crime that falls into the following: 667.5 PC (List of Violent Felonies), 1192.7 PC (List of Serious Felonies), Sex Offense, AB109 Exclusionary List, Community Programs Ineligible List |

| QUALIFYING CATEGORIES | TYPE OF PROGRAM | EXCEPTIONS/COMMENTS |
|---|---|---|
| 1170(h)(A) – Straight Jail Time | EM with a case management plan approved by the EM vendor and sworn supervisor. | Individuals who meet Alternative Programs Eligibility Criteria shall be reviewed when they have 9, 6 and 3 months remaining on their sentence. |
| 1170(h)(B) – Split Sentence w/Mandatory Supervision by Probation | EM, SWAP, Community Programs (5KCS, NoVA, PREP, SRP, TOD, WRC) | Eligibility for Community Programs is dependent on a consultation with APD and a review of the inmate's risk assessment and treatment plan. |
| 1203.2 – Mandatory Supervision Revocation, Probation Revocation or PRCS Revocation by Probation | EM, SWAP, Community Programs (5KCS, NoVA, PREP, SRP, TOD, WRC) | Eligibility for Community Programs is dependent on a consultation with APD and a review of the inmate's risk assessment and treatment plan. |
| In-Custody & Out-of-Custody | EM, SWAP, Community Programs (5KCS, NoVA, PREP, SRP, TOD, WRC) | Must meet Community Programs Eligibility Criteria |
| Pre-Sentenced | Pre-Trial Electronic Monitoring (PTEM) | Court order required for eligibility as a condition of OR only or per 1203.018 PC |

| EXCEPTIONS | EXPLANATIONS |
|---|---|
| *HEIGHTENED SCRUTINY ELIGIBLE* | Circumstances where eligibility for participation in an alternative community program would require a higher level of review for placement and requires more intensive supervision after placement; Court ordered placements for in and out of custody individuals. |
| *COURT ORDERS* | A court order must be issued for any instance a judge wants to send a defendant to a program in which the defendant does not otherwise meet the eligibility criteria set forth by the SFSD. |

Updated 06-04-2019

# Alternative Programs Ineligibility List.pdf



# San Francisco Sheriff's Department
## Alternative Programs Ineligiblility List

| PROVISION | TYPE | DESCRIPTION | NEW PROVISION |
|---|---|---|---|
| 37 | Ineligible Charges per 1192.7 PC | Treason | |
| 128 | Ineligible Charges per 1192.7 PC | Perjury Resulting in Capital Punishment | |
| 136.1 | Ineligible Charges per 1192.7 PC | Intimidation of Witness | |
| 166 | Community Programs Ineligible List | Contempt of Court | |
| 182 | Ineligible Charges per 1192.7 PC | Conspiracy to Commit a Crime Listed in this Section | |
| 186.11 | AB 109 Exclusionary List | Felony convictions with a Penal Code Section 186.11 Enhancement | |
| 186.22 | Ineligible per 1192.7 / AB 109 | Criminal Gang Activity (Any Felony Which Would Also Constitute a Felony Violation of this Section) | |
| 186.26 | AB 109 Exclusionary List | Street Gang Activity | |
| 186.33 | AB 109 Exclusionary List | Gang Registration Violation | |
| 187 | Ineligible per 1192.7 PC / 667.5 PC | Murder | |
| 191.5(c) | AB 109 Exclusionary List | Vehicular Manslaughter while Intoxicated | |
| 192(a) | Ineligible per 1192.7 PC / 667.5 PC | Voluntary Manslaughter | |
| 203, 205 | Ineligible Charges per 1192.7 PC | Mayhem | |
| 206 | Community Programs Ineligible List | Torture | |
| 207, 208, 209 (all subsections), 209.5 | Ineligible per 1192.7 PC / 667.5 PC | Kidnapping | |
| 211, 212.5 | Ineligible per 1192.7 PC / 667.5 PC | Any Robbery, including Bank Robbery | |
| 215, 215(a) | Ineligible per 1192.7 PC / 667.5 PC | Carjacking | |
| 217.1 | Community Programs Ineligible List | Assault on P.O. | |
| 218 | Community Programs Ineligible List | Causing a Train Wreck | |
| 220 | Ineligible per 1192.7 PC / 667.5 PC | Assault with Intent to Commit Mayhem, Rape, Sodomy, or Oral Copulation | |
| 222 | AB 109 Exclusionary List | Administering Stupefying Drugs to Assist in the Commission of a Felony | |
| 243.4 | Community Programs Ineligible List | Sexual Battery | |


**Alternative Programs Ineligibility List**
| PROVISION | TYPE | DESCRIPTION | NEW PROVISION |
|---|---|---|---|
| 243.7 | AB 109 Exclusionary List | Battery Against a Juror | |
| 243.9 | AB 109 Exclusionary List | Gassing of a Peace Officer or Local Detention Facility Employee | |
| 244 | Ineligible Charges per 1192.7 PC | Throwing Acid or Flammable Substance | |
| 245(a)(1) | Ineligible Charges per 1192.7 PC | Only if Assault with Deadly Weapon | |
| 245(a)(1) | Ineligible Charges per 1192.7 PC | Assault with Force Likely to Commit Great Bodily Injury | 245(a)(4) |
| 245(b) | Ineligible Charges per 1192.7 PC | Assault with Semi-Automatic Firearm | |
| 245(c) | Ineligible Charges per 1192.7 PC | Assault with Deadly Weapon on a Peace Officer | |
| 245(d) | Ineligible per 1192.7 PC / AB 109 | Assault with Deadly Weapon on a Peace Officer | |
| 246 | Ineligible Charges per 1192.7 PC | Discharge of a Firearm at an Inhabited Dwelling, Vehicle, or Aircraft | |
| 261 (all subsections), 262 | Ineligible per 1192.7 PC / 667.5 PC | Rape | |
| 262 | Ineligible Charges per 667.5 PC | Spousal Rape | |
| 264 | Ineligible Charges per 667.5 PC | Rape in Concert with Another | |
| 264.1 | Ineligible Charges per 1192.7 PC | Commission of Rape or Sexual Penetration in Concert with Another Person | |
| 266 | Community Programs Ineligible List | Sexual Enticement of Minors | |
| 266a | AB 109 Exclusionary List | Abduction or Procurement by Fraudulent Inducement for Prostitution | |
| 266e | AB 109 Exclusionary List | Purchasing a Person for Purposes of Prostitution or Placing a Person for Immoral Purpose | |
| 266h | AB 109 Exclusionary List | Sale of a Person for Immoral Purposes | |
| 266i | AB 109 Exclusionary List | Pimping and Pandering of a Minor | |
| 266j | AB 109 Exclusionary List | Procurement of a Child under the age of 16 for Lewd or Lascivious Acts | |
| 272(b) | AB 109 Exclusionary List | Persuading, Luring, or Transporting a Minor under 13 | |
| 273 | Community Programs Ineligible List | Receiving Funds for Adoption of Child | |
| 273a | AB 109 Exclusionary List | Felony Child Abuse likely to Produce Great Bodily Injury or Death | |
| 273ab | AB 109 Exclusionary List | Assault resulting in the Death of a Child under the age of 8 | |



**Alternative Programs Ineligibility List**

| PROVISION | TYPE | DESCRIPTION | NEW PROVISION |
|---|---|---|---|
| 273.5 | AB 109 Exclusionary List | Felony Domestic Violence | |
| 286(c)(2) | Ineligible Charges per 1192.7 PC | Sodomy by Force, Duress, Violence, Menace, Threat, or Fear | |
| 286(c)(3) | Ineligible Charges per 1192.7 PC | Sodomy by Force, Duress, Violence, Menace, Threat, or Fear | |
| 286(d) | Ineligible per 1192.7 PC / 667.5 PC | Sodomy in Concert with Another | |
| 288(all subsections) | Ineligible Charges per 667.5 PC | Sodomy | |
| 288(a) | Ineligible per 1192.7 PC / 667.5 PC | Lewd or Lascivious Acts with Minor under 14 | |
| 288a(c) | Ineligible Charges per 667.5 PC | Oral Copulation with a Minor Under 14 | |
| 288a(c)(2) | Ineligible Charges per 1192.7 PC | Oral Copulation by Force, Violence, Duress, Threat, or Fear | |
| 288a(c)(3) | Ineligible Charges per 1192.7 PC | Oral Copulation by Force, Violence, Duress, Threat, or Fear | |
| 288a(d) | Ineligible per 1192.7 PC / 667.5 PC | Oral Copulation by Force, Violence, Duress, Threat, or Fear | |
| 288(b)(1) | Ineligible Charges per 667.5 PC | Lewd or Lascivious Acts with Force, Violence, Duress, Menace, or Fear | |
| 288.5 | Ineligible per 1192.7 PC / 667.5 PC | Continuous Sexual Abuse of a Child | |
| 289(a)(1) | Ineligible per 1192.7 PC / 667.5 PC | Forcible Acts of Sexual Penetration | |
| 289(a)(2) | Ineligible Charges per 1192.7 PC | Forcible Acts of Sexual Penetration | |
| 289(j) | Ineligible Charges per 667.5 PC | Sexual Penetration with a Minor Under 14 | |
| 290 | Community Programs Ineligible List | Registration of Sex Offender | |
| 347 | AB 109 Exclusionary List | Poisoning or Adulterating Food, Drink, Medicine, Pharmaceutical Products, Spring, Well, Reservoir, or Public Water Supply | |
| 368 | Community Programs Ineligible List | Crimes Against Dependant Adults | |
| 368b | AB 109 Exclusionary List | Felony Physical Abuse of an Elder or Dependant Adult | |
| 417(c) | AB 109 Exclusionary List | Brandishing a Firearm in the Presence of a Peace Officer | |
| 417.8 | AB 109 Exclusionary List | Brandishing a Firearm or Deadly Weapon to Resist or Avoid Arrest | |
| 422 | Ineligible Charges per 1192.7 PC | Criminal Threats | |
| 422.55 | Community Programs Ineligible List | Hate Crimes | |
| 451, 451.5 | Ineligible Charges per 1192.7 PC | Arson | |

10/17/2014



**Alternative Programs Ineligibility List**

| PROVISION | TYPE | DESCRIPTION | NEW PROVISION |
|---|---|---|---|
| 451(a) | Ineligible Charges per 667.5 PC | Arson that Results in Great Bodily Injury (GBI) | |
| 451(b) | Ineligible Charges per 667.5 PC | Arson of an Inhabited Structure of Property | |
| 452 | AB 109 Exclusionary List | Unlawfully causing a Fire that causes an Inhabited Structure or Inhabited Property to Burn | |
| 459, 460 | Ineligible per 1192.7 PC / 667.5 PC | First Degree Burglary | |
| 487(d)(2) | Ineligible Charges per 1192.7 PC | Grand Theft of Firearm | |
| 518, 186.22 | Ineligible Charges per 667.5 PC | Extortion | |
| 646.9 | AB 109 Exclusionary List | Felony Stalking | |
| 653f(b) | AB 109 Exclusionary List | Solicitation of Murder | |
| 664.187 | Ineligible Charges per 667.5 PC | Attempted Murder | |
| 2800.2 | AB 109 Exclusionary List | Evading a Peace Officer by Driving in a Willful or Wanton Disregard for the Safety of Person or Property | |
| 2800.3 | AB 109 Exclusionary List | Evading a Peace Officer Causing Death or Serious Bodily Injury | |
| 4131.5 | Community Programs Ineligible List | Battery Upon Person Not Confined | |
| 4500, 4501 | Ineligible Charges per 1192.7 PC | Assault by a Life Prisoner or Non-Inmate | |
| 4501.1 | Community Programs Ineligible List | Aggravated Battery - Gassing | |
| 4503 | Ineligible Charges per 1192.7 PC | Holding Person Hostage by Prisoner | |
| 4532 | AB 109 Exclusionary List | Escape | |
| 4535 | Community Programs Ineligible List | Aiding a Prisoner's Escape | |
| 4573 | Community Programs Ineligible List | Bringing Controlled Substances to jail | |
| 4574 | Community Programs Ineligible List | Bringing Weapons to Jail | |
| 4600 | Community Programs Ineligible List | Destroying Jails | |
| 11353 | AB 109 Exclusionary List | Employment of a Minor to sell Controlled Substances | |
| 11353, 11380 | Ineligible Charges per 1192.7 PC | Selling PCP, Cocaine, or Methamphetamine or Precursors to Minors | |
| 11354 | AB 109 Exclusionary List | Employment of a Minor to sell Controlled Substances | |
| 11361(a)(b) | AB 109 Exclusionary List | Employment of a Minor to sell Marijuana | |
| 11370.1 | AB 109 Exclusionary List | Possession of a Controlled Substance while Armed with a Firearm | |
| 11380(a) | AB 109 Exclusionary List | Use of a Minor to Transport/Possess for Sale | |

10/17/2014

**Alternative Programs Ineligibility List**



| PROVISION | TYPE | DESCRIPTION | NEW PROVISION |
|---|---|---|---|
| 11418(b)(all subsections) | Ineligible per 1192.7 PC / 667.5 PC | Use of Weapons of Mass Destruction Against People | |
| 11418(c) | Ineligible per 1192.7 PC / 667.5 PC | Use of Weapons of Mass Destruction Against Natural Resources | |
| 12020 | Community Programs Ineligible List | Supply Weapons to Jail | |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Hand Grenades | 19200(a) |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Air Gauge Knife | 20310 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Belt Buckle Knife | 20410 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Cane Sword | 20510 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Lipstick Case Knife | 20610 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Shobi-Zue | 20710 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Writing Pen Knife | 20910 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Ballistic Knife | 21110 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Metal Knuckles | 21810 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Nunchaku | 22010 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon | 22210 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Shuriken | 22410 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Camouflage Firearm Container | 24310 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Cane Gun | 24410 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Unrecognizable Firearm | 24510 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Undetectable Firearm | 24610 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Wallet Gun | 24710 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Flechette Dart | 30210(a) |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Bullet with Explosive Agent | 30210(b) |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Unconventional Pistol | 31500 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Multi-Burst Trigger Activator | 32900 |
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Short-Barreled Rifle/Shotgun | 33215 |

10/17/2014



**Alternative Programs Ineligibility List**

| PROVISION | TYPE | DESCRIPTION | NEW PROVISION |
|---|---|---|---|
| 12020(a)(1) | Community Programs Ineligible List | Possession of a Deadly Weapon: Zip Gun | 33600 |
| 12020(a)(2) | Community Programs Ineligible List | Large Capacity Magazine Activity | 32310 |
| 12020(a)(3) | Community Programs Ineligible List | Carrying Explosives | 19100 |
| 12020(a)(4) | Community Programs Ineligible List | Carrying a Dirk and Dagger | 21310 |
| 12020.1 | Community Programs Ineligible List | Commercial Possession of Composite Knuckles or Hard Wooden Knuckles | 21710 |
| 12021, 12021.1 | AB 109 Exclusionary List | Possession of a Firearm by a Prohibited Person | |
| 12021 | Ineligible Charges per 1192.7 PC | Assault with Deadly Weapon by Inmate | |
| 12021(c)(1) | Community Programs Ineligible List | Persons Prohibited From Possessing Firearms | 29805 |
| 12021(d)(1) | Community Programs Ineligible List | Persons Prohibited or Restricted From Possession Firearms | 29815(a) |
| 12021(e) | Community Programs Ineligible List | Persons Prohibited From Possessing Firearms Under The Age of 30 | 29820(b) |
| 12021(g)(1) | Community Programs Ineligible List | Persons Prohibited From Purchasing Firearms | 29825(a) |
| 12021(g)(2) | Community Programs Ineligible List | Persons Prohibited From Owning and Possessing Firearms | 29825(b) |
| 12021.1(a) | Community Programs Ineligible List | Possession of Firearm with Prior Conviction | 29900(a)(1) |
| 12022 | Community Programs Ineligible List | Commits Felony with Firearm | |
| 12022.3(a) | Ineligible per 1192.7 PC/667.5 PC | Use of Firearm Additional Punishment (Sex Offenses) | |
| 12022.5 | Ineligible per 1192.7 PC/667.5 PC | Use of Firearm (Assault Weapons, Machineguns, .50BMG Rifles Committed or Attempted) | |
| 12022.53 | Ineligible per 1192.7 PC/667.5 PC | Use of Firearm (Sentence Enhancements Listed Offenses) | |
| 12022.55 | Ineligible per 1192.7 PC/667.5 PC | Discharging of Firearm from Motor Vehicle Causing GBI or Death | |
| 12022.7 | Ineligible per 1192.7 PC/667.5 PC | Inflicting GBI while Committing or Attempting Felonies Listed | |
| 12022.8 | Ineligible per 1192.7 PC/667.5 PC | Inflicting GBI while Committing or Attempting to Commit Listed Sex Offenses | |
| 12022.9 | Ineligible per 1192.7 PC/667.5 PC | Inflicting GBI on Pregnant that Causes Termination of Pregnancy Additional Punishment | |
| 12023 | Community Programs Ineligible List | Armed Criminal Activity | 25800(a) |
| 12024 | Community Programs Ineligible List | Intent to Assault - Deadly Weapon | |
| 12025 | Community Programs Ineligible List | Carrying a Concealed Weapon | 25400 |
| 12025(a)(1) | Community Programs Ineligible List | Having a Concealed Firearm in a Vehicle | 25400(a)(1) |



**Alternative Programs Ineligibility List**

| PROVISION | TYPE | DESCRIPTION | NEW PROVISION |
|---|---|---|---|
| 12025(a)(1) | Community Programs Ineligible List | Convicted Person Having a Concealed Firearm in a Vehicle | 25400(a)(1) |
| 12025(a)(1) | Community Programs Ineligible List | Having a Concealed Stolen Firearm | 25400(a)(1) |
| 12025(a)(1) | Community Programs Ineligible List | Concealed Firearm in Vehicle - Street Gang | 25400(a)(1) |
| 12025(a)(1) | Community Programs Ineligible List | Concealed Firearm in Vehicle - Unlawful Possession/Prohibited Class | 25400(a)(1) |
| 12025(a)(1) | Community Programs Ineligible List | Concealed Firearm in Vehicle - Convicted of Crime Against Person, Property, or of a Narcotics Violation | 25400(a)(1) |
| 12025(a)(1) | Community Programs Ineligible List | Concealed Firearm in Vehicle - Not Registered Owner | 25400(a)(1) |
| 12025(a)(2) | Community Programs Ineligible List | Concealed Firearm on Person | 25400(a)(2) |
| 12025(a)(2) | Community Programs Ineligible List | Concealed Firearm on Convicted Person | 25400(a)(2) |
| 12025(a)(2) | Community Programs Ineligible List | Concealed Stolen Firearm on Person | 25400(a)(2) |
| 12025(a)(2) | Community Programs Ineligible List | Concealed Firearm on Person - Street Gang | 25400(a)(2) |
| 12025(a)(2) | Community Programs Ineligible List | Concealed Firearm on Person - Unlawful Possession/Prohibited Class | 25400(a)(2) |
| 12025(a)(2) | Community Programs Ineligible List | Concealed Firearm on Person - Convicted of Crime Against Person, Property or of a Narcotics Violation | 25400(a)(2) |
| 12025(a)(2) | Community Programs Ineligible List | Concealed Firearm on Person - Not Registered Owner | 25400(a)(2) |
| 12025(a)(3) | Community Programs Ineligible List | Occupant with Concealed Firearm in Vehicle | 25400(a)(3) |
| 12025(a)(3) | Community Programs Ineligible List | Convicted Occupant with Concealed Firearm in Vehicle | 25400(a)(3) |
| 12025(a)(3) | Community Programs Ineligible List | Occupant with Concealed, Stolen Firearm in Vehicle | 25400(a)(3) |
| 12025(a)(3) | Community Programs Ineligible List | Occupant with Concealed Firearm in Vehicle - Street Gang | 25400(a)(3) |
| 12025(a)(3) | Community Programs Ineligible List | Occupant with Concealed Firearm in Vehicle - Unlawful Possession/Prohibited Class | 25400(a)(3) |
| 12025(a)(3) | Community Programs Ineligible List | Occupant with Concealed Firearm in Vehicle - Convicted of Crime Against Person, Property or of a Narcotics Violation | 25400(a)(3) |
| 12025(a)(3) | Community Programs Ineligible List | Occupant with Concealed Firearm in Vehicle - Not Registered Owner | 25400(a)(3) |
| 12031 | Community Programs Ineligible List | Carrying Loaded Firearm | |
| 12031(a)(1) | Community Programs Ineligible List | Carrying Loaded Firearm | 25850(a) |

10/17/2014



**Alternative Programs Ineligibility List**

| PROVISION | TYPE | DESCRIPTION | NEW PROVISION |
|---|---|---|---|
| 12031(a)(1) | Community Programs Ineligible List | Convicted Person Carrying Loaded Firearm | 25850(a) |
| 12031(a)(1) | Community Programs Ineligible List | Carrying Loaded, Stolen Firearm | 25850(a) |
| 12031(a)(1) | Community Programs Ineligible List | Carrying Loaded Firearm - Street Gang | 25850(a) |
| 12031(a)(1) | Community Programs Ineligible List | Carrying Loaded Firearm - Unlawful Possession/Prohibited Class | 25850(a) |
| 12031(a)(1) | Community Programs Ineligible List | Carrying Loaded Firearm - Convicted of Crime Against Person, Property or of a Narcotics Violation | 25850(a) |
| 12031(a)(1) | Community Programs Ineligible List | Carrying Loaded Firearm - Not Registered Owner | 25850(a) |
| 12034, 12034(c)&(d) | Ineligible per 1192.7 PC / Community Programs | Discharge of Firearm from Vehicle | |
| 12034(a) | Community Programs Ineligible List | Permitting Loaded Firearm in Vehicle | 26100(a) |
| 12040 | Community Programs Ineligible List | Criminal Possession of Firearm | |
| 12040(a) | Community Programs Ineligible List | Carrying a Firearm in a Public Place While Masked to Hide Identity | 25300(a) |
| 12303 | Community Programs Ineligible List | Possession of a Destructive Device | 18710(a) |
| 12303.1(a) | Community Programs Ineligible List | Carrying an Explosive in a Passenger Vehicle for Hire | 18725(a) |
| 12303.2 | AB 109 Exclusionary List | Possession of a Destructive Device in Public Places | 18715(a) |
| 12303.3 | Ineligible Charges per 1192.7 PC | Explosion or Attempt to Explode Destructive Device with Intent to Injure | 18740 |
| 12303.6 | Community Programs Ineligible List | Sale or Transportation of a Destructive Device | 18730 |
| 12308 | Ineligible per 1192.7 PC / 667.5 PC | Explosion or Attempt to Explode Destructive Device with Intent to Cause GBI/Murder | 18745 |
| 12309 | Ineligible per 1192.7 PC / 667.5 PC | Explosion of Destructive Device with GBI | 18750 |
| 12310 | Ineligible per 1192.7 PC / 667.5 PC | Explosion of Destructive Device causing Death, Mayhem, or GBI | 18755(a) |
| 20001 | AB 109 Exclusionary List | Hit and Run causing Death or Injury | |
| 20003 VC | Community Programs Ineligible List | Duty Upon Injury or Death | |
| 120291 | AB 109 Exclusionary List | Knowingly Expose someone to HIV | |

10/17/2014