# EXHIBIT B



# San Francisco Sheriff's Office
## Pre-Trial Electronic Monitoring (PTEM) Program Rules

Name: _____   DOB: _____   Court No: _____

**Review and indicate by initialing after each item that you understand your obligations.**

Once enrolled in the Pre-Trial Electronic Monitoring Program, you can be taken into custody by order of the court for any of the following reasons:

- Failure to follow program rules and/or regulations.
- Failure to call or come in when instructed. Failure to replace or return troublesome or problematic equipment.
- Any articulable adverse behavior that prevents your successful completion of the program.

## Program Rules

1. The participant shall obey all orders given by any sworn employee or EM employee. _____ (Initials)
2. The participant shall obey all laws. _____ (Initials)
3. The participant shall notify a Sheriff sworn employee of any arrest, citation or police contact no later than the day after it occurs. _____ (Initials)
4. The participant shall immediately notify a Sheriff sworn employee of any change in address or phone number. _____ (Initials)
5. ☐ Full search ordered by the court by any peace officer. The defendant shall submit to a warrantless search of their person, vehicle, property and home by any peace officer at any time. _____ (Initials)

    **OR**

    ☐ Defendant shall submit to a search of their person, vehicle, property and home at any time by San Francisco Sheriff sworn staff or any peace officer acting on behalf of and with the express permission of San Francisco Sheriff sworn staff. _____ (Initials)  *(Note: A peace officer may search with independent probable cause.)*
6. The participant shall not possess any illegal weapons or drugs. _____ (Initials)
7. The participant shall not tamper with, remove or cause the equipment to malfunction. Any of these acts are considered as an overt attempt to avoid monitoring or detection. Violation of this rule may result in the participant's return to secure custody and filing of additional criminal charges. _____ (Initials)
8. The participant is responsible for all issued equipment.
    i. The participant may be criminally charged with theft for failure to return any issued equipment. _____ (Initials)
    ii. The participant may be criminally charged with vandalism for damage to any issued equipment. _____ (Initials)
9. All participants must live within 50 driving miles of then San Francisco Sheriff's Department Community Programs office located at 70 Oak Grove Street, San Francisco. Absent permission by Sheriff's staff, EM case manager or the Court, participant shall not travel farther than 50 driving miles from 70 Oak Grove Street, San Francisco. _____ (Initials)

**EM Office Phone Number: (415) 575-6461 – 24 Hours a Day**
**Location: 70 Oak Grove Street, San Francisco**
**Revised: 02/28/2024**



# San Francisco Sheriff's Office
# Pre-Trial Electronic Monitoring (PTEM) Program Rules

10. The participant is responsible for keeping the device charged. Failure to do so is a violation the program. _____ (Initials)

11. The participant must attend any interview as directed by either Sheriff or EM employees. _____ (Initials)

12. The participant agrees to respond to all telephone calls from the Sheriff's Office and/or electronic monitoring program staff. _____ (Initials)

13. The participant shall report to the Sentinel office located at 70 Oak Grove Street, San Francisco for device maintenance. Failure to do so is a violation of the program. _____ (Initials)

## Home Detention / Curfew Considerations *This section does not apply to participants who are on PTEM tracking only.*

a) The participant must remain within the interior premises of their residence during curfew hours. _____ (Initials)

b) The participant may engage in only pre-approved activities per the court order. _____ (Initials)

c) The participant is granted 2.5 hours per week of errand time to attend personal needs such as church services or grocery shopping. After one successful month of compliance, the participant will be granted four hours per week at a consistent time (to be completed before 5 PM). _____ (Initials)

d) Counselling, 12-step meetings and programmatic groups are allowed if they are scheduled and verified. They may not exceed eight hours per week. _____ (Initials)

e) Deviation from the schedule must be requested 48 hours in advance. This includes court appointments and medical appointments. _____ (Initials)

f) An affidavit for return to custody will be submitted to the Court and may result in a warrant for one incident of serious noncompliance. _____ (Initial)

I agree to comply with these rules and conditions of the San Francisco Sheriff's Office Electronic Monitoring Program.

Participant Signature: _____     Date: _____

Sworn Staff Name: _____

Sworn Staff Signature: _____     Date: _____

**EM Office Phone Number: (415) 575-6461 – 24 Hours a Day**
**Location: 70 Oak Grove Street, San Francisco**
**Revised: 02/28/2024**