UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Mark B. Busby
Clerk of Court

General Court Number
510-637-3530

**ENDORSED FILED**
San Francisco County Superior Court
FEB 20 2024
CLERK OF THE COURT
BY: CAROLYN BALISTRERI
Deputy Clerk

February 14, 2024

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

**FILED**
FEB 26 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:   Joshua Simon, et al. v. City and County of San Francisco, et al.
      22-cv-05541-JST

Your Case Number: CGC-22-601686

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order *for seventh cause of action only*

☐ Other

Please send an acknowledgement of receipt of these documents to cynthia_lenahan@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

*Cynthia J. Lenahan*
by: Cynthia Lenahan
Case Systems Administrator
510-637-3538

REV. 10/21