# EXHIBIT 2

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title**The People v. NG | | **Department** | Department 22 |
| **Case Number** CRI-24003587 | | **Judge** | Eric Fleming |
| **Hearing Type** Arraignment | | **Hearing Date** | 03-12-2024 09:00 AM |
| **Clerk** S. Tang | | **Court Reporter** | A. Vaughn |
| **Interpreter** T. LAM | | **Court Officer** | |

**Appearance** YING HOP NG (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 484b PC/F | Felony | | | Not Guilty | |
| 2 | 484b PC/F | Felony | | | Not Guilty | |
| 3 | 484b PC/F | Felony | | | Not Guilty | |

| | |
|---|---|
| Add Party Special Appearance | DANIEL AMADOR making special appearance for The People of the State of California's attorney of record. |
| Add Party Special Appearance | TATIANA R HOWARD making special appearance for YING HOP NG's attorney of record. |
| Text | The court finds that the interpreter used in this matter is certified / registered, that they have an oath on file with the court and that all provisions of Government Code 68561 have been satisfied. |
| Text | Court appoints the Public Defender's Office to represent the defendant. |
| Filing | Defendant waives formal reading of the Indictment and advisement of rights. |
| Text | Defense counsel reserves the right to demurrer. |
| Set Plea | Not Guilty plea(s) entered as to each count(s) 1, 2, 3 and denial of any and all allegation(s) entered. |
| Record Waiver | Defendant is advised of and waives their right to a speedy trial. |
| Filing | Agreement and Order Releasing Defendant on Own Recognizance is signed. |
| Filing | Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time. Order is signed. |
| Edit Bond | Bail status is amended to Satisfied. |
| Add Bond | Bail is set in the amount of $0.00. |
| Add Bond Posting | YING HOP NG is released on OR - ACM, and is ordered to appear on next and all subsequent court dates(s). |
| Hearing | Case continued to 04/16/2024 9:00 AM in Department 22 for To Set Jury Trial. Defendant ordered to appear at the next court hearing. |
| Hearing Status | Status for This Hearing set to Occurred |
| Text | This Minute Order was amended on 03/19/24 to reflect defendant's EM condition does not include a search condition. |



THE ANNEXED INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN MY OFFICE.
ATTEST: CERTIFIED

JUN 1 1 2024

CLERK OF THE COURT
Superior Court of California, County of San Francisco
BY: _____
DEPUTY CLERK