# EXHIBIT 6

# San Francisco Sheriff's Office

Jail Time Report

My account | Log out

## Jail Time Report

**Court Numbers** *

```
24003587
```

Enter up to 25 court numbers. Separate them with commas.

[Submit]  [Print]

| Court Number: 24003587 | | | | Total Days in Custody: 27 |
|---|---|---|---|---|
| Booking Number | 2024-00662059 | Location | Days in Custody | 27 |
| Name | NG ,YING HOP | SF Number | 651464 | Sched Release |
| Arrested | 02/28/2024 16:30:00 | Booked | 02/28/2024 23:28:36 | Released | 03/25/2024 10:18:09 |
| Release To | SWAP | Release Reason | Delivered to Program | |
| Release Agency | | | | |
| Release Comment | | | | |

---

**SUPPORT**

For general assistance, contact the Sheriff Department's help desk: sfsd.itss@sfgov.org.

**REPORT A BUG**

To report a bug, please contact the Department of Technology's help desk: dtis.helpdesk@sfgov.org.