# **EXHIBIT 8**

# San Francisco Criminal Court
## Minute Order

| | | | | |
|---|---|---|---|---|
| **Case Title** | The People v. CHAVEZ | | **Department** | Department 17 |
| **Case Number** | CRI-24003973 | | **Judge** | Victor Hwang |
| **Hearing Type** | ACM Post-Arraignment Eligibility Report | | **Hearing Date** | 03-19-2024 09:00 AM |
| **Clerk** | S. Tam | | **Court Reporter** | T. Proceeding are Recorded in FTR |
| **Interpreter** | D. SHAFER | | **Court Officer** | |

**Appearance**   JOSE RENE CHAVEZ (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 166(a)(4) PC/M | Misdemeanor | | | No Plea | |
| 2 | 21310 PC/M | Misdemeanor | | | No Plea | |

**Add Representation Special Appearance**   ALBERT JOHN UJCIC III making special appearance for San Francisco District Attorney's Office.

**Add Representation Special Appearance**   CHARLIE DICKSON making special appearance for San Francisco Public Defender's Office.

**Text**   The court finds that the interpreter used in this matter is certified / registered, that they have an oath on file with the court and that all provisions of Government Code 68561 have been satisfied.

**Hearing Status**   Status for Selected Hearings set to Vacated

**Edit Bond**   Bail status is amended to Satisfied.

**Add Bond**   Bail is set in the amount of $0.00.

**Add Bond Posting**   JOSE RENE CHAVEZ is released on OR, and is ordered to appear on next and all subsequent court dates(s).

**Record Waiver**   Defendant is advised of and waives their right to a speedy trial.

**Hearing**   Case continued to 06/20/2024 9:00 AM in Department 17 for Misdemeanor Diversion Progress Report Pursuant to PC 1001.95. Defendant ordered to appear at the next court hearing.

**Filing**   Agreement and Order Releasing Defendant on Own Recognizance is signed.

**Text**   ACM ICR IS DENIED.

**Filing**   Stay Away Order from a Place: 318 BARTLETT ST IN SF, CA is signed and filed in open court.

**Filing**   The Court deems the defendant eligible for Court Ordered Misdemeanor Diversion pursuant to Penal Code 1001.95 and is granted as to counts 1-2. Criminal proceedings against the defendant are immediately suspended. Defendant is placed on Court Ordered Misdemeanor Diversion for a period of 3 months.

**Text**   Defendant shall successfully complete the following directives: Defendant shall have no new arrests that lead to charges being filed; have no unlawful weapon, EM/GPS and Defendant shall abide by the previously-filed Protective Order or Stay Away Order.

**Set Plea**   No Plea entered as to count(s) 1, 2.

**Filing**   Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time. Order is signed.

**Hearing Status**   Status for This Hearing set to Occurred

**Text**   This Minute Order was amended on 03-22-24 to reflect WS

THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
ATTEST: CERTIFIED

JUN 11 2024

CLERK OF THE COURT
Superior Court of California County of San Francisco
BY: _____
DEPUTY CLERK