# EXHIBIT 10

# San Francisco Sheriff's Office

My account   Log out

Jail Time Report

## Jail Time Report

**Court Numbers** *

```
24003973
```

Enter up to 25 court numbers. Separate them with commas.

Submit    Print

| Court Number: 24003973 | | | | Total Days in Custody: 22 |
|---|---|---|---|---|
| Booking Number | 2024-00662255 | Location | | Days in Custody | 22 |
| Name | CHAVEZ ,JOSE RENE | SF Number | 497871 | Sched Release | |
| Arrested | 03/05/2024 18:17:00 | Booked | 03/06/2024 01:06:19 | Released | 03/27/2024 23:15:08 |
| Release To | Self | Release Reason | Court OR | | |
| Release Agency | | | | | |
| Release Comment | | | | | |

### SUPPORT

For general assistance, contact the Sheriff Department's help desk: sfsd.itss@sfgov.org.

### REPORT A BUG

To report a bug, please contact the Department of Technology's help desk: dtis.helpdesk@sfgov.org