# EXHIBIT 13

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. MASON | **Department** | Department 16 |
| **Case Number** | CRI-24000529 | **Judge** | Patrick S Thompson |
| **Hearing Type** | Sentencing Hearing | **Hearing Date** | 04-04-2024 09:00 AM |
| **Clerk** | D. Vegas | **Court Reporter** | |
| **Interpreter** | | **Court Officer** | |

**Appearance**   OTIS MASON (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 273.5(a) PC/M | Misdemeanor | | | Not Guilty | Guilty (Conviction) |
| 2 | 243(e)(1) PC/M | Misdemeanor | | | Not Guilty | Guilty (Conviction) |
| 3 | 422 PC/M | Misdemeanor | | | Not Guilty | Not Guilty (Acquittal) |
| 4 | 236 PC/M | Misdemeanor | | | Not Guilty | Not Guilty (Acquittal) |
| 5 | 245(a)(4) PC/M | Misdemeanor | | | Not Guilty | Not Guilty (Acquittal) |
| 6 | 368(c) PC/M | Misdemeanor | | | Not Guilty | Guilty (Conviction) |

**Add Party Special Appearance**   CHARLIE DICKSON making special appearance for OTIS MASON's attorney of record.

**Add Party Special Appearance**   ASHLEY LEE making special appearance for The People of the State of California's attorney of record.

**Filing**   Filed People's Sentencing Memorandum submitted by The People of the State of California.

**Filing**   Filed Defense Sentencing Memorandum submitted by OTIS MASON.

**Record Waiver**   Defense counsel/defendant waives time for sentencing.

**Sentencing**   Imposition of Sentence Suspended - Domestic Violence Misdemeanor sentence created, set to Imposed.

Confinement:
   Count 1 - 82 days at San Francisco County Jail, set as Satisfied. Credit for Time Served recorded as 82 days.
   Count 2 - 82 days at San Francisco County Jail, set as Satisfied. Credit for Time Served recorded as 82 days.
   Count 6 - 82 days at San Francisco County Jail, set as Satisfied. Credit for Time Served recorded as 82 days.

Supervision:
   Count 1 - 3 years, Formal at Adult Probation Department, set as Active. Conditions as follows:
     - Defendant shall enroll, participate and complete all programs identified by APD as part of his/her individualized treatment plan.
       - The defendant shall comply with any and all stay away orders.
       - Defendant accepts conditions of probation.
       - Obey all laws (OAL).
       - Defendant shall pay victim restitution to the victim(s), as determined by the Adult Probation Department.
       - Defendant shall not knowingly own/possess a firearm or ammunition.
   Count 2 - 3 years, Formal at Adult Probation Department, set as Active. Credit for Time Served recorded as 82 days. Conditions as follows:
     - Defendant shall enroll, participate and complete all programs identified by APD as part of his/her individualized treatment plan.
       - The defendant shall comply with any and all stay away orders.
       - Defendant accepts conditions of probation.
       - Obey all laws (OAL).

      - Defendant shall pay victim restitution to the victim(s), as determined by the Adult Probation Department.
      - Defendant shall not knowingly own/possess a firearm or ammunition.
   Count 6 - 3 years, Formal at Adult Probation Department, set as Active. Credit for Time Served recorded as 82 days. Conditions as follows:
      - Defendant shall enroll, participate and complete all programs identified by APD as part of his/her individualized treatment plan.
      - The defendant shall comply with any and all stay away orders.
      - Defendant accepts conditions of probation.
      - Obey all laws (OAL).
      - Defendant shall pay victim restitution to the victim(s), as determined by the Adult Probation Department.
      - Defendant shall not knowingly own/possess a firearm or ammunition.

Orders:
   Count 1 - Complete 52 weeks domestic violence, drug, alcohol, psychological or psychiatric counseling as determined by the Adult Probation Department.
   Count 1 - 25 hours of Community Service.
   Count 1 - Imposition of Sentence Suspended.
   Count 1 - Pay a separate and additional restitution fine in the same amount as that imposed pursuant to PC 1202.4(b). This additional restitution fine shall be stayed unless the person's probation or parole or mandatory supervision or PRCS is revoked.
   Count 1 - Defendant is eligible for half-time credits per Penal Code Section 4019.
   Count 2 - Complete 52 weeks domestic violence, drug, alcohol, psychological or psychiatric counseling as determined by the Adult Probation Department.
   Count 2 - 25 hours of Community Service.
   Count 2 - Imposition of Sentence Suspended.
   Count 2 - Pay a separate and additional restitution fine in the same amount as that imposed pursuant to PC 1202.4(b). This additional restitution fine shall be stayed unless the person's probation or parole or mandatory supervision or PRCS is revoked.
   Count 2 - Defendant is eligible for half-time credits per Penal Code Section 4019.
   Count 6 - Complete 52 weeks domestic violence, drug, alcohol, psychological or psychiatric counseling as determined by the Adult Probation Department.
   Count 6 - 25 hours of Community Service.
   Count 6 - Imposition of Sentence Suspended.
   Count 6 - Pay a separate and additional restitution fine in the same amount as that imposed pursuant to PC 1202.4(b). This additional restitution fine shall be stayed unless the person's probation or parole or mandatory supervision or PRCS is revoked.
   Count 6 - Defendant is eligible for half-time credits per Penal Code Section 4019.

Fines/Fees:
   Count 1 - Misdemeanor Restitution Fine assessed, with a suspended amount of $150.00.
   Count 1 - Court Operations Fee assessed, with a suspended amount of $40.00.
   Count 1 - Conviction Assessment Misdemeanor Felony assessed, with a suspended amount of $30.00.
   Count 1 - Domestic Violence Fee assessed, with a suspended amount of $500.00.
   Count 2 - Misdemeanor Restitution Fine assessed, with a suspended amount of $150.00.
   Count 2 - Court Operations Fee assessed, with a suspended amount of $40.00.
   Count 2 - Conviction Assessment Misdemeanor Felony assessed, with a suspended amount of $30.00.
   Count 6 - Misdemeanor Restitution Fine assessed, with a suspended amount of $150.00.
   Count 6 - Court Operations Fee assessed, with a suspended amount of $40.00.
   Count 6 - Conviction Assessment Misdemeanor Felony assessed, with a suspended amount of $30.00.
   Grand Total: $0.00

**Filing**    Criminal Protective Order - Domestic Violence (CLETS - CPO)
Saundra Aikens is signed and filed in open court.

**Filing**    A Notice of Termination of Protective Order terminating a previously issued Protective Order submitted by OTIS MASON is filed in open court.

**Filing**    Defendant to Report to the Adult Probation Department.

| | |
|---:|:---|
| **Text** | Sentences in counts 1, 2, and 6 are to run concurrent. |
| **Hearing** | Case continued to 05/10/2024 9:00 AM in Department 26 for To Set Restitution Hearing. Defendant ordered to appear at the next court hearing. |
| **Hearing Status** | Status for This Hearing set to Occurred |
| **Add Hearing Outcome** | Outcome(s) of the current hearing recorded as Sentence; Felony Probation. |