# EXHIBIT 15

# San Francisco Sheriff's Office

My account   Log out

Jail Time Report

# Jail Time Report

**Court Numbers** *

```
24005110
```

Enter up to 25 court numbers. Separate them with commas.

Submit    Print

| Court Number: 24005110 | | | | Total Days in Custody: 31 | |
|---|---|---|---|---|---|
| Booking Number | 2024-00664493 | Location | | Days in Custody | 25 |
| Name | ROYE ,NATHANIEL | SF Number | 693391 | Sched Release | |
| Arrested | 04/29/2024 13:00:00 | Booked | 04/29/2024 15:17:03 | Released | 05/23/2024 15:56:19 |
| Release To | Self | Release Reason | | Delivered to other Jurisdiction | |
| Release Agency | | | | | |
| Release Comment | E/R CITYWIDE | | | | |
| Booking Number | 2024-00662906 | Location | | Days in Custody | 6 |
| Name | ROYE ,NATHANIEL | SF Number | 693391 | Sched Release | |
| Arrested | 03/22/2024 10:48:00 | Booked | 03/22/2024 13:11:21 | Released | 03/27/2024 12:10:07 |
| Release To | Program | Release Reason | | Assertive Case Management | |
| Release Agency | | | | | |
| Release Comment | ACM/EM | | | | |