# EXHIBIT 18

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. VANDEUSEN | **Department** | Department 8 |
| **Case Number** | CRI-24003014 | **Judge** | Michael I Begert |
| **Hearing Type** | Drug Court Placement Status | **Hearing Date** | 05-16-2024 09:00 AM |
| **Clerk** | L. Bosley | **Court Reporter** | J. Chan |
| **Interpreter** | | **Court Officer** | |

**Appearance**   JACKSON WADE VANDEUSEN (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 3455(a) PC/F | Felony | | | No Plea | |

**Add Representation Special Appearance**   MICHELE DAWSON making special appearance for San Francisco District Attorney's Office.

**Filing**   The Court orders the Drug Court participant to be released to a representative of the Drug Court Treatment Center case management team upon request. Order is valid for 90 days from today. Drug Court Order for Release is sign and filed.

**Filing**   Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. Remain enrolled and in good standing at Billie Holiday/TRP residential treatment program. Defendant shall be released after a coordinated pick-up with SFSO Community Programs is in place. Order is signed.

SEARCH CONDITIONS ARE NOT IMPOSED.

**Hearing**   Case continued to 05/28/2024 9:00 AM in Department 8 for Drug Court Placement Status. Defendant ordered to appear at the next court hearing.

**Hearing Status**   Status for This Hearing set to Occurred

**Add Representation Special Appearance**   SUJUNG KIM making special appearance for San Francisco Public Defender's Office.



THE ANNEXED INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN MY OFFICE.
ATTEST: CERTIFIED

JUN 1 1 2024

CLERK OF THE COURT
Superior Court of California, County of San Francisco
BY: _____
DEPUTY CLERK