# EXHIBIT 21


# San Francisco Sheriff's Office

My account | Log out

Jail Time Report

## Jail Time Report

**Court Numbers** *

```
23016773
```

Enter up to 25 court numbers. Separate them with commas.

[Submit] [Print]

| Court Number: 23016773 | | | | | Total Days in Custody: 185 |
|---|---|---|---|---|---|
| Booking Number | 2024-00661751 | Location | | Days in Custody | 101 |
| Name | VANDEUSEN ,JACKSON WADE | SF Number | 494086 | Sched Release | |
| Arrested | 02/19/2024 23:20:00 | Booked | 02/20/2024 02:01:53 | Released | 05/30/2024 10:07:33 |
| Release To | Program | | | Release Reason | Delivered to Program |
| Release Agency | | | | | |
| Release Comment | dlvd drug ct | | | | |
| Booking Number | 2023-00667667 | Location | | Days in Custody | 84 |
| Name | VANDEUSEN ,JACKSON WADE | SF Number | 494086 | Sched Release | 11/01/2023 00:00:00 |
| Arrested | 08/11/2023 14:09:00 | Booked | 08/11/2023 19:15:11 | Released | 11/02/2023 01:09:31 |
| Release To | Self | | | Release Reason | Out of County Cite |
| Release Agency | | | | | |
| Release Comment | | | | | |

**SUPPORT**

For general assistance, contact the Sheriff Department's help desk: sfsd.itss@sfgov.org.

**REPORT A BUG**

To report a bug, please contact the Department of Technology's help desk: dtis.helpdesk@sfgov.org