Shilpi Agarwal, State Bar No. 270749
Avram D. Frey, State Bar No. 347885
Emi Young, State Bar No. 311238
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:   (415) 255-1478
Email:  sagarwal@aclunc.org
afrey@aclunc.org
eyoung@aclunc.org

Justina K. Sessions, State Bar No. 270914
Eunice Leong, State Bar No. 320499
Olivia Rosen, State Bar No. 340120
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Email: justina.sessions@freshfields.com
eunice.leong@freshfields.com
olivia.rosen@freshfields.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>Defendants. | CASE NO.:  4:22-cv-05541-JST<br><br>(San Francisco County Superior Court, Case No.:  CGC-22-601686)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Hon. Jon S. Tigar<br>Date: Sept. 12, 2024<br>Time: 2:00 p.m.<br>Dept: Courtroom 6<br>Trial Date: Not Set |

1

**[PROPOSED] ORDER**

2      Currently before the Court is Plaintiffs' Motion to Enforce Preliminary Injunction

3 ("Motion").

4      The Court, having considered the Notice of Motion and Motion, the Memorandum of

5 Points and Authorities attached thereto, the concurrently filed Kim Declaration and exhibits

6 thereto, all other pleadings and papers filed in this action, and such oral argument and written

7 submissions as were presented at, before, or in connection with the hearing on this Motion,

8 hereby GRANTS Plaintiffs' Motion and finds as follows:

9      1.  By detaining persons the Superior Court ordered released on pretrial electronic

10          monitoring without a search clause, Defendants have violated the preliminary

11          injunction issued in this action.

12     2.  By violating the preliminary injunction, Defendants are in contempt of this Court.

13     3.  Within fourteen days of this Order, Defendants shall file with the Court and serve

14          on Plaintiffs a report in writing and under oath identifying, for the period since

15          February 13, 2024, each person released by the Superior Court on pretrial electronic

16          monitoring without a search condition but whom Defendants nevertheless detained.

17

18     **IT IS SO ORDERED.**

19

20 DATED: _____      _____

21                                        HONORABLE JON S. TIGAR
                                         United States District Judge

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS'          -1-
MOTION TO ENFORCE PRELIMINARY INJUNCTION
CASE NO.:  4:22-CV-05541-JST