# EXHIBIT B
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

## San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. NG | **Department** | Department 22 |
| **Case Number** | CRI-24003587 | **Judge** | Eric Fleming |
| **Hearing Type** | Status Hearing | **Hearing Date** | 03-22-2024 09:00 AM |
| **Clerk** | S. Tang | **Court Reporter** | C. Swinderman |
| **Interpreter** | | **Court Officer** | |

**Appearance** YING HOP NG (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 484b PC/F | Felony | | | Not Guilty | |
| 2 | 484b PC/F | Felony | | | Not Guilty | |
| 3 | 484b PC/F | Felony | | | Not Guilty | |

**Add Party Special Appearance**  DANIEL AMADOR making special appearance for The People of the State of California's attorney of record.

**Add Party Special Appearance**  TATIANA R HOWARD making special appearance for YING HOP NG's attorney of record.

**Text**  Matter is argued and submitted.

**Text**  The court finds that a certified interpreter is not available and that good cause exists to use a non-certified interpreter. Interpreter's oath is administered to Benny Beng from the San Francisco Police Department Language Line. Court finds the interpreter is qualified in this matter. Certification of unavailability is on file. All provisions of Government Code 68561 have been satisfied.

**Text**  Briefing to be submitted to Court by 04/12/2024.

**Text**  YING HOP NG is released on OR - ACM, and is ordered to appear on next and all subsequent court dates(s).

**Filing**  Agreement and Order Releasing Defendant on Own Recognizance is signed.

**Filing**  Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time. Order is signed.

==Defendant cannot live in Sacramento while on Electronic Monitoring. Defendant to reside in San Francisco.==

The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record.

**Text**  Future court date(s) 03-25-24 and 04-16-24 are confirmed.

**Hearing Status**  Status for This Hearing set to Occurred