# EXHIBIT D
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

## San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. CHAVEZ | **Department** | Department 17 |
| **Case Number** | CRI-23007250 | **Judge** | Victor Hwang |
| **Hearing Type** | Motion to Revoke Probation Filing | **Hearing Date** | 01-23-2024 10:30 AM |
| **Clerk** | H. Ponce | **Court Reporter** | T. Proceeding are Recorded in FTR |
| **Interpreter** | N. Adelson | **Court Officer** | |

**Appearance**  JOSE RENE CHAVEZ (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 594(b)(1) PC/M | Misdemeanor | | | No Contest | Guilty (Conviction) |
| 2 | 594(b)(1) PC/M | Misdemeanor | | | No Contest | Guilty (Conviction) |

**Add Representation Special Appearance**  ZAIN MUSTAFA QAZI making special appearance for San Francisco District Attorney's Office.

**Add Party Special Appearance**  CHARLES DICKSON making special appearance for JOSE RENE CHAVEZ's attorney of record.

**Text**  The court finds that the interpreter used in this matter is certified / registered, that they have an oath on file with the court and that all provisions of Government Code 68561 have been satisfied.

**Filing**  Defendant waives instruction and arraignment on the motion to revoke probation and denial of all allegation(s) entered.

**Filing**  The Court orders defendant's probation is administratively revoked.

**Text**  Oral 1385 made by PD denied

**Add Bond**  Bail is set in the amount of $0.00.

**Add Bond Posting**  JOSE RENE CHAVEZ is released on OR, and is ordered to appear on next and all subsequent court dates(s).

**Filing**  Agreement and Order Releasing Defendant on Own Recognizance is signed.

**Filing**  Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time. Order is signed.

The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record.

**Text**  As condition of release defendant is ordered to abide by CPO.

**Hearing**  Case continued to 03/27/2024 9:00 AM in Department 17 for Motion Hearing. Defendant ordered to appear at the next court hearing.

**Hearing Status**  Status for This Hearing set to Occurred

**Add Hearing Outcome**  Outcome(s) of the current hearing recorded as Motion Granted.