# EXHIBIT E
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

## San Francisco Sheriff's Office
## Community Programs
### 70 Oak Grove Street, San Francisco, CA 94107
### Sheriff's Affidavit Warrant

841856 2021 -1 25

April 5, 2024

Jose Chavez (CT: 24003973) is currently charged with:

- 166(a)(4) PC/M
- 21310 PC/M

As a condition of release on OR, the defendant was ordered to enroll and comply with the San Francisco Sheriff's Office (SFSO) Pre-Trial Electronic Monitoring (PTEM) Program.

The defendant enrolled on 03/28/24

Since enrolling in our program, the defendant has incurred the following program violation(s):

- On 04/04/24, at approximately 07:13 PM, SFSO staff received a "No GPS – No Cell 24 Hrs" alert from the defendant's assigned GPS device. This type of alert indicates the defendant did not maintain the assigned GPS device as instructed. As a result, SFSO staff are unable to track and monitor the defendant's location.

- SFSO staff sent out audible and vibrating alerts to the defendant's assigned GPS device, alerting the defendant to contact SFSO. The defendant failed to contact our office as instructed during enrollment. The defendant did not provide a phone number during enrollment.

The defendant is not complying with the orders of the Court and the San Francisco Sheriff's Office Electronic Monitoring Program.

Due to the information I have provided, on behalf of the San Francisco Sheriff's Office, I am requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_TUMAMAK # 1885_    _4/5/24_

Deputy Sheriff    Date
San Francisco Sheriff's Office



Page 1 | 2

On behalf of the San Francisco Superior Court, I have reviewed the declaration requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I hereby find good cause and issue this order to revoke the OR status of the defendant and order that the defendant be returned to the custody of the Sheriff forthwith.

This is a $ 5,000. 00/07 BAIL warrant.

This is a NO CITE warrant.

Date: 4/5/24

_____
San Francisco Superior Court Judge (Ret)

_____
Print Name    HARUD KAIN

SUPERIOR COURT
STAMP

Jose Chavez
H/M
DOB: 11/16/1969
San Francisco Superior Court#: 24003973
SF#: 497871
CII#: 10777968
FBI#: 628400WA4

## San Francisco Sheriff's Office
## Community Programs
### 70 Oak Grove Street, San Francisco, CA 94107
### Sheriff's Affidavit Warrant

8 4 1 8 5 7  2021 -1 25

April 5, 2024

Jose Chavez (CT: 23007250) is currently charged with:

- 594(b)(1) PC/M (2x)

As a condition of release on OR, the defendant was ordered to enroll and comply with the San Francisco Sheriff's Office (SFSO) Pre-Trial Electronic Monitoring (PTEM) Program.

The defendant enrolled on 03/28/24

Since enrolling in our program, the defendant has incurred the following program violation(s):

- On 04/04/24, at approximately 07:13 PM, SFSO staff received a "No GPS – No Cell 24 Hrs" alert from the defendant's assigned GPS device. This type of alert indicates the defendant did not maintain the assigned GPS device as instructed. As a result, SFSO staff are unable to track and monitor the defendant's location.

- SFSO staff sent out audible and vibrating alerts to the defendant's assigned GPS device, alerting the defendant to contact SFSO. The defendant failed to contact our office as instructed during enrollment. The defendant did not provide a phone number during enrollment.

The defendant is not complying with the orders of the Court and the San Francisco Sheriff's Office Electronic Monitoring Program.

Due to the information I have provided, on behalf of the San Francisco Sheriff's Office, I am requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___TUMANAK #1885___           ___4/5/24___

Deputy Sheriff          Date
San Francisco Sheriff's Office



Page 1 | 2

On behalf of the San Francisco Superior Court, I have reviewed the declaration requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I hereby find good cause and issue this order to revoke the OR status of the defendant and order that the defendant be returned to the custody of the Sheriff forthwith.

This is a $ 5,000 BAIL warrant.

This is a NO CITE warrant.

Date: 4/5/2024

_____
San Francisco Superior Court Judge (Ret)

_____
HAROLD KAHN
Print Name

SUPERIOR COURT
STAMP

Chavez, Jose
H/M
DOB: 11/16/1969
San Francisco Superior Court#: 23007250
SF#: 497871
CII#: 10777968
FBI#: 628400WA4