# EXHIBIT F
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. MASON | **Department** | Department 17 |
| **Case Number** | CRI-24000940 | **Judge** | Victor Hwang |
| **Hearing Type** | Jury Trial | **Hearing Date** | 03-21-2024 09:00 AM |
| **Clerk** | B. Thompson | **Court Reporter** | T. Proceeding are Recorded in FTR |
| **Interpreter** | | **Court Officer** | |

**Appearance**  OTIS TYWAYNE MASON (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 273.6(a) PC/M | Misdemeanor | | | Not Guilty | Dismissed, 1385PC - Interest of Justice |
| 2 | 166(c)(1) PC/M | Misdemeanor | | | Not Guilty | |
| 3 | 273.6(a) PC/M | Misdemeanor | | | Not Guilty | |
| 4 | 602.5(b) PC/M | Misdemeanor | | | Not Guilty | Dismissed, 1385PC - Interest of Justice |
| 5 | 368(c) PC/M | Misdemeanor | | | Not Guilty | Dismissed, 1385PC - Interest of Justice |

**Add Representation Special Appearance**  ASHLEY LEE making special appearance for San Francisco District Attorney's Office.

**Add Representation Special Appearance**  CHARLIE DICKSON making special appearance for San Francisco Public Defender's Office.

**Text**  The Defendant is present.

**Edit Bond**  Bail status is amended to Satisfied.

**Add Bond**  Bail is set in the amount of $0.00.

**Add Bond Posting**  OTIS TYWAYNE MASON is released on OR - ACM, and is ordered to appear on next and all subsequent court dates(s).

**Filing**  Agreement and Order Releasing Defendant on Own Recognizance is signed.

**Filing**  Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time. Order is signed.

The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record.

**Text**  The Court orders defendant to contact ACM as directed as well as complying with the criminal protective order in case 24000529 filed on 1/12/24.

**Hearing**  The Jury Trial is assigned to Reardon, Sharon M. on 03/22/2024 9:00 AM in Department 624. Defendant ordered to appear at the next court hearing as soon as he is released.

**Hearing Status**  Status for This Hearing set to Occurred

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. MASON | **Department** | Department 17 |
| **Case Number** | CRI-24000529 | **Judge** | Victor Hwang |
| **Hearing Type** | Jury Trial | **Hearing Date** | 03-21-2024 09:00 AM |
| **Clerk** | B. Thompson | **Court Reporter** | T. Proceeding are Recorded in FTR |
| **Interpreter** | | **Court Officer** | |

**Appearance** OTIS MASON (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 273.5(a) PC/M | Misdemeanor | | | Not Guilty | |
| 2 | 243(e)(1) PC/M | Misdemeanor | | | Not Guilty | |
| 3 | 422 PC/M | Misdemeanor | | | Not Guilty | |
| 4 | 236 PC/M | Misdemeanor | | | Not Guilty | |
| 5 | 245(a)(4) PC/M | Misdemeanor | | | Not Guilty | |
| 6 | 368(c) PC/M | Misdemeanor | | | Not Guilty | |

**Add Representation Special Appearance** ASHLEY LEE making special appearance for San Francisco District Attorney's Office.

**Add Representation Special Appearance** CHARLIE DICKSON making special appearance for San Francisco Public Defender's Office.

**Text** The Defendant is present.

**Hearing** The Jury Trial is assigned to Reardon, Sharon M. on 03/22/2024 9:00 AM in Department 624 as soon as he is released.

**Edit Bond** Bail status is amended to Satisfied.

**Edit Bond Posting** The defendant's release on OR - MIN (2024-000330) is ordered Terminated.

**Add Bond** Bail is set in the amount of $0.00.

**Add Bond Posting** OTIS MASON is released on OR - ACM, and is ordered to appear on next and all subsequent court dates(s).

**Filing** Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time. Order is signed.

The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record.

**Filing** Agreement and Order Releasing Defendant on Own Recognizance is signed.

**Text** The Court orders defendant to contact ACM as directed as well as complying with the criminal protective order in case this matter filed on 1/12/24.

**Hearing Status** Status for This Hearing set to Occurred

Minute Order