# EXHIBIT H
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. ROYE | **Department** | Department 17 |
| **Case Number** | CRI-24005110 | **Judge** | Victor Hwang |
| **Hearing Type** | Arraignment | **Hearing Date** | 03-26-2024 09:00 AM |
| **Clerk** | B. Thompson | **Court Reporter** | T. Proceeding are Recorded in FTR |
| **Interpreter** | | **Court Officer** | |

**Appearance** NATHANIEL ROYE (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 166(a)(4) PC/M | Misdemeanor | | | | |

| | |
|---|---|
| **Add Party Special Appearance** | KIRK MONTGOMERY EARL making special appearance for The People of the State of California's attorney of record. |
| **Add Party Special Appearance** | LEO FISSEL making special appearance for NATHANIEL ROYE's attorney of record. |
| **Filing** | Defendant waives formal reading of the Complaint and advisement of rights. |
| **Text** | Defense counsel reserves the right to demurrer. |
| **Set Plea** | Not Guilty plea(s) entered as to each count(s) 1 and denial of any and all allegation(s) entered. |
| **Edit Bond** | Bail status is amended to Satisfied. |
| **Add Bond** | Bail is set in the amount of $0.00. |
| **Add Bond Posting** | NATHANIEL ROYE is released on OR - ACM, and is ordered to appear on next and all subsequent court dates(s). |
| **Filing** | Agreement and Order Releasing Defendant on Own Recognizance is signed. |
| **Filing** | Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time. Order is signed. |
| | The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record. |
| **Text** | The Court admonishes the Defendant tto comply with the previously issued temporary restraining civil harassment order to stay 500 yards away from the 1800 block of Lombard St SF CA |
| **Record Waiver** | Defendant is advised of and waives their right to a speedy trial. |
| **Hearing** | Case continued to 04/10/2024 9:00 AM in Department 17 for Pre-Trial Conference. Defendant is ordered to appear at the next hearing unless waived by ACM |
| **Hearing Status** | Status for This Hearing set to Occurred |