# EXHIBIT I
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

# San Francisco Sheriff's Office
## Community Programs
### 70 Oak Grove Street, San Francisco, CA 94107
### Sheriff's Affidavit Warrant

April 27, 2024

Roye, Nathaniel is currently charged with:

- 166(A)(4) PC/M

As a condition of release on OR/ACM, the defendant was ordered to enroll and comply with the San Francisco Sheriff's Office (SFSO) Electronic Monitoring (PTEM) Program.

The defendant enrolled on 03/27/2024.

Since enrolling in our program, the defendant has incurred the following program violation(s):

- On 03/27/2024, 12:20 PM – 12:29 PM, the defendant was in their court ordered stay away zone from 1800 Lombard St.
- On 03/27/2024, 8:00 PM – 8:16 PM, the defendant was in their court ordered stay away zone from 1800 Lombard St.
- On 03/30/2024, 3:21 PM – 3:34 PM, the defendant was in their court ordered stay away zone from 1800 Lombard St.
- On 03/31/2024, 9:44 AM – 10:04 AM, the defendant was in their court ordered stay away zone from 1800 Lombard St.
- On 03/31/2024, 7:20 PM – 7:44 PM, the defendant was in their court ordered stay away zone from 1800 Lombard St.
- As of 04/27/2024, the defendant has not reported to Community Programs office for a compliance. The defendant failed to report for their scheduled for a compliance check on 04/17/2024. It has been 23 days since the defendant reported for a compliance check.
- Multiple audible and vibration alerts were sent to the defendant's GPS device, alerting the defendant to contact the Community Programs Office as instructed during enrollment. The defendant failed to contact our office.

The defendant is not complying with the orders of the Court and the San Francisco Sheriff's Office Electronic Monitoring Program.

Due to the information I have provided, on behalf of the San Francisco Sheriff's Office, I am requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____#1750_____                                    4/27/24

Deputy Sheriff                                         Date
San Francisco Sheriff's Office

Page 1 | 2

On behalf of the San Francisco Superior Court, I have reviewed the declaration requesting the revocation of the defendant's OR status in order to return this subject to custody without delay in the interest of public safety.

I hereby find good cause and issue this order to revoke the OR status of the defendant and order that the defendant be returned to the custody of the Sheriff forthwith.

This is a $ 5000.00 BAIL warrant.

This is a NO CITE warrant.

Date: 4/27/2024

*C. Karnow* (DocuSigned)
San Francisco Superior Court Judge

C. Karnow
Print Name

SUPERIOR COURT
STAMP

Roye, Nathaniel
W/M
DOB: 07/18/1996
San Francisco Superior Court: 24005110
SF#: 693391
CII#: 35718094
FBI#: 520018HH9

Page 2 | 2