# EXHIBIT K
# TO THE DECLARATION OF
# UNDERSHERIFF KATHERINE JOHNSON

# San Francisco Criminal Court
## Minute Order

| | | | |
|---|---|---|---|
| **Case Title** | The People v. ROSALESVERDE | **Department** | Department 17 |
| **Case Number** | CRI-24006870 | **Judge** | Victor Hwang |
| **Hearing Type** | Arraignment | **Hearing Date** | 04-17-2024 01:30 PM |
| **Clerk** | S. Tam | **Court Reporter** | T. Proceeding are Recorded in FTR |
| **Interpreter** | L. RITTERSTEIN | **Court Officer** | |

**Appearance** LUIS ALFREDO ROSALESVERDE (Defendant) present.

| Count | Statute | Offense Type | Preparatory Offense | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | 166(a)(4) PC/M | Misdemeanor | | | | |

| | |
|---|---|
| **Add Representation Special Appearance** | ALBERT JOHN UJCIC III making special appearance for San Francisco District Attorney's Office. |
| **Add Representation Special Appearance** | LEO FISSEL making special appearance for San Francisco Public Defender's Office. |
| **Add Bulk Docket Entry** | Defendant waives formal reading of the Complaint and advisement of rights. |
| **Set Bulk Plea** | Not Guilty plea(s) entered as to all count(s) and denial of any and all allegation(s) entered. |
| **Text** | Defense counsel reserves the right to demurrer. |
| **Set Interpreter Language** | LUIS ALFREDO ROSALESVERDE requires Spanish interpreter. |
| **Text** | The court finds that the interpreter used in this matter is certified / registered, that they have an oath on file with the court and that all provisions of Government Code 68561 have been satisfied. |
| **Add Bond** | Bail is set in the amount of $0.00. |
| **Add Bond Posting** | LUIS ALFREDO ROSALESVERDE is released on OR, and is ordered to appear on next and all subsequent court dates(s). |
| **Filing** | Agreement and Order Releasing Defendant on Own Recognizance is signed. |
| **Filing** | Defendant is ordered to adhere to the Court-ordered conditions of Electronic Monitoring. As a condition of release, the defendant shall be placed on pre-trial monitoring by the San Francisco Sheriff's Office (SFSO). Defendant shall be fitted with a GPS device and is ordered to comply with all terms of release as stated on the record and by SFSO. SFSO Community Programs will place an electronic monitoring device on the defendant prior to release from custody and will provide all instructions at that time. Order is signed. |
| | The defendant is advised of the search condition they will be subject to while on electronic monitoring. Upon questioning by the Court, they state that they have had an opportunity to consult with their counsel and that they accept the conditions set forth on the record. |
| **Hearing** | Case continued to 05/06/2024 9:00 AM in Department 9 for Pre-Trial Conference. Defendant ordered to appear at the next court hearing. |
| **Hearing Status** | Status for This Hearing set to Occurred |