# EXHIBIT N
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

**From:** Hahn, Petra (SHF)
**Sent:** Fri, 9 Oct 2020 22:00:55 -0700
**To:** agordon@sftc.org; Fisher, Angela (DAT); Natividad, Kathleen (PDR)
**Cc:** SHF-Community-Programs
**Subject:** Case Summary ▮▮▮▮▮▮▮▮▮▮▮▮

Hello All,

▮▮▮▮▮▮▮▮ was released on OR on 09/25/2020. As a condition of release, ▮▮▮ was Court ordered to enroll and comply with the San Francisco Sheriff's Office (SFSO) Electronic Monitoring Program. On 09/30/2020, ▮▮▮ was released from custody, enrolled in the SFSO Electronic Monitoring Program and fitted with a GPS ankle monitor device. At the time of enrollment, ▮▮▮ signed a SFSO Offender Monitoring Program Participant Contract agreeing to comply with all program rules and Court orders. The Court order and SFSO program rules stated that ▮▮▮ was to be placed on home detention and was to remain within the interior residence of his residence, shall obey all laws and that he shall submit to a search of his person and residence by any peace officer at any time. ▮▮▮ waived his 4th amendment right in order to be released on court OR and enrolled in the SFSO Electronic Monitoring Program. ▮▮▮ is currently charged with 29800A 1 PC/F - Possession of firearm by a felon.

On Thursday, 10/08/2020 Adult Probation Department requested assistance of the SFSO Community Programs Unit (CPU). APD notified CPU that ▮▮▮▮▮▮ was in possession of a pistol. ▮▮▮ is on probation and is prohibited from owning or possessing a firearm or any weapon. SFSO CPU and APD responded to ▮▮▮▮▮▮, the residence of ▮▮▮ ▮▮▮ to conduct a search of his residence. It is important to note, ▮▮▮ was given multiple commands and orders to comply, open the door, and to exit his residence.
During the search a shotgun, ammunition, 2 machetes, 2 pocket knives and narcotics were located in ▮▮▮ residence.

▮▮▮ was charged with new charges of 29800A1 PC/F - Felon in possession of firearm, 33215 PC/F - Modified short barrel shotgun, 11378 HS/F - Possession of Crystal Methamphetamine, 30305A1 PC/F - Prohibited person possessing ammunition, 1203.2A PC/F - Probation Violation, 12022.1 PC/F - Committed felony while released from custody on OR, 29815A PC/F - On probation in possession of firearm, 30315 PC/F - Knowingly possesses any handgun ammunition designed primarily to penetrate metal or armor, 11364 HS/M - Possession of drug paraphernalia, 11359 HS/M - Possess cannabis for sale and 30305B1 PC/M - Prohibited person possessing ammunition . ▮▮▮ was booked and is in Sheriff's custody.

Thank you.

**Deputy P. Hahn #2119**

CONFIDENTIAL                                                                                              SFSO_001639

*San Francisco Sheriff's Office*
*Community Programs Unit*
*<u>70 Oak Grove Street</u>*
*<u>San Francisco, CA 94107</u>*
*Office (415) 575-6461*
*Fax (415)575-6452*

CONFIDENTIAL
SFSO_001640