# EXHIBIT O
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

| | |
|---|---|
| **From:** | Josif, Valerio (SHF) |
| **Sent:** | Fri, 18 Oct 2019 20:12:16 -0700 |
| **To:** | Gina Guidi |
| **Cc:** | SHF-Community-Programs |
| **Subject:** | RE: |

Hi Gina,

Can we get some clarification on this subject's paperwork, he came in today as ordered by the court and got enrolled on EM. Based on our research it doesn't appear that he is sentenced yet, however the referral states otherwise. Can we get the PTEM yellow referral instead where it shows that he waived his 4th Amendment so we can place a search condition on him. Thank you.



Deputy V. Josif #1884
San Francisco Sheriff
Community Programs Unit
(415)575-6418/ fax(415)575-6452
1900-0700/ Night Team 2

CONFIDENTIAL

SFSO_001525