# EXHIBIT P
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

**From:** Loretta Giorgi
**Sent:** Tue, 23 Apr 2019 09:16:35 -0700
**To:** Gunn, Dwight (SHF)
**Cc:** Solomon, Ilona (PDR); Shannon, Jack (DAT); SHF-Community-Programs; Quanico, James (SHF); Cauteruccio, Luigi (SHF); Jacobs, Walter (SHF); Shumake, Sabrina (ADP)
**Subject:** RE: ▆▆▆▆▆▆▆▆

So he is in our Intensive Supervision Court. What we do here when we sentence with a requirement of residential treatment is to administratively revoke probation right after sentencing so he does not get out, sign a transportation order for APD to pick him up to transport to the program. When they pick him up they will first take him to your shop to get the GPS monitor put on. Perhaps the wrong paperwork was filed with you? If so, let me know.

**From:** Gunn, Dwight (SHF) [mailto:dwight.gunn@sfgov.org]
**Sent:** Tuesday, April 23, 2019 8:35 AM
**To:** Loretta Giorgi
**Cc:** Solomon, Ilona (PDR); Shannon, Jack (DAT); SHF-Community-Programs; Quanico, James (SHF); Luigi Cauteruccio; Jacobs, Walter (SHF); Shumake, Sabrina (ADP)
**Subject:** ▆▆▆▆▆▆▆▆

⚠ **WARNING: This email was generated from an external source. You should only open files from a trustworthy source.**

Please see attached.

The jail sentence of a year (as a condition of probation) was stayed and the Court ordered GPS monitoring through Adult Probation.

- Mr. ▆▆▆▆ probation was administratively revoked (last line on commitment). I thought that perhaps he was on probation on another case and it appears to me that he is not. If the person is not on probation, what is Adult Probation's jurisdiction to monitor someone on GPS? (As an aside, GPS monitoring by Adult Probation really only occurs Monday through Friday during normal business hours.)

- Because there is no jail sentence or other probation in place that could mandate a search condition, shouldn't there be something articulating that Mr. ▆▆▆▆ has waived his 4th Amendment rights?

- The jail sentence has been stayed, what is the mechanism to release Mr. ▆▆▆▆? There is no mention made of being released on OR.

Assuming my understanding is correct, I believe this should be a coordinated pre-trial release with GPS monitoring done through the Sheriff's Department.

Sgt. Gunn #1289
San Francisco Sheriff's Department
Community Programs
70 Oak Grove Street
SF, CA   94107
(415) 575-6455
(415) 575-6452 (fax)

*Please remember that email is not a secure, private or confidential mode of communication.*

CONFIDENTIAL                                                                                                                                                                                                       SFSO_001554