# EXHIBIT Q
# TO THE DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON

| | |
|---|---|
| **From:** | Barack, Hawa (SHF) |
| **Sent:** | Sun, 13 Jan 2019 21:54:39 -0800 |
| **To:** | Gina Guidi |
| **Cc:** | SHF-Community-Programs |
| **Subject:** | 10-35 search condition |
| **Attachments:** | SWAP_19011321430.pdf |

Hi Gina,

I have a question regarding an old GPS referral form. ▮▮▮▮▮▮▮▮▮▮ is currently on Pre-Trial Electronic Monitoring GPS and has been on since 03/20/18. At the time the GPS referral was signed, we were using the old forms, which does not state anything about the defendant waiving 4th Amendment rights. Would it be possible to get a new GPS referral for ▮▮▮ so that we can add a 10-35 search condition? I've attached the original referral and minutes to this email for reference.

Thank you,

Deputy Barack #2235
San Francisco Sheriff's Department
Community Programs