1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  JENNIFER E. CHOI, State Bar #184058
   Chief Trial Deputy
4  SARA J. EISENBERG, State Bar #269303
   Chief of Complex and Affirmative Litigation
5  ALEXANDER J. HOLTZMAN, State Bar #311813
   JOSE A. ZELIDON-ZEPEDA, State Bar #227108
6  Deputy City Attorneys
   Fox Plaza
7  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
8  Telephone:     (415) 554-3999 [Holtzman]
   Telephone:     (415) 355-3312 [Zelidon-Zepeda]
9  Facsimile:     (415) 554-3837
   Email:         alexander.holtzman@sfcityatty.org
10 Email:         jose.zelidon-zepeda@sfcityatty.org

11 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
12 AND PAUL MIYAMOTO, IN HIS OFFICIAL
   CAPACITY AS SAN FRANCISCO SHERIFF

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                           OAKLAND DIVISION

17

18

19 JOSHUA SIMON, DAVID BARBER, AND        Case No. 4:22-cv-05541 JST
   JOSUE BONILLA, INDIVIDUALLY AND
20 ON BEHALF OF ALL OTHERS               **DEFENDANTS' STATUS REPORT**
   SIMILARLY SITUATED, DIANA BLOCK,      **FOLLOWING ORDER ON MOTION TO**
   AN INDIVIDUAL AND COMMUNITY           **ENFORCE PRELIMINARY INJUNCTION**
21 RESOURCE INITIATIVE, AN
   ORGANIZATION,                          Date Action Filed:    September 8, 2022
22                                         Trial Date:           Not Set
          Plaintiffs,
23
          vs.
24
   CITY AND COUNTY OF SAN
25 FRANCISCO, PAUL MIYAMOTO, IN HIS
   OFFICIAL CAPACITY AS SAN
26 FRANCISCO SHERIFF,

27        Defendants.

28
                                         1

Following issuance of the Order Granting Plaintiffs' Motion to Enforce Preliminary Injunction, ECF No. 101, Defendants the City and County of San Francisco and San Francisco Sheriff Paul Miyamoto ("Defendants") respectfully submit this status update.

On September 27, 2024, the Superior Court was closed for Native American Day. Given this Court's order, as of September 30, 2024, the San Francisco Sheriff's Office's Pre-Trial Electronic Monitoring ("SFSO PTEM") Program will no longer accept new participants for supervision on release as long as this court order is in force. The Sheriff has implemented this change because the San Francisco Sheriff's Office cannot safely administer the SFSO PTEM Program without a warrantless search condition as a standard program rule for participants. *See* ECF No. 104-1 ¶¶ 3–4. The Sheriff will provide notice of this change today after filing this Status Report to San Francisco Superior Court Presiding Judge Massullo and other stakeholders. *See* Exhibit A.

The Sheriff will continue to operate the SFSO PTEM Program for those currently enrolled and will process orders enrolling criminal defendants on SFSO PTEM made before September 30, 2024. Going forward, Superior Court judges will continue to have alternatives in determining the appropriate pretrial release conditions for criminal defendants including releasing defendants on their own recognizance without conditions, imposing stay away orders or curfews, assertive case management (ACM), drug conditions and testing, alcohol conditions and testing, residential treatment, and weapons conditions.

///

///

///

///

///

///

///

///

///

///

Status Report Following Order on Motion to Enforce Preliminary Injunction
Case No. 22-cv-05541 JST

n:\lit\li2022\230184\01629646.docx

Dated:  September 29, 2024                    Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
ALEXANDER J. HOLTZMAN
JOSE A. ZELIDON-ZEPEDA
Deputy City Attorneys


By: */s/ Alexander J. Holtzman*
      ALEXANDER J. HOLTZMAN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PAUL
MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN
FRANCISCO SHERIFF