1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÈ, State Bar #173594
   Chief Deputy City Attorney
3  JENNIFER E. CHOI, State Bar #184058
   Chief Trial Deputy
4  SARA J. EISENBERG, State Bar #269303
   Chief of Complex and Affirmative Litigation
5  ALEXANDER J. HOLTZMAN, State Bar #311813
   JOSE A. ZELIDON-ZEPEDA, State Bar #227108
6  Deputy City Attorneys
   Fox Plaza
7  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
8  Telephone:    (415) 554-3999 [Holtzman]
   Telephone:    (415) 355-3312 [Zelidon-Zepeda]
9  Facsimile:    (415) 554-3837
   Email:        alexander.holtzman@sfcityatty.org
10 Email:        jose.zelidon-zepeda@sfcityatty.org

11 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
12 AND PAUL MIYAMOTO, IN HIS OFFICIAL
   CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>          Defendants. | Case No. 4:22-cv-05541-JST<br><br>**PROOF OF SERVICE OF ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**<br><br>Judge:          Honorable Jon S. Tigar<br>Place:          Courtroom 6, 2nd Floor<br>Hearing Date:   September 26, 2024<br>Time:           2:00 p.m.<br><br>Date Action Filed:   September 8, 2022<br>Trial Date:          Not Set |

In accordance with the Order Granting Plaintiffs' Motion to Enforce Preliminary Injunction ("Order"), ECF No. 111 at 6, Defendants the City and County of San Francisco and Paul Miyamoto, in his official capacity as San Francisco Sheriff, submit the following proof of service of the Order on the judges of the San Francisco Superior Court.

Dated:  October 3, 2024                    Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÈ
Chief Deputy City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
ALEXANDER J. HOLTZMAN
JOSE A. ZELIDON-ZEPEDA
Deputy City Attorneys


By:      */s/ Alexander J. Holtzman*
    ALEXANDER J. HOLTZMAN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF

## PROOF OF SERVICE

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On October 3, 2024, I served the following document:

**ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION (ECF NO. 101)**

on the judges of the San Francisco Superior Court at the locations specified:

The Honorable Ross C. Moody
Supervising Probate Judge of the Superior Court of California, County of San Francisco
Department 204, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Stephen M. Murphy
Judge of the Superior Court of California, County of San Francisco
Department 204, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Anne-Christine Massullo
Presiding Judge of the Superior Court of California, County of San Francisco
Department 206, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Victor Hwang
Judge of the Superior Court of California, County of San Francisco
Department 210, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Kathleen Kelly
Judge of the Superior Court of California, County of San Francisco
Department 220, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Rochelle East
Assistant Presiding Judge of the Superior Court of California, County of San Francisco
Department 301, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Richard B. Ulmer Jr.
Judge of the Superior Court of California, County of San Francisco
Department 302, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Suzanne Ramos Bolanos
Judge of the Superior Court of California, County of San Francisco
Department 303, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Ethan P. Schulman
Judge of the Superior Court of California, County of San Francisco
Department 304, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Mary E. Wiss
Judge of the Superior Court of California, County of San Francisco
Department 305, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Daniel A. Flores
Judge of the Superior Court of California, County of San Francisco
Department 306, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Christopher C. Hite
Judge of the Superior Court of California, County of San Francisco
Department 318, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Russ Roeca
Judge of the Superior Court of California, County of San Francisco
Department 403, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Anne Costin
Judge of the Superior Court of California, County of San Francisco
Department 404, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Roger Chan
Supervising Unified Family Court Judge of the Superior Court of California, County of San Francisco
Department 405, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Monica Wiley
Judge of the Superior Court of California, County of San Francisco
Department 405, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Vedica Puri
Judge of the Superior Court of California, County of San Francisco
Department 406, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Bobby P. Luna
Judge of the Superior Court of California, County of San Francisco
Department 416, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Susan M. Breall
Judge of the Superior Court of California, County of San Francisco
Department 425, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Charles F. Haines
Judge of the Superior Court of California, County of San Francisco
Department 501, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Jeffrey Ross
Judge of the Superior Court of California, County of San Francisco
Department 502, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Samuel K. Feng
Judge of the Superior Court of California, County of San Francisco
Department 503, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Garrett L. Wong
Judge of the Superior Court of California, County of San Francisco
Department 504, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Michelle Tong
Judge of the Superior Court of California, County of San Francisco
Department 505, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Gerardo C. Sandoval
Judge of the Superior Court of California, County of San Francisco
Department 514, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Adrienne L. Rogers
Judge of the Superior Court of California, County of San Francisco
Department 525, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Joseph M. Quinn
Judge of the Superior Court of California, County of San Francisco
Department 606, Civic Center Courthouse
400 McAllister Street
San Francisco, CA 94102-4514

1  The Honorable Braden Woods
   Judge of the Superior Court of California, County of San Francisco
2  Department 608, Civic Center Courthouse
   400 McAllister Street
3  San Francisco, CA 94102-4514

4  The Honorable Curis E. A. Karnow
   Judge of the Superior Court of California, County of San Francisco
   Department 611, Civic Center Courthouse
5  400 McAllister Street
   San Francisco, CA 94102-4514
6
   The Honorable Andrew Y.S. Cheng
7  Judge of the Superior Court of California, County of San Francisco
   Department 613, Civic Center Courthouse
8  400 McAllister Street
   San Francisco, CA 94102-4514
9
   The Honorable Sharon M. Reardon
10 Judge of the Superior Court of California, County of San Francisco
   Department 624, Civic Center Courthouse
   400 McAllister Street
11 San Francisco, CA 94102-4514

12 The Honorable Maria E. Evangelista
   Judge of the Superior Court of California, County of San Francisco
13 Department 9, Hall of Justice
   850 Bryant Street
14 San Francisco, CA 94103

15 The Honorable Kenneth Wine
   Supervising Preliminary Hearing Judge of the Superior Court of California, County of San Francisco
16 Department 10, Hall of Justice
   850 Bryant Street
17 San Francisco, CA 94103

   The Honorable Carolyn Gold
18 Judge of the Superior Court of California, County of San Francisco
   Department 11, Hall of Justice
19 850 Bryant Street
   San Francisco, CA 94103

20 The Honorable Patrick S. Thompson
   Judge of the Superior Court of California, County of San Francisco
21 Department 12, Hall of Justice
   850 Bryant Street
22 San Francisco, CA 94103

23 The Honorable Brian L. Ferrall
   Judge of the Superior Court of California, County of San Francisco
24 Department 13, Hall of Justice
   850 Bryant Street
25 San Francisco, CA 94103

26 The Honorable Michael Rhoads
   Judge of the Superior Court of California, County of San Francisco
27 Department 14, Hall of Justice
   850 Bryant Street
28 San Francisco, CA 94103

Proof of Service of Court Order                                            n:\lit\li2022\230184\01790956.docx
Case No. 22-cv-05541-JST

1  The Honorable Charles Crompton
   Department 15, Hall of Justice
2  850 Bryant Street
   San Francisco, CA 94103

3  The Honorable Simon J. Frankel
   Department 16, Hall of Justice
4  850 Bryant Street
   San Francisco, CA 94103
5
   The Honorable Brian J. Stretch
6  Judge of the Superior Court of California, County of San Francisco
   Department 17, Hall of Justice
7  850 Bryant Street
   San Francisco, CA 94103

8  The Honorable Harry M. Dorfman
   Judge of the Superior Court of California, County of San Francisco
9  Department 19, Hall of Justice
   850 Bryant Street
10 San Francisco, CA 94103

11 The Honorable Christine Van Aken
   Judge of the Superior Court of California, County of San Francisco
12 Department 20, Hall of Justice
   850 Bryant Street
13 San Francisco, CA 94103

   The Honorable Michael McNaughton
14 Judge of the Superior Court of California, County of San Francisco
   Department 21, Hall of Justice
15 850 Bryant Street
   San Francisco, CA 94103
16
   The Honorable Eric Fleming
17 Supervising Criminal Judge of the Superior Court of California, County of San Francisco
   Department 22, Hall of Justice
18 850 Bryant Street
   San Francisco, CA 94103
19
   The Honorable Linda Colfax
20 Judge of the Superior Court of California, County of San Francisco
   Department 23, Hall of Justice
21 850 Bryant Street
   San Francisco, CA 94103

22 The Honorable Bruce E. Chan
   Judge of the Superior Court of California, County of San Francisco
23 Department 24, Hall of Justice
   850 Bryant Street
24 San Francisco, CA 94103

25 The Honorable Brendan P. Conroy
   Judge of the Superior Court of California, County of San Francisco
26 Department 25, Hall of Justice
   850 Bryant Street
27 San Francisco, CA 94103

28

Proof of Service of Court Order
Case No. 22-cv-05541-JST

n:\lit\li2022\230184\01790956.docx

The Honorable Murlene J. Randle
Judge of the Superior Court of California, County of San Francisco
Department 26, Hall of Justice
850 Bryant Street
San Francisco, CA 94103

The Honorable Teresa M. Caffese
Judge of the Superior Court of California, County of San Francisco
Department 27, Hall of Justice
850 Bryant Street
San Francisco, CA 94103

The Honorable Alexandra Robert Gordon
Judge of the Superior Court of California, County of San Francisco
Department 28, Hall of Justice
850 Bryant Street
San Francisco, CA 94103

The Honorable A. Marisa Chun
Judge of the Superior Court of California, County of San Francisco
Department 29, Hall of Justice
850 Bryant Street
San Francisco, CA 94103

The Honorable Richard C. Darwin
Judge of the Superior Court of California, County of San Francisco
Department 3, Juvenile Justice Center
375 Woodside Avenue
San Francisco, CA 94127

The Honorable Monica Wiley
Judge of the Superior Court of California, County of San Francisco
Department 4, Juvenile Justice Center
375 Woodside Avenue
San Francisco, CA 94127

The Honorable Michael I. Begert
Judge of the Superior Court of California, County of San Francisco
Department 8, Community Justice Center
575 Polk Street
San Francisco, CA 94103

in the manner indicated below:

☒  **BY PERSONAL SERVICE**:  I sealed true and correct copies of the above document in addressed envelopes and caused such envelopes to be delivered by hand to the Clerk of the Court, Room 205, Civic Center Courthouse, 400 McAllister Street, San Francisco, CA 94102-4514, at the direction of the Superior Court regarding service on its judges.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 3, 2024, at San Francisco, California.

ANNAMARIE DAVIS