DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
SARA J. EISENBERG, State Bar #269303
Chief of Complex and Affirmative Litigation
ALEXANDER J. HOLTZMAN, State Bar #311813
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3999 [Holtzman]
Telephone:     (415) 355-3312 [Zelidon-Zepeda]
Facsimile:     (415) 554-3837
Email:         alexander.holtzman@sfcityatty.org
Email:         jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
and PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>  Defendants. | **PRELIMINARY INJUNCTION APPEAL**<br><br>Case No. 4:22-cv-05541-JST<br><br>**NOTICE OF APPEAL**<br><br>Date Action Filed:   September 8, 2022<br>Trial Date:           Not Set<br><br>Judge:  Honorable Jon S. Tigar |

NOTICE IS HEREBY GIVEN that Defendants the City and County of San Francisco and Paul Miyamoto, in his official capacity as San Francisco Sheriff, hereby appeal the "Order Granting Plaintiffs' Motion to Enforce Preliminary Injunction," ECF No. 111, entered in this action on September 26, 2024, to the United States Court of Appeals for the Ninth Circuit. A true copy of the said Order is attached as Exhibit A. A representation statement is attached as Exhibit B.

This order is appealable, inter alia, under 28 U.S.C. § 1292(a)(1).

Dated: October 3, 2024                    Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
ALEXANDER J. HOLTZMAN
JOSE A. ZELIDON-ZEPEDA
Deputy City Attorneys


By:      */s/ Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF