# EXHIBIT B

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

City and County of San Francisco; Paul Miyamoto, in his official capacity as San Francisco Sheriff

Name(s) of counsel (if any):

David Chiu; Yvonne R. Mere; Jennifer E. Choi; Sara J. Eisenberg; Alexander J. Holtzman; Jose A. Zelidon-Zepeda

Address: 1390 Market Street, 6th Floor, San Francisco, CA 94102-5408

Telephone number(s): 415-554-3999, 415-554-3312

Email(s): alexander.holtzman@sfcityatty.org, jose.zelidon-zepeda@sfcityatty.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Joshua Simon; David Barber; Josue Bonilla, individually and on behalf of all others similarly situated

Name(s) of counsel (if any):

Shilpi Agarwal; Avram D. Frey; Emi Young

Address: 39 Drumm St., SF, CA 94111

Telephone number(s): 415-621-2493, 650-618-9250

Email(s): sagarwal@aclunc.org; afrey@aclunc.org; eyoung@aclunc.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                       1                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties: Joshua Simon; David Barber; Josue Bonilla, individually and on behalf of all others similarly situated

Name(s) of counsel (if any): Justina K. Sessions; Eunice Leong; Olivia Rosen; Andrew Ehler

Address: 855 Main St., Redwood City, CA 94063

Telephone number(s): 650-618-9250

Email(s): justina.sessions@, eunice.leong@, olivia.rosen@freshfields.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**        2        *New 12/01/2018*