

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

October 4, 2024

Jose A. Zelidon-Zepeda
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102

SUBJECT:      Request for Payment of Docket Fee

Title:  <u>Simon v. City and County of San Francisco</u>
Case Number:  22-cv-05541-JST
Court of Appeals Number:  Unassigned

A notice of appeal was filed with this Court on October 3, 2024 and the docketing fee of $605.00 has not been received. Please send the fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

Mark B. Busby, Clerk

*Cynthia J. Lenahan*

by:  Cynthia Lenahan
Case Systems Administrator
510-637-3538

cc: U.S. Court of Appeals

REV. 7-19