Justina Sessions, State Bar No. 270914
justina.sessions@freshfields.com
Eunice Leong, State Bar No. 320499
eunice.leong@freshfields.com
Olivia Rosen, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

Andrew Ehler (admitted *pro hac vice*)
andrew.ehler@freshfields.com
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212)277-4000

*Attorneys for Plaintiffs Joshua Simon,
David Barber, and Josue Bonilla*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, and JOSUE BONILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>Defendants. | Case No.: 4:22-cv-05541-JST<br><br><br><br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**NOTICE OF CHANGE OF FIRM NAME**

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP has changed its name to **Freshfields US LLP**. The Firm's and its lawyers' addresses, phone numbers, fax numbers, and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system of the change from Freshfields Bruckhaus Deringer US LLP to Freshfields US LLP.

Dated: October 15, 2024                FRESHFIELDS US LLP


By:  /s/ Justina K. Sessions
Justina K. Sessions
justina.sessions@freshfields.com
Eunice Leong
eunice.leong@freshfields.com
Olivia Rosen
olivia.rosen@freshfields.com
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

Andrew Ehler
andrew.ehler@freshfields.com
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212)277-4000


*Attorneys for Plaintiffs*