DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
ALEXANDER J. HOLTZMAN, State Bar #311813
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3999 [Holtzman]
Telephone:    (415) 355-3312 [Zelidon-Zepeda]
Facsimile:    (415) 554-3837
Email:        alexander.holtzman@sfcityatty.org
Email:        jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>  Defendants. | Case No. 4:22-cv-05541-JST<br><br>**STATUS REPORT FOLLOWING ISSUANCE OF NINTH CIRCUIT OPINION**<br><br>Date Action Filed: September 8, 2022<br>Trial Date: Not Set |

Following issuance by the Court of Appeals for the Ninth Circuit of its opinion in *Simon v. City & County of San Francisco*, 135 F.4th 784 (9th Cir. 2025) ("Ninth Circuit Opinion"), Defendants the City and County of San Francisco and San Francisco Sheriff Paul Miyamoto ("Defendants") respectfully submit the following status update.

The Ninth Circuit Opinion affirmed this Court's preliminary injunction as to the original rules subclass, vacated the preliminary injunction as to the revised rules subclass, and granted Defendants' motion to stay the Order Granting Plaintiffs' Motion to Enforce Preliminary Injunction (ECF 111). In light of the Ninth Circuit Opinion, starting May 19, 2025, the San Francisco Sheriff's Office's Pre-Trial Electronic Monitoring ("SFSO PTEM") Program will resume accepting new participants for enrollment. The Sheriff's Office will accept participants into the SFSO PTEM Program only if a San Francisco Superior Court judge has ordered that participation in the SFSO PTEM Program, including a condition allowing warrantless searches at least by the San Francisco Sheriff's Office or at its specific request and the ability of the San Francisco Sheriff's Office to share location information with other law enforcement agencies for active criminal investigations, is an appropriate condition of release from custody. Despite the issued mandate in Ninth Circuit Case No. 24-1025,[1] the San Francisco Sheriff's Office plans to continue its current policy not to share location data for past or current PTEM Program participants with other law enforcement agencies absent a warrant, court-signed subpoena duces tecum, or emergency posing an immediate threat of harm, pending resolution of Plaintiffs' Petition for Panel Rehearing and Rehearing En Banc filed in Ninth Circuit Case No. 24-6052. *See* ECF 98 (Declaration of Undersheriff Katherine Johnson describing and attaching the relevant policy following issuance of February 2024 preliminary injunction).

---

[1] The Ninth Circuit today issued its mandate in the appeal of the Court's February 2024 preliminary injunction, Ninth Circuit Case No. 24-1025. *See* ECF 126. Plaintiffs have filed a Motion to Recall the Mandate and for Leave to File Petition for Rehearing En Banc Out of Time.

Dated: May 15, 2025

Respectfully submitted,

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
ALEXANDER J. HOLTZMAN
JOSE A. ZELIDON-ZEPEDA
Deputy City Attorneys

By:     */s/ Alexander J. Holtzman*
      ALEXANDER J. HOLTZMAN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF