UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSHUA SIMON, individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO and PAUL MIYAMOTO, In his official capacity as San Francisco Sheriff, <br><br> Defendants - Appellants. | Nos. 24-1025 <br>        24-6052 <br><br> D.C. No. <br> 4:22-cv-05541-JST <br> Northern District of California, Oakland <br><br> ORDER |

Before: BYBEE, BEA, and MENDOZA, Circuit Judges.

On May 15, 2025, the Clerk of Court issued the mandate in No. 24-1025 (Dkt. 69). The same day, Appellees filed a motion to recall the mandate issued in Case No. 24-1025 and asked for leave to file their petition for panel rehearing and rehearing en banc in that case (Dkt. 70). We have "inherent power to recall our mandate . . . ." *United States v. Lozoya*, 19 F.4th 1217, 1218 (9th Cir. 2021) (en banc) (quotation marks and citation omitted). The motion (Dkt. 70 in No. 24-1025) is **GRANTED IN PART.** The mandate is **RECALLED.** Appellees' petition for rehearing and rehearing en banc in Case No. 24-1025 will be deemed filed together with the petition previously filed in Case No. 24-6052 on May 7, 2025. Appellees'

motion for leave to file the petition for panel rehearing and rehearing en banc in Case No. 24-1025 is **DENIED AS MOOT.**