| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 9 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOSHUA SIMON, individually and on behalf of all others similarly situated; et al.,

        Plaintiffs - Appellees,

 v.

CITY AND COUNTY OF SAN FRANCISCO and PAUL MIYAMOTO, In his official capacity as San Francisco Sheriff,

        Defendants - Appellants.

No. 24-1025, 24-6052

D.C. No. 4:22-cv-05541-JST

Northern District of California, Oakland

MANDATE

The judgment of this Court, entered April 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT