Justina Sessions, State Bar No. 270914
justina.sessions@freshfields.com
Eunice Leong, State Bar No. 320499
eunice.leong@freshfields.com
Olivia Rosen, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
Avram D. Frey, State Bar No. 347885
afrey@aclunc.org
Shilpi Agarwal, State Bar No. 270749
sagarwal@aclunc.org
Emi Young, State Bar No. 311238
eyoung@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs Joshua Simon,
David Barber, and Josue Bonilla*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, and JOSUE BONILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>Defendants. | Case No.: 4:22-cv-05541-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: Courtroom 6, 2nd Floor<br>Date: July 15, 2025<br>Time: 2:00 P.M. |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiffs Joshua Simon, David Barber, and Josue Bonilla (together, "Plaintiffs") and Defendants City and County of San Francisco and Paul Miyamoto (together, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on February 13, 2024, this Court issued a preliminary injunction (the "Preliminary Injunction") in the above captioned action;

WHEREAS, on February 27, 2024, Defendants appealed the Preliminary Injunction in the Ninth Circuit, captioned *Joshua Simon v. City and County of San Francisco*, No. 24-1025 (the "Appeal").

WHEREAS, on June 28, 2024, Plaintiffs filed a Motion to Enforce the Preliminary Injunction (the "Motion to Enforce");

WHEREAS, on September 26, 2024, this Court granted the Motion to Enforce;

WHEREAS, on October 3, 2024, Defendants filed an appeal of this Court's order on the Motion to Enforce (the "Second Appeal"; No. 24-6052); and;

WHEREAS, on October 17, 2024, Plaintiffs moved to dismiss the Second Appeal;

WHEREAS, on April 23, 2025, the Ninth Circuit affirmed in part and vacated in part the Preliminary Injunction in the Appeal, and denied Plaintiffs' motion to dismiss the Second Appeal and granted Defendants' motion to stay this Court's order granting the Motion to Enforce (135 F.4th 784 (9th Cir. 2025));

WHEREAS, on June 10, 2025, the Court issued an order scheduling a case management conference for July 15, 2025; and

WHEREAS, in light of the Ninth Circuit's ruling, the Parties are currently discussing potential resolution of this action.

To preserve the Parties' and this Court's resources, the parties HEREBY STIPULATE AND AGREE and jointly request that the Court continue the Case Management Conference to Tuesday, August 26, 2025 at 2:00 p.m. or at such other date and time as is convenient for the Court.

Dated: July 8, 2025

FRESHFIELDS US LLP

By: /s/ Eunice Leong
Justina K. Sessions
justina.sessions@freshfields.com
Eunice Leong
eunice.leong@freshfields.com
Olivia Rosen
olivia.rosen@freshfields.com
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
Avram D. Frey, State Bar No. 347885
afrey@aclunc.org
Shilpi Agarwal, State Bar No. 270749
sagarwal@aclunc.org
Emi Young, State Bar No. 311238
eyoung@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs*

Dated: July 8, 2025

CITY ATTORNEY OF SAN FRANCISCO

By: /s/ Alexander J. Holtzman
Alexander J. Holtzman, State Bar No. 311813
alexander.holtzman@sfcityatty.org
Jose A. Zelidon-Zepeda, State Bar No. 227108
jose.zelidon-zepeda@sfcityatty.org
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3999 [Holtzman]
Telephone: (415) 355-3312 [Zelidon-Zepeda]
Facsimile: (415) 554-3837

*Attorneys for Defendants*

STIP. TO CONTINUE CMC
CASE NO. 4:22-cv-05541-JST

**ORDER**

FOR GOOD CAUSE SHOWN, the Court hereby continues the Case Management Conference from July 15, 2025 to August 26, 2025 at 2:00 p.m.

Dated: ____July 10, 2025____          By: _____
                                         Honorable Jon S. Tigar
                                         U.S. District Court Judge