1  DAVID CHIU, State Bar #189542
   City Attorney
2  JENNIFER E. CHOI, State Bar #184058
   Chief Trial Deputy
3  ALEXANDER J. HOLTZMAN, State Bar #311813
   JOSE A. ZELIDON-ZEPEDA, State Bar #227108
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3999 [Holtzman]
   Telephone:    (415) 355-3312 [Zelidon-Zepeda]
7  Facsimile:    (415) 554-3837
   Email:        alexander.holtzman@sfcityatty.org
8  Email:        jose.zelidon-zepeda@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 AND PAUL MIYAMOTO, IN HIS OFFICIAL
   CAPACITY AS SAN FRANCISCO SHERIFF

11

12                        UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15 JOSHUA SIMON, DAVID BARBER, AND         Case No. 4:22-cv-05541 JST
   JOSUE BONILLA, INDIVIDUALLY AND
16 ON BEHALF OF ALL OTHERS               **STIPULATION TO CONTINUE CASE
   SIMILARLY SITUATED, DIANA BLOCK,      MANAGEMENT CONFERENCE;
17 AN INDIVIDUAL AND COMMUNITY           [PROPOSED] ORDER**
   RESOURCE INITIATIVE, AN
18 ORGANIZATION,                         Hearing Date:    August 26, 2025
                                         Time:            2:00 p.m.
19         Plaintiffs,                   Place:           Courtroom 6, 2d Floor

20         vs.

21 CITY AND COUNTY OF SAN
   FRANCISCO, PAUL MIYAMOTO, IN HIS
22 OFFICIAL CAPACITY AS SAN
   FRANCISCO SHERIFF,
23
           Defendants.
24

25

26

27

28

Plaintiffs Joshua Simon, David Barber, and Josue Bonilla (together, "Plaintiffs") and Defendants City and County of San Francisco and Paul Miyamoto (together, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on February 26, 2024, Defendants appealed a preliminary injunction (the "Preliminary Injunction") issued by this Court in *Joshua Simon v. City and County of San Francisco*, No. 4:22-cv-5541-JST (N.D. Cal.) (the "Federal Action"), and that appeal was docketed as *Joshua Simon v. City and County of San Francisco*, No. 24-1025, in the Ninth Circuit (the "Appeal");

WHEREAS, Defendants appealed to the Ninth Circuit this Court's order on Plaintiffs' motion to enforce the Preliminary Injunction, and plaintiffs in the Federal Action moved to dismiss the appeal, *see Joshua Simon v. City and County of San Francisco*, No. 24-6052 (9th Cir.) (the "Second Appeal");

WHEREAS, on April 23, 2025, the Ninth Circuit affirmed in part and vacated in part the Preliminary Injunction in the Appeal, denied the motion to dismiss the Second Appeal, and granted Defendants' motion to stay in the Second Appeal, *Simon v. City and County of San Francisco*, 135 F.4th 784 (9th Cir. 2025) (the "Appeal Order");

WHEREAS, on May 7, 2025, plaintiffs in the Federal Action petitioned the Ninth Circuit for panel rehearing and rehearing en banc as to the Appeal Order;

WHEREAS, on May 30, 2025, the Ninth Circuit denied the petition for panel rehearing and rehearing en banc and the mandate issued thereafter in the Appeal and Second Appeal;

WHEREAS, on June 10, 2025, the Court issued an order scheduling a case management conference for July 15, 2025 (subsequently re-scheduled to August 26, 2025); and

WHEREAS, in light of the Ninth Circuit's ruling, the Parties are currently discussing potential resolution of this action.

/ / /

/ / /

/ / /

1    To preserve the Parties' and this Court's resources, the Parties HEREBY STIPULATE AND

2  AGREE and jointly request that the Court continue the Case Management Conference to September

3  30, 2025 at 2:00 p.m., or at such other date and time as is convenient for the Court.

4

5  Dated:  August 19, 2025

6                                                    DAVID CHIU
                                                     City Attorney
7                                                    JENNIFER E. CHOI
                                                     Chief Trial Deputy
8                                                    ALEXANDER J. HOLTZMAN
                                                     JOSE A. ZELIDON-ZEPEDA
9                                                    Deputy City Attorneys

10

11                                    By:_____/s/ Jose A. Zelidon-Zepeda_____
                                          JOSE A. ZELIDON-ZEPEDA
12

13                                        Attorneys for Defendants

14                                        CITY AND COUNTY OF SAN FRANCISCO,
                                          AND PAUL MIYAMOTO, IN HIS OFFICIAL
15                                        CAPACITY AS SAN FRANCISCO SHERIFF

16  Dated:  August 19, 2025

17                                        AMERICAN CIVIL LIBERTIES UNION
                                          FOUNDATION OF NORTHERN CALIFORNIA, INC.
18

19                                    By: _____*/s/ Avram Frey_____
20                                        AVRAM FREY

21                                        Attorneys for Plaintiffs

22  ,                                     JOSHUA SIMON, DAVID BARBER, AND JOSUE
                                          BONILLA, INDIVIDUALLY AND ON BEHALF OF
23                                        ALL OTHERS SIMILARLY SITUATED, DIANA
                                          BLOCK, AN INDIVIDUAL AND COMMUNITY
24                                        RESOURCE INITIATIVE, AN ORGANIZATION

25                                        *Pursuant to L.R. 5-1(h)(3), the electronic signatory
                                          attests that each of the other Signatories have concurred
26                                        in the filing of this document.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based on the parties' stipulation, and for good cause appearing, the Court VACATES the case management conference set for August 26, 2025 at 2:00 p.m., and RESETS the case management conference for September 30, 2025 at 2:00 p.m. Case management statements are due by September 23, 2025.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JON S. TIGAR
United States District Judge