DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
ALEXANDER J. HOLTZMAN, State Bar #311813
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3999 [Holtzman]
Telephone:    (415) 355-3312 [Zelidon-Zepeda]
Facsimile:    (415) 554-3837
Email:        alexander.holtzman@sfcityatty.org
Email:        jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AND PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY AS SAN FRANCISCO SHERIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF,<br><br>　　　　Defendants. | Case No. 4:22-cv-05541 JST<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Hearing Date:　August 26, 2025<br>Time:　　　　2:00 p.m.<br>Place:　　　　Courtroom 6, 2d Floor |

Plaintiffs Joshua Simon, David Barber, and Josue Bonilla (together, "Plaintiffs") and Defendants City and County of San Francisco and Paul Miyamoto (together, "Defendants," and together with Plaintiffs, the "Parties), by and through their respective undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on February 26, 2024, Defendants appealed a preliminary injunction (the "Preliminary Injunction") issued by this Court in *Joshua Simon v. City and County of San Francisco*, No. 4:22-cv-5541-JST (N.D. Cal.) (the "Federal Action"), and that appeal was docketed as *Joshua Simon v. City and County of San Francisco*, No. 24-1025, in the Ninth Circuit (the "Appeal");

WHEREAS, Defendants appealed to the Ninth Circuit this Court's order on Plaintiffs' motion to enforce the Preliminary Injunction, and plaintiffs in the Federal Action moved to dismiss the appeal, *see Joshua Simon v. City and County of San Francisco*, No. 24-6052 (9th Cir.) (the "Second Appeal");

WHEREAS, on April 23, 2025, the Ninth Circuit affirmed in part and vacated in part the Preliminary Injunction in the Appeal, denied the motion to dismiss the Second Appeal, and granted Defendants' motion to stay in the Second Appeal, *Simon v. City and County of San Francisco*, 135 F.4th 784 (9th Cir. 2025) (the "Appeal Order");

WHEREAS, on May 7, 2025, plaintiffs in the Federal Action petitioned the Ninth Circuit for panel rehearing and rehearing en banc as to the Appeal Order;

WHEREAS, on May 30, 2025, the Ninth Circuit denied the petition for panel rehearing and rehearing en banc and the mandate issued thereafter in the Appeal and Second Appeal;

WHEREAS, on June 10, 2025, the Court issued an order scheduling a case management conference for July 15, 2025 (subsequently re-scheduled to August 26, 2025); and

WHEREAS, in light of the Ninth Circuit's ruling, the Parties are currently discussing potential resolution of this action.

/ / /

/ / /

/ / /

To preserve the Parties' and this Court's resources, the Parties HEREBY STIPULATE AND AGREE and jointly request that the Court continue the Case Management Conference to September 30, 2025 at 2:00 p.m., or at such other date and time as is convenient for the Court.

Dated: August 19, 2025

        DAVID CHIU
        City Attorney
        JENNIFER E. CHOI
        Chief Trial Deputy
        ALEXANDER J. HOLTZMAN
        JOSE A. ZELIDON-ZEPEDA
        Deputy City Attorneys

        By: */s/ Jose A. Zelidon-Zepeda*
        JOSE A. ZELIDON-ZEPEDA

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO, AND PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY AS SAN FRANCISCO SHERIFF

Dated: August 19, 2025

        AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

        By: **/s/ Avram Frey*
        AVRAM FREY

        Attorneys for Plaintiffs
        JOSHUA SIMON, DAVID BARBER, AND JOSUE BONILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, DIANA BLOCK, AN INDIVIDUAL AND COMMUNITY RESOURCE INITIATIVE, AN ORGANIZATION

        *\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Based on the parties' stipulation, and for good cause appearing, the Court VACATES the case management conference set for August 26, 2025 at 2:00 p.m., and RESETS the case management conference for September 30, 2025 at 2:00 p.m. The joint case management statement is due by September 23, 2025.

**IT IS SO ORDERED.**

DATED: August 20, 2025

HONORABLE JON S. TIGAR
United States District Judge