Justina Sessions, State Bar No. 270914
justina.sessions@freshfields.com
Eunice Leong, State Bar No. 320499
eunice.leong@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
Avram D. Frey, State Bar No. 347885
afrey@aclunc.org
Shilpi Agarwal, State Bar No. 270749
sagarwal@aclunc.org
Emi Young, State Bar No. 311238
eyoung@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs Joshua Simon,
David Barber, and Josue Bonilla*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, and JOSUE BONILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>Defendants. | Case No.: 4:22-cv-05541-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:       Hon. Jon S. Tigar<br>Courtroom: Courtroom 6, 2nd Floor<br>Date:         September 30, 2025<br>Time:         2:00 P.M. |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiffs Joshua Simon, David Barber, and Josue Bonilla (together, "Plaintiffs") and Defendants City and County of San Francisco and Paul Miyamoto (together, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on February 13, 2024, this Court issued a preliminary injunction (the "Preliminary Injunction");

WHEREAS, on February 27, 2024, Defendants appealed the Preliminary Injunction in the Ninth Circuit, captioned *Simon v. City and County of San Francisco*, No. 24-1025 (9th Cir.) (the "Appeal");

WHEREAS, Defendants appealed to the Ninth Circuit this Court's order on Plaintiffs' Motion to Enforce the Preliminary Injunction, and Plaintiffs moved to dismiss the appeal, in *Simon v. City and County of San Francisco*, No. 24-6052 (9th Cir.) (the "Second Appeal");

WHEREAS, on April 23, 2025, the Ninth Circuit affirmed in part and vacated in part the Preliminary Injunction in the Appeal, denied Plaintiffs' motion to dismiss the Second Appeal, and granted Defendants' motion to stay in the Second Appeal, *Simon v. City and County of San Francisco*, 135 F.4th 784 (9th Cir. 2025);

WHEREAS, on June 10, 2025, the Court issued an order scheduling a case management conference for July 15, 2025 (subsequently re-scheduled to August 26, 2025);

WHEREAS, on August 20, 2025, the Court issued an order continuing the case management conference for September 30, 2025; and

WHEREAS, in light of the Ninth Circuit's ruling, the Parties continue to discuss potential resolution of this action.

To preserve the Parties' and this Court's resources, the parties HEREBY STIPULATE AND AGREE and jointly request that the Court continue the Case Management Conference to Tuesday, October 28, 2025 at 2:00 p.m. or at such other date and time as is convenient for the Court.

| | |
|---|---|
| Dated: September 23, 2025 | FRESHFIELDS US LLP |
| | |
| | By: /s/ Eunice Leong |
| | Justina K. Sessions |
| | justina.sessions@freshfields.com |
| | Eunice Leong[1] |
| | eunice.leong@freshfields.com |
| | 855 Main Street |
| | Redwood City, CA 94063 |
| | Telephone: (650) 618-9250 |
| | |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. |
| | Avram D. Frey, State Bar No. 347885 |
| | afrey@aclunc.org |
| | Shilpi Agarwal, State Bar No. 270749 |
| | sagarwal@aclunc.org |
| | Emi Young, State Bar No. 311238 |
| | eyoung@aclunc.org |
| | 39 Drumm Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 621-2493 |
| | |
| | *Attorneys for Plaintiffs* |
| | |
| Dated: September 23, 2025 | CITY ATTORNEY OF SAN FRANCISCO |
| | |
| | By: /s/ Alexander J. Holtzman |
| | Alexander J. Holtzman, State Bar No. 311813 |
| | alexander.holtzman@sfcityatty.org |
| | Jose A. Zelidon-Zepeda, State Bar No. 227108 |
| | jose.zelidon-zepeda@sfcityatty.org |
| | Deputy City Attorneys |
| | Fox Plaza |
| | 1390 Market Street, 6th Floor |
| | San Francisco, California 94102-5408 |
| | Telephone: (415) 554-3999 [Holtzman] |
| | Telephone: (415) 355-3312 [Zelidon-Zepeda] |
| | Facsimile: (415) 554-3837 |
| | |
| | *Attorneys for Defendants* |

---

[1] Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiffs attest that Defendants have concurred in the filing of the document.

STIP. TO CONTINUE CMC
CASE NO. 4:22-cv-05541-JST

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, the Court hereby continues the Case Management Conference from September 30, 2025, to October 28, 2025, at 2:00 p.m.  The parties shall file a joint case management statement by October 21, 2025.

Dated: September 24, 2025

By: _____
Honorable Jon S. Tigar
U.S. District Court Judge