Justina Sessions, State Bar No. 270914
justina.sessions@freshfields.com
Eunice Leong, State Bar No. 320499
eunice.leong@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

Andrew Ehler (*pro hac vice*)
andrew.ehler@freshfields.com
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10003
Telephone: (212) 277-4000

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
Avram D. Frey, State Bar No. 347885
afrey@aclunc.org
Shilpi Agarwal, State Bar No. 270749
sagarwal@aclunc.org
Emi Young, State Bar No. 311238
eyoung@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs Joshua Simon,
David Barber, and Josue Bonilla*

DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
ALEXANDER HOLTZMAN, State Bar #311813
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3999 [Holtzman]
Telephone: (415) 355-3312 [Zelidon-Zepeda]
Facsimile:     (415) 554-3837
Email: alexander.holtzman@sfcityatty.org
Email: jose.zelidon-zepeda@sfcityatty.org

*Attorneys for Defendants City and County of
San Francisco, and Paul Miyamoto, in His
Official Capacity as San Francisco Sheriff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOSHUA SIMON, DAVID BARBER, and JOSUE BONILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,<br><br>Defendants. | Case No.: 4:22-cv-05541-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Jon S. Tigar<br>Courtroom: Courtroom 6, 2nd Floor<br>Date:      February 17, 2026<br>Time:      2:00 P.M. |

# JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs Joshua Simon, David Barber, and Josue Bonilla (together, "Plaintiffs") and Defendants City and County of San Francisco and Paul Miyamoto (together, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on February 13, 2024, this Court issued a preliminary injunction (the "Preliminary Injunction");

WHEREAS, on February 27, 2024, Defendants appealed the Preliminary Injunction in the Ninth Circuit, captioned *Simon v. City and County of San Francisco*, No. 24-1025 (9th Cir.) (the "Appeal");

WHEREAS, Defendants appealed to the Ninth Circuit this Court's order on Plaintiffs' Motion to Enforce the Preliminary Injunction, and Plaintiffs moved to dismiss the appeal, in *Simon v. City and County of San Francisco*, No. 24-6052 (9th Cir.) (the "Second Appeal");

WHEREAS, on April 23, 2025, the Ninth Circuit affirmed in part and vacated in part the Preliminary Injunction in the Appeal, denied Plaintiffs' motion to dismiss the Second Appeal, and granted Defendants' motion to stay in the Second Appeal, *Simon v. City and County of San Francisco*, 135 F.4th 784 (9th Cir. 2025);

WHEREAS, on June 10, 2025, the Court issued an order scheduling a case management conference to July 15, 2025 (subsequently continued to August 26, 2025, September 30, 2025, October 28, 2025, and December 9, 2025);

WHEREAS, on December 2, 2025, the Court issued an order continuing the case management conference to February 17, 2026; and

WHEREAS, in light of the Ninth Circuit's ruling, the Parties continue to discuss potential resolution of this action.

To preserve the Parties' and this Court's resources, the parties HEREBY STIPULATE AND AGREE and jointly request that the Court continue the Case Management Conference to Tuesday, April 28, 2026, at 2:00 p.m. or such other date and time as is convenient for the Court.

///

| | |
|---|---|
| Dated: February 10, 2026 | FRESHFIELDS US LLP |
| | By: /s/ Avram D. Frey |
| | Justina K. Sessions |
| | justina.sessions@freshfields.com |
| | Eunice Leong |
| | eunice.leong@freshfields.com |
| | 855 Main Street |
| | Redwood City, CA 94063 |
| | Telephone: (650) 618-9250 |
| | |
| | Andrew Ehler (*pro hac vice*) |
| | andrew.ehler@freshfields.com |
| | FRESHFIELDS US LLP |
| | 3 World Trade Center |
| | 175 Greenwich Street |
| | New York, NY 10003 |
| | Telephone: (212) 277-4000 |
| | |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. |
| | Avram D. Frey, State Bar No. 347885 |
| | afrey@aclunc.org |
| | Shilpi Agarwal, State Bar No. 270749 |
| | sagarwal@aclunc.org |
| | Emi Young, State Bar No. 311238 |
| | eyoung@aclunc.org |
| | 39 Drumm Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 621-2493 |
| | |
| | *Attorneys for Plaintiffs* |
| Dated: February 10, 2026 | SAN FRANCISCO CITY ATTORNEY'S OFFICE |
| | DAVID CHIU |
| | City Attorney |
| | JENNIFER E. CHOI |
| | Chief Trial Deputy |
| | ALEXANDER J. HOLTZMAN[1] |
| | JOSE A. ZELIDON-ZEPEDA |
| | Deputy City Attorneys |
| | |
| | By: /s/ Alexander J. Holtzman |
| | ALEXANDER J. HOLTZMAN |
| | *Attorneys for Defendants* |

---

[1] Pursuant to Local Rule 5-1(i)(3), counsel for Defendants attest that Plaintiffs have concurred in the filing of the document.

STIP. TO CONTINUE CMC
CASE NO. 4:22-cv-05541-JST
4899-3087-9374, v. 1

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, the Court hereby continues the Case Management Conference from February 17, 2026, to April 28, 2026, at 2:00 p.m.  The parties shall file a joint case management statement by April 21, 2026.

Dated: February 11, 2026        By: _____
                                    Honorable Jon S. Tigar
                                    United States District Judge