Justina Sessions, State Bar No. 270914
justina.sessions@freshfields.com
Eunice Leong, State Bar No. 320499
eunice.leong@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
Avram D. Frey, State Bar No. 347885
afrey@aclunc.org
Shilpi Agarwal, State Bar No. 270749
sagarwal@aclunc.org
Emi Young, State Bar No. 311238
eyoung@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs Joshua Simon, David Barber, and Josue Bonilla*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

JOSHUA SIMON, DAVID BARBER, and JOSUE BONILLA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO; and PAUL MIYAMOTO, in his official capacity as San Francisco Sheriff,

Defendants.

Case No.: 4:22-cv-05541-JST

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Judge: Hon. Jon S. Tigar
Courtroom: Courtroom 6, 2nd Floor
Date: April 28, 2026
Time: 2:00 P.M.

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiffs Joshua Simon, David Barber, and Josue Bonilla (together, "Plaintiffs") and Defendants City and County of San Francisco and Paul Miyamoto (together, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on February 13, 2024, this Court issued a preliminary injunction (the "Preliminary Injunction");

WHEREAS, on February 27, 2024, Defendants appealed the Preliminary Injunction in the Ninth Circuit, captioned *Simon v. City and County of San Francisco*, No. 24-1025 (9th Cir.) (the "Appeal");

WHEREAS, Defendants appealed to the Ninth Circuit this Court's order on Plaintiffs' Motion to Enforce the Preliminary Injunction, and Plaintiffs moved to dismiss the appeal, in *Simon v. City and County of San Francisco*, No. 24-6052 (9th Cir.) (the "Second Appeal");

WHEREAS, on April 23, 2025, the Ninth Circuit affirmed in part and vacated in part the Preliminary Injunction in the Appeal, denied Plaintiffs' motion to dismiss the Second Appeal, and granted Defendants' motion to stay in the Second Appeal, *Simon v. City and County of San Francisco*, 135 F.4th 784 (9th Cir. 2025);

WHEREAS, on June 10, 2025, the Court issued an order scheduling a case management conference to July 15, 2025 (subsequently re-scheduled to August 26, 2025, and then to September 30, 2025);

WHEREAS, on September 24, 2025, the Court issued an order continuing the case management conference to October 28, 2025;

WHEREAS, on October 22, 2025, the Court issued an order continuing the case management conference to December 9, 2025;

WHEREAS, on December 2, 2025, the Court issued an order continuing the case management conference to February 17, 2026,

WHEREAS, on February 11, 2026, the Court issued an order continuing the case management conference to April 28, 2026; and

WHEREAS, in light of the Ninth Circuit's ruling, the Parties continue to discuss potential resolution of this action.

To preserve the Parties' and this Court's resources, the parties HEREBY STIPULATE AND AGREE and jointly request that the Court continue the Case Management Conference to Tuesday, August 4, 2026 at 2:00 p.m. or such other date and time as is convenient for the Court.

Dated: April 21, 2026 FRESHFIELDS US LLP

By: *_/s/ Eunice Leong_*

Justina K. Sessions
justina.sessions@freshfields.com
Eunice Leong[1]
eunice.leong@freshfields.com
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
Avram D. Frey, State Bar No. 347885
afrey@aclunc.org
Shilpi Agarwal, State Bar No. 270749
sagarwal@aclunc.org
Emi Young, State Bar No. 311238
eyoung@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs*

Dated: April 21, 2026 CITY ATTORNEY OF SAN FRANCISCO

By: *_/s/ Alexander J. Holtzman_*

Alexander J. Holtzman, State Bar No. 311813
alexander.holtzman@sfcityatty.org
Jose A. Zelidon-Zepeda, State Bar No. 227108
jose.zelidon-zepeda@sfcityatty.org

[1] Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiffs attests that Defendants have concurred in the filing of the document.

Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3999 [Holtzman]
Telephone: (415) 355-3312 [Zelidon-Zepeda]
Facsimile: (415) 554-3837

*Attorneys for Defendants*

**~~[PROPOSED]~~ ORDER**

FOR GOOD CAUSE SHOWN, the Court hereby continues the Case Management Conference from April 28, 2026, to ~~August 4~~ August 18, 2026, at 2:00 p.m. The parties shall file a joint case management statement by August 11, 2026.

Dated: April 23, 2026

By: ______________________
Honorable Jon S. Tigar
U.S. District Court Judge