United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA SIMON, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 22-cv-05541-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

At the parties' request, ECF No. 149, the case management conference scheduled for August 18, 2026 is continued to November 3, 2026 at 2:00 p.m. An updated joint case management schedule is due October 27, 2026. That statement must comply in all respects with Civil Local Rule 16-9(a) and the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement.

At the conference, the Court intends to set a schedule for the remainder of the case. The Court does not anticipate granting further continuances absent truly exigent circumstances.

**IT IS SO ORDERED.**

Dated: August 17, 2026

JON S. TIGAR
United States District Judge